AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/31/2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Heather Pinnock | Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  60 Massachusetts Avenue, NE, Washington, D.C. 20002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/31/2006__
         Date            *Signature of Server*

1301 South Scott St., #719 S, Arlington, VA 22204
*Address of Server*

Defendant: Retirement Income Plan for Employees of National Railroad Passenger Corporation.
Received by: Ms. Kimberly Hill Administrative Assistant (202) 906 3067
Time of Service: 12:16 PM.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/31/2006 |
| NAME OF SERVER (PRINT)<br>Heather Pinnock | TITLE<br>Process server | |

Check one box below to indicate appropriate method of service

- ☒ Served personally upon the defendant. Place where served:
  60 Massachusetts Avenue, NE, Washington, D.C. 20002

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- ☐ Returned unexecuted:

- ☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/31/2006___
                    Date

Signature of Server

1301 South Scott St., #719 S, Arlington, VA 22204
Address of Server

Defendant: National Railroad Passenger Corporation

Received by: Kimberly Hill
            Administrative Assistant

Time of Service: 12:16 PM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/31/2006 |
| NAME OF SERVER (PRINT)<br>Heather Pinnock | TITLE<br>Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    60 Massachusetts Avenue, NE, Washington, D.C. 20002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/31/2006___           _____[signature]_____
                Date                           Signature of Server

                                    1301 South Scott St., #719 S, Arlington, VA 22204
                                                Address of Server

Defendant: Retirement Plan Committee, Retirement Income Plan for Employees of National Railroad Passenger Corporation

Received by: Kimberly Hill
             Administrative Assistant

Time of Service: 12:16 PM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.