IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,<br><br>  Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: N/A |

### DEFENDANTS' REQUEST TO ENLARGE

Defendants National Railroad Passenger Corporation ("Amtrak"), Retirement Plan Committee for the Retirement Income Plan for Employees of National Railroad Passenger Corporation (the "Retirement Plan Committee"), and Retirement Income Plan for Employees of National Railroad Passenger Corporation (the "Plan") (collectively "Defendants"), by counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully request that the Court **enlarge by 15 days** the time by which they are required to respond to the Class Action Complaint filed by Plaintiffs.

Undersigned counsel for Defendants has been forced to travel extensively for other pending matters and needs this minimal additional time in which to respond appropriately to the recently-filed complaint. Counsel for plaintiffs has indicated that **Plaintiffs do not oppose** a 15-day extension.

### CONCLUSION

For the foregoing reasons, Defendants request that this Court enlarge the time in which Defendants must respond to Plaintiffs' complaint in this matter October 5, 2006.

                Respectfully submitted,

                _____/s/_____
                John R. Wellschlager
                (Admitted *Pro Hac Vice*)
                DLA PIPER US LLP
                6225 Smith Avenue
                Baltimore, Maryland 21209
                (410) 580-3000

                Mark Muedeking
                D.C. Bar No. 387812
                DLA PIPER US LLP
                1200 Nineteenth Street, N.W.
                Washington, D.C.  20036-2412
                Telephone (202) 861-3900
                Facsimile (202) 223-2085

                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September 2006, copies of the Defendants' Request to Enlarge were electronically filed and mailed first class, postage pre-paid, to:

> Eli Gottesdiener, Esquire
> Gottesdiener Law Firm
> 498 7th Street
> Brooklyn, NY 11215
>
> *Attorney for Plaintiffs*

_____/s/_____
John R. Wellschlager