IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br>NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: N/A |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2 (c) and (d) of the Local Rules (Civil) of Practice for the United States District Court for the District of Columbia, defendants National Railroad Passenger Corporation ("Amtrak"), Retirement Plan Committee for the Retirement Income Plan for Employees of National Railroad Passenger Corporation (the "Retirement Plan Committee"), and Retirement Income Plan for Employees of National Railroad Passenger Corporation (the "Plan") (collectively "Defendants"), by counsel, move this Court to allow John R. Wellschlager, a partner in the law firm of DLA Piper US LLP, 6225 Smith Avenue Baltimore, Maryland 21209, to appear as counsel *pro hac vice* in this case and in support thereof states as follows:

1. Current counsel for defendants, Mark Muedeking is a partner at DLA Piper's Washington, D.C. office and is duly admitted to the Bar of the District of Columbia and is admitted before this Court.

2. John Wellschlager is currently a member in good standing of the state and federal bars of Maryland, and he is admitted to practice before the United States Court of Appeals for

the Fourth Circuit. Mr. Wellschlager is not currently, nor has he been previously, disciplined, suspended, or disbarred in any court. (See Certification attached hereto as Exhibit A.)

3.  Mr. Wellschlager has previously been admitted to practice *pro hac vice* in this Court in a related case that is currently pending: *Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*, Case No. 1:03-CV-01764 (GK).

4.  Counsel for Plaintiffs, Eli Gottesdiener, has represented to undersigned counsel that he has no objection to the admission *pro hac vice* of John Wellschlager.

WHEREFORE, Defendants respectfully move for the admission of John Wellschlager *pro hac vice* as co-counsel for defendants in the above-captioned case to perform all functions as counsel for defendants in this matter, including, but not limited to, signing pleadings, motions, and all papers; conducting discovery; and speaking on behalf of defendants in open Court. A proposed Order is attached

Dated: September 20, 2006

                    /s/
Mark Muedeking
D.C. Bar No. 387812
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Telephone (202) 861-3900
Facsimile (202) 223-2085

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September 2006, a copy of Defendants' Motion for Admission *Pro Hac Vice* was electronically filed and electronically sent to:

>Eli Gottesdiener, Esquire
>Gottesdiener Law Firm
>498 7th Street
>Brooklyn, NY 11215
>
>*Attorney for Plaintiff*

                                          /s/
                                   Mark Muedeking