## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WADE F. HALL, *et al.*,

        **Plaintiffs,**

        v.

NATIONAL RAILROAD PASSENGER
CORPORATION, *et al.*,

        **Defendants.**

**Case No. 1: 06-CV-01539 (GK)**
**Next Scheduled Court deadline: N/A**

## ORDER

Upon consideration of Defendants' Motion for Admission *Pro Hac Vice* submitted by defendants National Railroad Passenger Corporation ("Amtrak"), Retirement Plan Committee for the Retirement Income Plan for Employees of National Railroad Passenger Corporation (the "Retirement Plan Committee"), and Retirement Income Plan for Employees of National Railroad Passenger Corporation (the "Plan") (collectively, "Defendants"), it is, this _____ day of _____ 2006, by the United States District Court for the District of Columbia hereby ORDERED that:

1.    The Motion for Admission *Pro Hac Vice* is hereby GRANTED; and it is further

2.    ORDERED that John R. Wellschlager is hereby admitted *pro hac vice* to represent Defendants in the above-captioned matter. Mr. Wellschlager is hereby authorized to perform all functions as counsel for Defendants in this matter, including, but not limited to, signing all pleadings, motions, and other papers; conducting discovery; and speaking on behalf of defendants in open Court.

_____
Judge Gladys Kessler