## DECLARATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I, John R. Wellschlager, declare and affirm that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the state and federal bars of the State of Maryland, that I am admitted to practice before the United States Court of Appeals for the Fourth Circuit, and that I have not been disciplined by any bar.

_____
John R. Wellschlager
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-4281