IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WADE F. HALL,**<br>　*et al.*,<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION,**<br>　*et al.*,<br><br>　　　　**Defendants.** | Case No.  1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: N/A |

**RULE 7(m) CERTIFICATE**

Pursuant to Local Rule 7(m), I, John R. Wellschlager, counsel for Defendants, conferred with Eli Gottesdiener, Esq., counsel for Plaintiffs, concerning the Motion to Stay Proceedings Pending Resolution of Motions for Summary Judgment in Related Case.  This conference occurred by telephone on Friday, October 6, 2006.  Mr. Gottesdiener informed me during this telephone conference that Plaintiffs could not join the motion at that time, and that they would oppose it.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John R. Wellschlager