IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

AKZENTA PANEELE + PROFILE GmbH   *

      Plaintiff,   *

v.   *   Civil Action No. 1:05-cv-3445 (WDQ)

UNILIN FLOORING N.C. LLC, et al.   *

      Defendants   *

\*   \*   \*   \*   \*   \*

**AMENDED SCHEDULING ORDER**

| | |
|---|---|
| Plaintiff serves Rule 26(a)(2) disclosures concerning the '935 patent | Friday, September 22, 2006 |
| Fact discovery deadline | Friday, October 6, 2006 |
| Defendants serve Rule 26(a)(2) disclosures concerning the '935 patent | Friday, October 13, 2006 |
| Plaintiff serves Rule 26(a)(2) rebuttal disclosures concerning the '935 patent | Wednesday, October 25, 2006 |
| Rule 26(a)(2) supplementation of disclosures and responses concerning the '935 patent | Friday, November 10, 2006 |
| Expert depositions completed by this date | Friday, December 8, 2006 |
| Submission of status report | Friday, December 15, 2006 |
| Dispositive pretrial motions deadline | Friday, January 12, 2007 |
| Pretrial conference | Friday, February 9, 2007 |

Dated: September __, 2006

_____
William D. Quarles, Jr.
United States District Judge