IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WADE F. HALL, <br> HATTIE N. MCCOY-KEMP, <br> VICTORIA F. STATON, <br><br> On behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RETIREMENT INCOME PLAN FOR EMPLOYEES OF NATIONAL RAILROAD PASSENGER CORPORATION, *et al.* <br><br> Defendants. | No. 06-CV-1539 (GK) <br><br> Class Action |

**[PLAINTIFFS' PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties' Joint Report to the Court pursuant to Fed. R. Civ. P. 26(f) and Local Rules 16.3(d) and 26.2, the Court pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.4(a), hereby **ORDERS** as follows:

**1.   Discovery.**

Pending a ruling on Defendants' Motion to Stay and any other preliminary motion Defendants may file:

Fact discovery (including class discovery) will precede expert discovery.

The parties have agreed to dispense with Fed. R. Civ. P. 26(a)(1)'s initial disclosure requirements. The parties may propound discovery without further delay. All forms of discovery are permitted.

No changes to the number or duration of depositions appear to be necessary at this time and thus, unless otherwise authorized by the Court or stipulated by the parties, each side may take 10 depositions of seven hours in length, each to be taken and completed the same day.

No changes to the number of interrogatories appear necessary and thus, unless otherwise authorized by the Court or stipulated by the parties, each side may serve upon the other written interrogatories, not exceeding 25 in number including all discrete subparts.

Each side may serve requests for admissions without limitation, as provided under Fed. R. Civ. P. 36.

Fact discovery via document production, interrogatories, requests for admissions and depositions shall be completed in nine (9) months following the date of this Order, with additional time added equal to the time that it takes for any motion to compel or motion for a protective order to be ruled upon once filed.

With respect to experts:

(a) Plaintiffs will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures no later than 30 days after completion of fact discovery.

(b) Defendants will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 30 days after receipt of Plaintiff's designations and disclosures.

(c) Plaintiffs will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures within 21 days of the receipt of Defendants' designations and required disclosures.

(d) The parties will make their experts (along with any person not previously deposed upon whom any expert relies for his or her opinion) available for

deposition within 30 days of the designations and disclosures pertaining to that expert.

2. **Joinder of Other Parties/Amendment of the Pleadings**

Joinder of other parties shall occur, if at all, as provided under the Rules.

[Plaintiffs: The parties may amend their pleadings once without leave of Court up to 30 days following completion of fact discovery.] [Defendants: Amendments shall occur, if at all, as provided under the Rules.]

3. **Dispositive Motions.**

The Court will rule on the parties' summary judgment motions as soon as practicable and will convene oral argument on the motions if necessary.

All summary judgment motions must be filed within 45 days following the completion of all discovery. Oppositions are due 30 days from the date that the motion is filed, with replies, if any, due 14 days from the date the opposition is filed.

4. **Motion for Class Certification.**

Plaintiffs shall not be required to file their class motion prior to the close of fact discovery. Following the completion of fact discovery the parties will confer and apprise the Court at that time as to how they believe the issue of class certification should be handled.

5. **Protective Order.**

The parties may, if they choose, prepare a suitable proposed protective order protecting participants' identities from disclosure.

6. **Pretrial Conference.**

The pretrial conference, if any, should be held within 30 days after rulings on dispositive motions.

**7.     Trial.**

A date for trial, if any, will be set at the pretrial conference from 30 to 60 days after that conference.

 

_____
Gladys Kessler
United States District Judge

Dated: _____ \_\_\_, 2006.

4