IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: N/A |

## ERRATA

1. Document No. 8 in the above-captioned action, entitled Motion to Stay Proceedings Pending Resolution of Motions for Summary Judgment in Related Case, was electronically filed by Defendants on October 10, 2006.

2. Said Motion was filed with two attachments, specifically a Rule 7(m) Certificate (Document # 8-2) and an Amended Scheduling Order (Document # 8-3).

3. The Amended Scheduling Order (Document #8-3) is a pleading from a different case and was attached and filed in error. Accordingly, Defendants hereby strike that page.

4. Defendants intended instead to file a Proposed Order, which is attached hereto as Exhibit 1, and should be substituted in place of the erroneous page.

Dated: October 24, 2006

                                                   /s/
                                      John R. Wellschlager
                                      (*Admitted Pro Hac Vice*)
                                      DLA PIPER US LLP
                                      6225 Smith Avenue
                                      Baltimore, Maryland 21209-3600
                                      Telephone (410) 580-4281
                                      Facsimile (410) 580-3281

                                      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October 2006, a copy of the foregoing Errata was electronically filed and electronically sent to:

> Eli Gottesdiener, Esquire
> Gottesdiener Law Firm
> 498 7th Street
> Brooklyn, NY 11215
>
> *Attorney for Plaintiff*

                                          /s/
                                  John R. Wellschlager