# EXHIBIT 1

Case 1:06-cv-01539-GK   Document 10-2   Filed 10/24/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: N/A |

## PROPOSED ORDER

Upon consideration of Defendants' Motion to Stay Proceeding Pending Resolution of Motions for Summary Judgment in Related Case, and any response thereto, it is this _____ day of _____, 2006, **ORDERED**:

1. That Defendants' Motion is GRANTED;

2. That this action is STAYED until this Court rules upon Defendants' Motion for Summary Judgment (Docket entry No. 85) in the related case of *Hall v. National Railroad Passenger Corp.*, Case No. 1:03-CV-01764.

3. That the Clerk shall mail a copy of the Order to all counsel of record.

　　　　　　　　　　　　　　　　　　　**The Honorable Gladys Kessler**
　　　　　　　　　　　　　　　　　　　**Judge, United States District Court for the**
　　　　　　　　　　　　　　　　　　　**District of Columbia**