# RESOLUTIONS ADOPTING AMENDMENTS TO DEFINED BENEFIT RETIREMENT INCOME PLAN AND MANAGEMENT AND AGREEMENT EMPLOYEE RETIREMENT SAVINGS PLANS

WHEREAS, The Corporation wishes to amend the National Railroad Passenger Corporation Retirement Savings Plan, the National Railroad Passenger Corporation Defined Benefit Retirement Income Plan, and National Railroad Passenger Corporation's Retirement Savings Plan for Agreement Employees (collectively, the "Plans") (1) to comply with the Uruguay Round Agreements Act of 1994 ("GATT"), the Uniformed Services Employment and Reemployment Rights Act of 1994, the Small Business Job Protection Act of 1996, the Taxpayer Relief Act of 1997, and the Internal Revenue Service Restructuring and Reform Act of 1998 (collectively, the "GUST Acts"), (2) to permit the President and CEO to make certain technical and administrative amendments to the Plans, and (3) to correct certain drafting errors in the Plans; and

WHEREAS, Section 13.01 of the Plans provides that the Corporation may amend the Plans at any time, subject to Board approval; therefore be it

RESOLVED, That the President and CEO is authorized and directed to prepare and execute an Amendment to each Plan to bring the Plan into compliance with the GUST Acts, including, effective January 1, 2000, the use of the interest rate and mortality table in Section 417(e) of the Internal Revenue Code of 1986 as amended by GATT, and to correct any drafting errors in each Plan; and

FURTHER RESOLVED, That the Plans are amended to permit the President and CEO to amend the Plans to assure that they continue to qualify under the Internal Revenue Code (the "Code"), and to comply with all other applicable laws, to provide for the proper administration of the Plans, to clarify the terms of the Plans, and to remedy any inconsistencies, ambiguities and omissions, provided that any such amendment shall be in compliance with the Board Statement of Policy as then in effect; and

FURTHER RESOLVED, That the President and CEO is authorized and directed to prepare and execute an Amendment to each Plan implementing the foregoing resolutions; and

E-AMT 0017719

FURTHER RESOLVED, That the President and CEO is authorized and directed to take such further actions and to execute such documents (including amendments) as he may deem advisable or desirable to adopt and implement the foregoing amendments to the Plans and to carry out the provisions of the Plans as so amended, including obtaining a determination letter from the Internal Revenue Service that each Plan, as amended, continues to qualify under Code sections 401 and 501.

National Railroad Passenger Corporation<br>
Board of Directors<br>
Adopted December 8, 1999

E-AMT 0017720