**National Railroad Passenger Corporation - AMTRAK**
**Retirement Income Plan #001**

### Information Needed

As a follow-up and further development of the mater that we discussed on the phone Tuesday July 29, 2003; I have prepared this analysis and information request.

Included for our consideration and determination with the 2-28-02 determination request filing for this plan was Amendment II - dated November 30, 2001. The effect of this amendment was to provide for an early retirement benefit for those eligible who applied between the dates of September 15, 2001 and October 31, 2001. Without some corporate action prior to the September 15th date, this amendment is not valid, as it is not possible to amend your plan retroactively for this operational aspect. Therefore, is will be necessary to provide us with any corporate resolution which transpired prior to the September 15, 2001 to implement this benefit. Please also assure us of when and how this action was communicated to the employees.

As you know, we have received, from an interested party, copies of a resolution and attachment which purports to approve a larger early retirement benefit. Said board resolution indicates that this larger benefit was approved by the Board on July 26, 2001. If this resolution is in fact valid, we have 411(d)(6) concerns based on the variables of if and when a replacement benefit was approved by the Board.

I am seeking from you any evidentiary documents which will demonstrate the timeline and facts of this issue. I am deliberately NOT presenting this request as a checklist of requested items but ask that you submit to me all relevant items to verify the facts of this issue.

National Railroad Passenger Corporation - AMTRAK                          08/01/03