IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, <br> HATTIE N. MCCOY-KEMP, <br> VICTORIA F. STATON, <br><br> On behalf of themselves and on <br> behalf of all others similarly situated, <br><br>                Plaintiffs, <br><br> v. <br><br> RETIREMENT INCOME PLAN FOR <br> EMPLOYEES OF NATIONAL RAILROAD <br> PASSENGER CORPORATION, *et al.* <br><br>                Defendants. | No. 06-CV-1539 (GK) <br><br> Class Action <br><br> Next scheduled deadline: <br> November 3, 2006 9:45 a.m. <br> Initial Scheduling Conference |

**PARTIES' SUPPLEMENTAL FILING
IN CONNECTION WITH INITIAL SCHEDULING CONFERENCE**

    Pursuant to the Court's Order dated October 10, 2006 (Doc. 10), the parties hereby submit this supplemental filing in connection with the upcoming initial scheduling conference in this case, set for Friday, November 3, 2006 at 9:45 a.m.

**Brief statement of the case**

    This action is, *inter alia,* an ERISA benefit claim premised on establishing a statutory violation, namely, failure to comply with ERISA's amendment procedure, ERISA § 402(b)(3), 29 U.S.C. § 1102(b)(3), on September 14, 2001 when management sought the Board's approval to eliminate the "Railroad Retirement Supplement" portion of a July 26, 2001 Voluntary Early Retirement Plan ("VERP"). *See* Count One. The action also asserts that Plaintiffs were denied their right to review the relevant documents, records and other information during the claims

process, as defined in the applicable notice-and-comment claims regulations promulgated by the Department of Labor, pursuant to ERISA § 503(a)(2), 29 U.S.C. § 1133(a)(2). *See* Count Two.

**Statutory basis for all causes of action and defenses**

Plaintiffs' action is brought pursuant to ERISA § 502(a), 29 U.S.C. § 1132(a).

Respectfully submitted,

_____s/Eli Gottesdiener_____
Eli Gottesdiener (D.C. Bar No. 420764)
**Gottesdiener Law Firm, PLLC**
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20016
Telephone: (202) 243-1000
Facsimile: (202) 243-1001
eli@gottesdienerlaw.com

*Attorney for Plaintiffs and the proposed Class*

_____s/John R. Wellschlager\_\_\_\_\_
John R. Wellschlager
**DLA Piper US LLP**
6225 Smith Avenue
Baltimore, Maryland 21209-3600
410-580-4281 (direct dial)
410-580-3281 (direct fax)
john.wellschlager@DLApiper.com

*Attorney for Defendants*

2