IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WADE F. HALL, *et al.*,

        Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, *et al.*,

        Defendants.

Case No. 1: 06-CV-01539 (GK)
Next Scheduled Court deadline: N/A

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2 (c) and (d) of the Local Rules (Civil) of Practice for the United States District Court for the District of Columbia, defendants National Railroad Passenger Corporation ("Amtrak"), Retirement Plan Committee for the Retirement Income Plan for Employees of National Railroad Passenger Corporation (the "Retirement Plan Committee"), John Does #1-10, David L. Gunn, Sylvia A. De Leon, David M. Laney, Norman Y. Mineta, Tommy G. Thompson, Michael S. Dukakis, George Warrington, A Linwood Holton, Jr., Amy S. Rosen, and Jane Does #1-10 (collectively "Defendants"), by counsel, move this Court to allow Robert A. Gaumont, an associate in the law firm of DLA Piper US LLP, 6225 Smith Avenue Baltimore, Maryland 21209, to appear as counsel *pro hac vice* in this case and in support thereof states as follows:

    1.    Current counsel for defendants, Mark Muedeking is a partner at DLA Piper's Washington, D.C. office and is duly admitted to the Bar of the District of Columbia and is admitted before this Court.

2. Robert A. Gaumont is currently a member in good standing of the state and federal bars of Maryland, and he is admitted to practice before the United States Court of Appeals for the Fourth and Seventh Circuits. Mr. Gaumont is not currently, nor has he been previously, disciplined, suspended, or disbarred in any court. (See Certification attached hereto as Exhibit A.)

3. Mr. Gaumont has never previously been admitted to practice *pro hac vice* in this Court.

4. Counsel for Plaintiffs, Eli Gottesdiener, has represented that he has no objection to the admission *pro hac vice* of Robert Gaumont.

WHEREFORE, Defendants respectfully move for the admission of Robert Gaumont *pro hac vice* as co-counsel for defendants in the above-captioned case to perform all functions as counsel for defendants in this matter, including, but not limited to, signing pleadings, motions, and all papers; conducting discovery; and speaking on behalf of defendants in open Court. A proposed Order is attached

Dated: November 2, 2006

                                               /s/
                                  Mark Muedeking
                                  D.C. Bar No. 387812
                                  DLA PIPER US LLP
                                  1200 Nineteenth Street, N.W.
                                  Washington, D.C. 20036-2412
                                  Telephone (202) 861-3900
                                  Facsimile (202) 223-2085

                                  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November, 2006, a copy of Defendants' Motion for Admission *Pro Hac Vice* was electronically filed and electronically sent to:

>Eli Gottesdiener, Esquire
>Gottesdiener Law Firm
>498 7th Street
>Brooklyn, NY 11215
>
>*Attorney for Plaintiff*

_____/s/_____
Mark Muedeking

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: N/A |

**ORDER**

Upon consideration of Defendants' Motion for Admission *Pro Hac Vice* submitted by defendants National Railroad Passenger Corporation, Retirement Plan Committee, Retirement Income Plan for Employees of National Railroad Passenger Corporation John Does #1-10, David L. Gunn, Sylvia A. De Leon, David M. Laney, Norman Y. Mineta, Tommy G. Thompson, Michael S. Dukakis, George Warrington, A Linwood Holton, Jr., Amy S. Rosen, and Jane Does #1-10 (collectively, "Defendants"), it is, this _____ day of _____ 2006, by the United States District Court for the District of Columbia hereby ORDERED that:

1. The Motion for Admission *Pro Hac Vice* is hereby GRANTED; and it is further

2. ORDERED that Robert A. Gaumont is hereby admitted *pro hac vice* to represent Defendants in the above-captioned matter. Mr. Gaumont is hereby authorized to perform all functions as counsel for Defendants in this matter, including, but not limited to, signing all pleadings, motions, and other papers; conducting discovery; and speaking on behalf of defendants in open Court.

_____
Judge Gladys Kessler
United States District Judge

BALTI\4293638.1