# EXHIBIT A

## DECLARATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I, Robert A. Gaumont, declare and affirm that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the state and federal bars of the State of Maryland, that I am admitted to practice before the United States Court of Appeals for the Fourth and Seventh Circuits, and that I have not been disciplined by any bar.

_____
Robert A. Gaumont
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-4240