IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: N/A |

## ORDER

Upon consideration of Defendants' Motion for Admission *Pro Hac Vice* submitted by defendants National Railroad Passenger Corporation, Retirement Plan Committee, Retirement Income Plan for Employees of National Railroad Passenger Corporation John Does #1-10, David L. Gunn, Sylvia A. De Leon, David M. Laney, Norman Y. Mineta, Tommy G. Thompson, Michael S. Dukakis, George Warrington, A Linwood Holton, Jr., Amy S. Rosen, and Jane Does #1-10 (collectively, "Defendants"), it is, this 2nd day of Nov, 2006, by the United States District Court for the District of Columbia hereby ORDERED that:

1. The Motion for Admission *Pro Hac Vice* is hereby GRANTED; and it is further

2. ORDERED that Robert A. Gaumont is hereby admitted *pro hac vice* to represent Defendants in the above-captioned matter. Mr. Gaumont is hereby authorized to perform all functions as counsel for Defendants in this matter, including, but not limited to, signing all pleadings, motions, and other papers; conducting discovery; and speaking on behalf of defendants in open Court.

_____
Judge Gladys Kessler
United States District Judge

BALT1\4293638.1