IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WADE F. HALL**, **HATTIE N. MCCOY-KEMP**, **VICTORIA F. STATON**, On behalf of themselves and on behalf of all others similarly situated, Plaintiffs, v. **RETIREMENT INCOME PLAN FOR EMPLOYEES OF NATIONAL RAILROAD PASSENGER CORPORATION**, *et al.* Defendants. | No. 06-CV-1539 (GK) Class Action Next scheduled Court deadline: Defense opposition/cross-motion February 15, 2006 |

## PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Plaintiffs, through counsel, respectfully move this Court for permission to file a brief in support of their motion for partial summary judgment that exceeds the 45-page limit set by Local Rule 7(e). Defendants state they do not oppose this motion.

In support of this motion, Plaintiffs state:

1. The material facts in this case are not, in the main, disputed or subject to dispute. Nevertheless, in several respects the details are or may be of importance to the Court's assessment of the parties' claims and defenses.

2. Plaintiffs have diligently edited their brief to exclude unnecessary detail and argument. It nevertheless appears that seven (7) pages in excess of pages limits are required to set forth Plaintiffs' case for partial summary judgment adequately.

3.     Plaintiffs therefore seek leave to file a brief that exceeds page limits by no more than seven (7) pages.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion. A proposed Order is attached.

Dated: January 16, 2007

Respectfully submitted,

_____/s/ Eli Gottesdiener
Eli Gottesdiener

**GOTTESDIENER LAW FIRM, PLLC**
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036
Phone: (202) 243-1000
Fax:    (202) 243-1001

*Attorney for Plaintiffs and the proposed Class*

2