**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WADE F. HALL**,<br>**HATTIE N. MCCOY-KEMP,**<br>**VICTORIA F. STATON,**<br><br>**On behalf of themselves and on**<br>**behalf of all others similarly situated,**<br><br>       **Plaintiffs,**<br><br>  **v.**<br><br><br>**RETIREMENT INCOME PLAN FOR**<br>**EMPLOYEES OF NATIONAL RAILROAD**<br>**PASSENGER CORPORATION,** *et al.*<br><br>      **Defendants.** | :<br>:<br>:<br>:<br>:<br>: **No. 06-CV-1539 (GK)**<br>:<br>: **Class Action**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[Proposed] O R D E R**

   Upon consideration of Plaintiffs' Unopposed Motion to Exceed Page Limits and

Points and Authorities in Support, and the entire record herein, it is this _____ day of

January, 2007, hereby

   ORDERED that Plaintiffs may file a brief in support of their motion for partial

summary judgment up to seven (7) pages in excess of the 45-page limitation set by Local

Rule 7(e).

            _____
            Gladys Kessler
            United States District Court Judge