**Exhibit 16**



NATIONAL RAILROAD PASSENGER CORPORATION

# Meeting of the Amtrak Board of Directors

**Washington, DC**
**July 26, 2001**

**Medaris Oliveri**

AMT001555

# Voluntary Early Retirement Program

- Eligibility: All active management employees age 55 or older with 10 or more years of Amtrak service

- Effective Dates: Employees must elect this option during the window period of September 15 through October 31 with retirements effective November 1

- Process:

    - Employee must execute election form during window period

    - Employee signs a release agreement

- Design:

    - Employee receives an additional 5 years of age to pension formula

    - Employee is provided a monthly supplement equal to railroad retirement annuity until employee is able to commence full benefit with railroad retirement with no reductions for early retirement

    - Employee is able to participate in the retiree medical plan

- Funding: costs are paid out of the Amtrak Retirement Plan

24

AMT001580

# Voluntary Separation Program

- Eligibility: All active management employees with the exception of Management Committee and incumbents in specific technical and executive positions

- Effective Dates:
  - Plan will run from August 1 to August 24
  - Employees electing this option will be notified if Amtrak accepts resignation within one week after submitting application to resign
  - Employees will not need to report to work upon being notified that their resignation has been accepted

- Process:
  - Employee must submit application, agree to resign employment and sign a release agreement
  - Amtrak must accept employee's resignation
- Funding: costs are paid out of operating expenses

25

AMT001581

# Involuntary Separation Program

- Eligibility: All active management employees
- Effective Date: last day on payroll is October 31
- Process:

  - Aug 15          Conclude detailed org structure/eliminated positions
  - Aug 24          Voluntary program ends
  - Aug 31          Notify class counsel
  - Aug 31-Sept 11  Posting period for restructured organization/job openings
  - Sept 17-Oct 15  Interviewing process
  - Oct 15-Nov 1    Disparate impact assessment
  - Nov 1           Appointments made and abolished positions eliminated

- Funding: costs are paid out of operating expenses

26

AMT001582

# Severance Packages

|  | Years of Service | Last Day on Payroll | Health Insurance | RR Pass |
|---|---|---|---|---|
| Voluntary | 0 – 5 | September 30 | 6 months | 6 months |
|  | 5 – 15 | October 31 | 9 months | 6 months |
|  | 15+ | November 30 | 12 months | 6 months |

|  | Years of Service | Weeks of Severance Pay | Lump Sum with Release Agreement |
|---|---|---|---|
| Involuntary | 0 – 5 | 2 | $2,500 |
|  | 5 – 15 | 3 | $3,500 |
|  | 15+ | 4 | $5,000 |

27

AMT001583

**Exhibit 17**

July 26, 2001

AMT005015

**NATIONAL RAILROAD PASSENGER CORPORATION**

**BOARD OF DIRECTORS**

**MINUTES OF MEETING**

**July 26, 2001**

The Board of Directors of the National Railroad
Passenger Corporation held a meeting in the Board Room of
the Corporation's headquarters, located at 60 Massachu-
setts Avenue, N.E. in Washington, D.C., on Thursday,
July 26, 2001. The meeting was called to order at
9:05 a.m.

Board members participating in the meeting were
Sylvia de Leon, Governor Michael S. Dukakis, Governor
Linwood Holton, Allan Rutter (representing the Secretary
of Transportation), Amy M. Rosen, and George D.
Warrington.

Mark Yachmetz of the Federal Railroad Administration
(FRA) attended the meeting.

Stewart Simonson of Amtrak's Management Committee
was present.

Also attending the meeting were John Carten and
Medaris Oliveri of Amtrak's staff.

Governor Dukakis chaired the meeting. Mr. Carten
and Ms. Oliveri recorded the minutes.

AMT005016

-2-

**EXECUTIVE SESSION**

**APPROVAL OF MINUTES**

Governor Dukakis directed the Board's attention to the minutes of the May 23, 2001 and June 7, 2001 meetings of the Board of Directors.  Upon motion made by Governor Holton and seconded by Ms. de Leon, the minutes were approved as submitted.

(5-0)

Messrs. Carten, Simonson, and Yachmetz as well as Ms. Oliveri left the meeting.

**ORGANIZATIONAL/PERSONNEL MATTERS**

Mr. Warrington met with the Board in executive session to discuss personnel and organizational matters.

**RESOLUTION AUTHORIZING THE EXECUTION OF A SEVERANCE AGREEMENT WITH WANDA MORRIS HIGHTOWER**

Mr. Warrington requested the Board's approval of a resolution authorizing a severance agreement with Wanda Morris Hightower.  He indicated that Ms. Hightower's employment as Amtrak's Vice President and Counsel-Business Diversity & Strategic Initiatives ended on February 26, 2001.  He discussed the terms of the proposed severance agreement.

**AMT005017**

- 3 -

Following discussion, upon motion made by Ms. Rosen
and seconded by Governor Holton, the Board voted to
approve the following resolution:

> WHEREAS, Wanda Morris Hightower (Ms. High-
> tower) served as Amtrak's Vice President and
> Counsel, Business Diversity & Strategic ini-
> tiatives until February 26, 2001; and

> WHEREAS, Ms. Hightower was a member of
> Amtrak's Management Committee; and

> WHEREAS, The Board of Directors' Statement of
> Policy requires Board approval of a proposed
> severance agreement with a member of the Man-
> agement Committee; and

> WHEREAS, Amtrak has offered a proposed sever-
> ance agreement to Ms. Hightower, subject to
> Board approval; and

> WHEREAS, The terms of the proposed severance
> agreement with Ms. Hightower have been fully
> described to members of this Board; there-
> fore, be it

> RESOLVED, That the Board hereby authorizes
> Management to execute the proposed severance
> agreement with Ms. Hightower.

$(5-0)$

Mayor John Robert Smith and Michael Jackson (alter-
nate for the Secretary of Transportation) joined the
meeting.

AMT005018

- 4 -

**BUDGET AND FINANCIAL OVERVIEW/FORECAST**

Mr. Warrington briefed the Board on Amtrak's FY02 financial plan, corporate strategy, and proposal for organizational restructuring.

The Board recessed for lunch at 12:05 p.m. and reconvened at 12:40 p.m. in executive session with Mr. Carten and Ms. Oliveri present.

**AUGUST BOARD MEETING**

Following discussion, the Board agreed to schedule its next meeting for Thursday, August 30, 2001, at 2:00 p.m. in Washington, D.C.  It was also agreed that a Finance Committee meeting would be held prior to the Board meeting.

**ORGANIZATION RESTRUCTURING**

Mr. Warrington briefed the Board on the proposed organization restructuring plan and the schedule for implementation of the plan.

Mr. Jackson left the meeting.

Mr. Warrington stated that he would provide the Board with a progress report on organizational restructuring at the August meeting.

**AMT005019**

- 5 -

Rich Sarles and Stan Bagley of Amtrak's Management Committee and Steve Polan of the law firm of Kalkines, Arky, Zall & Bernstein joined the meeting.  Mr. Jackson and Mr. Yachmetz rejoined the meeting.  Ms. Rosen and Mr. Rutter left the meeting.

## HIGH SPEED RAIL UPDATE/CONSORTIUM NEGOTIATIONS

Mr. Sarles briefed the Board on the status of the delivery of the high speed trainsets and high horsepower locomotives.  He reported that the delivery of 18 or 19 of the trainsets is expected by the end of calendar year 2001.  He briefly discussed the status of negotiations between Amtrak and the Consortium.

Ms. Rosen rejoined the meeting.

Mr. Polan presented a privileged and confidential briefing on negotiations between Amtrak and the Consortium.  Mr. Jackson suggested that legal counsel for both the DOT and FRA meet with Steve Polan the week of July 30, 2001 concerning this issue.

Messrs. Bagley, Sarles, Polan, and Yachmetz left the meeting.  The Board continued the meeting in executive session with Mr. Carten, and Ms. Oliveri present.

AMT005020

- 6 -

**ORGANIZATION RESTRUCTURING**

Mr. Warrington resumed his briefing on the proposed
organizational restructuring and presented an overview of
rail network changes under consideration.  Mayor Smith
suggested that Management analyze the economics of a day
train from New Orleans, Louisiana to Biloxi, Mississippi.
A discussion on corporate strategy followed.  Mr.
Warrington indicated that additional information concern-
ing possible route network changes and the FY03 forecast
would be presented at the August Board meeting.  He indi-
cated that Management will seek formal approval of the
proposed organizational restructuring at the August meet-
ing.

Mr. Rutter rejoined the meeting.  Ms. Rosen left the
meeting.

**RESOLUTIONS AUTHORIZING THE CREATION OF THE
POSITION OF EXECUTIVE VICE PRESIDENT-OPERATIONS
AND ELECTION OF E.S. BAGLEY, JR. TO THAT POSITION,
AND AUTHORIZING THE TEMPORARY ASSIGNMENT OF
EDWARD V. WALKER, III TO LEAD THE IMPLEMENTATION
AND TRANSITION SPECIAL PROJECT**

Mr. Warrington requested approval of resolutions
authorizing the creation of the position of Executive
Vice President-Operations and recommended that the Board
elect E.S. Bagley, Jr. to that position.  Mr. Warrington
also recommended that the Board approve the temporary

AMT005021

- 7 -

assignment of Edward V. Walker, III to lead the Implemen-

tation and Transition Special Project.

Following discussion, upon motion made by Governor

Holton and seconded by Mayor Smith, the Board voted to

approve the following resolutions:

WHEREAS, The recently completed organiza-
tional assessment has recommended the crea-
tion of the position of Executive Vice
President-Operations to assume the company-
wide responsibilities set forth in the
attached Executive Summary; and

WHEREAS, Management has recommended that
E.S. Bagley, Jr. be elected to the position
of Executive Vice President-Operations; and

WHEREAS, Management has recommended that a
senior corporate officer be appointed to lead
the transition effort required to implement
the findings of the organizational assessment
as set forth in the attached Executive Sum-
mary (hereinafter referred to as the "Imple-
mentation and Transition Special Project");
and

WHEREAS, Management has recommended that
Edward V. Walker, III be temporarily assigned
to lead the Implementation and Transition
Special Project; therefore, be it

RESOLVED, That the position of Executive Vice
President-Operations is created with the
duties and responsibilities set forth in the
attached Executive Summary; and

FURTHER RESOLVED, That E.S. Bagley, Jr. is
elected to the position of Executive Vice
President-Operations and as such remains an
officer of the Corporation at the annual
salary indicated in the attached Executive
Summary, effective October 1, 2001; and

FURTHER RESOLVED, That the temporary assign-
ment of Edward V. Walker, III to lead the
Implementation and Transition Special Project

AMT005022

- 8 -

with the duties and responsibilities set
forth in the attached Executive Summary is
authorized and approved; and

FURTHER RESOLVED, That the President and
Chief Executive Officer is authorized to take
all necessary steps to effect the implemen-
tation of the above reorganization as set
forth in the Executive Summary and these
resolutions.

(5-0)

## RESOLUTIONS AUTHORIZING THE EXPENDITURE OF FUNDS FOR MANAGEMENT CONSULTING SERVICES

Mr. Warrington requested that the Board approve
resolutions authorizing a contract with McKinsey & Com-
pany for Phases I and II of the scope of services.  He
stated that the Corporate Affairs Committee was autho-
rized by the Board in December 2000 to engage a manage-
ment consulting firm to support Amtrak's strategic corpo-
rate planning efforts.  He noted that the Board directed
Management to seek additional authority in the event the
engagement was expected to exceed $500,000.

Mr. Warrington informed the Board that McKinsey &
Company was retained to assist the Board in planning for
Amtrak's post-operational self-sufficiency period and to
support the public policy discussion regarding Amtrak's
corporate structure and service profile.  He described
the proposed scope of services and estimated the costs of
Phase I of the engagement at $1.75 million and Phase II
at between $750,000 and $1.75 million.  He indicated that

AMT005023

- 9 -

the scope of services in Phase II will be determined sub-
sequent to the Board presentation in August.

Following discussion, upon motion made by Ms. de
Leon and seconded by Governor Holton, the Board voted to
approve the following resolutions:

WHEREAS, In December 2000, the Corporate
Affairs Committee received approval from the
Board of Directors to proceed with the
engagement of a management consulting firm to
support strategic corporate planning efforts;
and

WHEREAS, Pursuant to this authority, the
Corporation retained McKinsey & Company, an
international management consulting firm; and

WHEREAS, The Board of Directors, at its
December 2000 meeting, further provided that
the Corporate Affairs Committee seek addi-
tional authority from the Board if expendi-
tures for the management consultant engaged
to advise the Corporate Affairs Committee
were expected to exceed $500,000; and

WHEREAS, Management has determined that Phase
I of such engagement is likely to cost $1.75
million and Phase II is likely to cost
between $0.75 million and $1.75 million;
therefore, be it

RESOLVED, That Management is authorized to
proceed with Phase I and Phase II of the
engagement with McKinsey & Company as such
phases are described in the attached Execu-
tive Summary; and

FURTHER RESOLVED, That Management shall not
expend more than $3.5 million (including the
$0.5 million original authorization) for ser-
vices provided by McKinsey & Company without
the approval of the Board of Directors; and

FURTHER RESOLVED, That the President and
Chief Executive Officer and the Chief
Financial Officer are both authorized to

AMT005024

- 10 -

> execute any documents and take all other
> steps necessary to implement these reso-
> lutions.
>
> (5-0)

## CORPORATE AFFAIRS COMMITTEE REPORT

Ms. de Leon briefed the Board on the purpose of the
Corporate Affairs Committee and activities undertaken by
the Committee. She discussed issues relating to the
redemption of Amtrak's common stock and provisions of the
1997 Amtrak Reform and Accountability Act (ARAA) relating
to the preferred stockholder. She suggested that the
Board meet with a group of Chief Operating Officers from
Fortune 500 companies for a brain storming session
regarding Amtrak.

Mr. Lloyd joined the meeting.

Ms. de Leon also discussed corporate governance.
She indicated that she would develop recommendations con-
cerning corporate governance for the Board's considera-
tion. She noted that the Department of Transportation
(DOT) has recommended that the Board receive cash flow
statements on a monthly basis. Mr. Lloyd briefed the
Board on discussions between Amtrak and its common stock-
holders. A discussion on corporate strategy followed.

AMT005025

- 11 -

## REPORT ON AMTRAK REFORM COUNCIL MEETING

Governor Dukakis briefed the Board on a meeting with the Amtrak Reform Council (ARC) held earlier in the day. He also directed the Board's attention to a letter from the ARC concerning the ARC report recommending that Amtrak's train operations and the Northeast Corridor (NEC) structure become separate business entities.  Governor Dukakis indicated that Management will prepare a response to the ARC.

Arlene Friner of Amtrak's Management Committee joined the meeting.  Mr. Bagley and Mr. Yachmetz rejoined the meeting.

## UPDATE ON GOVERNMENT AFFAIRS

Governor Dukakis referred the Directors to a written report in the Board book concerning Government Affairs activities.

## RESOLUTIONS AUTHORIZING MANAGEMENT SEPARATION/SEVERANCE PLANS

Mr. Warrington provided the Board with information concerning the proposed management separation/severance plans that was requested earlier in the meeting.  He and Ms. Friner discussed the terms of the Voluntary Separation Plan, the Early Retirement Plan, and the Involuntary

AMT005026

- 12 -

Separation Plan as well as the process and schedule for
implementation of these plans.

Following further discussion, the Board approved the
following resolutions authorizing the management
separation/severance plans:

> WHEREAS, Management has presented to the
> Board an organizational restructuring plan
> for the Corporation; and

> WHEREAS, This restructuring plan will result
> in the consolidation and elimination of a
> number of positions within the Corporation's
> management workforce; and

> WHEREAS, Management believes that it is pref-
> erable to encourage employees who might be
> affected by the organizational restructuring
> to voluntarily leave Amtrak through programs
> that provide a transition to other employ-
> ment; and

> WHEREAS, Management has set forth in the
> attached Executive Summary the terms of three
> proposed employee separation/severance plans:
> a Voluntary Separation Plan, an Early Retire-
> ment Plan, and an Involuntary Separation
> Plan; therefore, be it

> RESOLVED, That the three employee separation/
> severance plans described in the attached
> Executive Summary are authorized and
> approved; and

> FURTHER RESOLVED, That the President and
> Chief Executive Officer is authorized to take
> all necessary steps to implement the three
> separation/severance plans described in the
> attached Executive Summary.

(5-0)

Ms. de Leon left the meeting.

AMT005027

- 13 -

## APPOINTMENT OF ADDITIONAL COMMITTEE MEMBERS TO THE FINANCE COMMITTEE

Governor Dukakis noted that it was timely for the Board to fill vacancies on the Finance Committee created by the departures of Secretary Thompson and Secretary Slater.  The Board agreed to appoint Governor Dukakis and Mr. Jackson to serve on the Finance Committee along with Ms. Rosen and Governor Holton.  Ms. Rosen will continue to chair the Committee.

## ADJOURNMENT

There being no further business before the Board, the meeting was adjourned at 4:35 p.m.


John Carten
Assistant Corporate Secretary


Medaris Oliveri
Assistant Corporate Secretary

AMT005028

**Amtrak Board of Directors**
**Agenda Item Executive Summary**

**Title:**  Management Appointments

**Background:**
Executive Vice President - Operations
The recently completed organizational assessment has recommended creating the position of Executive Vice President - Operations.  This position would have the following responsibilities:

- Supervision and direction of the four Strategic Business Units (SBUs);
- Supervision and direction of all field operations;
- Supervision and direction of the operations support functions (e.g., Mechanical, Engineering, Program Management, and Transportation);
- Supervision and direction of the corporate Environmental and Safety Departments.

Management has concluded that the appointment of an Executive Vice President - Operations, with the responsibilities set forth above, will provide Amtrak with a much needed command and control capability that will improve service and reliability system-wide.  The intention of this organizational change is to preserve the strengths of the SBU concept while merging duplicative functions and streamlining administrative and operations support responsibility across the Corporation.

Implementation and Transition Special Project
Management believes that it will be necessary to appoint a senior corporate officer to carefully lead and manage the organizational transition over the next six to nine months.  The individual assigned to this project would have the following responsibilities:

- Coordination of the orderly transfer of functions, duties and services as recommended in the organizational assessment;
- Coordination of the Human Resources, Diversity, Law, Labor Relations and Employee Communications components of the restructuring;
- Company-wide oversight of associated cost management/cost reduction initiatives.

In view of the scope and critical nature of this temporary assignment, Management has concluded that this position should be filled with an individual who has depth, experience and intimate familiarity with the Corporation and its operations. Management anticipates that this project can be completed within six to nine months.

AMT005029

**Proposal:**
Management proposes that the Board authorize the creation of the position of
Executive Vice President - Operations.  To minimize speculation and ensure a
smooth transition, Management believes that it is essential that an appointment
to fill this newly created position occur at the earliest possible date.  Management
has identified E.S. Bagley, Jr., President of the Northeast Corridor SBU, as the
most qualified candidate for this position.  Management recommends that the
Board elect Stan to this position at an annual salary of $179,900 effective
October 1, 2001.

Management also proposes to temporarily assign Ed Walker, President of the
Intercity SBU, to lead the Implementation and Transition Special Project.  Ed will
work out of the Executive Office in Washington and have company-wide authority
to implement the recommendations of the organizational assessment.  In Ed's
absence, Don Saunders, Vice President - Western Business Group, would
assume the position of Acting President of the Intercity SBU.

**Recommended Action:**
Management recommends that the Board approve the attached resolutions
authorizing the actions set forth above.

AMT005030

## Amtrak Board of Directors
## Agenda Item Executive Summary

**Title:** Management Separation/Severance Plans

### Background:

To achieve the cost savings associated with a 15 percent - or larger - reduction in management staff, the Human Resources Department has developed three separation/severance options:

- Voluntary Separation Plan
- Early Retirement Plan
- Involuntary Separation Plan

The following is demographic information on Amtrak's management payroll:

| Years of Service | Number of Management Employees | Average Annual Salary |
|---|---|---|
| Less than 5 | 738 | $65,068 |
| 5 – 15 | 774 | $59,895 |
| 16 or more | 1,366 | $59,944 |
| | | |
| Total | 2,878* | $61,245 |

### Proposal:

### Voluntary Separation Plan

Management employees (excluding members of the Management Committee and certain Amtrak Technologies employees) who voluntarily submit their resignation between August 3 and August 24, 2001 will receive the following separation package:

| Whole Years of Management Service | Paid Thru Date | Health Insurance Provided |
|---|---|---|
| Less than 5 | September 30 | 6 months |
| 5 – 15 | October 31 | 9 months |
| 16 or more | November 30 | 12 months |
| Employee receives pass privileges for 6 months for travel while seeking other employment. | | |

---

* This number includes 595 management employees whose positions are funded out of capital or by commuter, reimbursable or commercial business lines.

In order to receive the benefits under this plan, an employee must agree to sign a release agreement.  The Voluntary Separation Plan would be funded out of Amtrak's operating budget and is estimated to cost:

- $1.6 million – 100 employees
- $3.2 million – 200 employees
- $4.8 million – 300 employees

## Early Retirement Plan

Any management employee 55 years of age or older with 10 or more years of Amtrak service who files retirement papers between September 15 and October 31, 2001 will receive the following retirement package:

- Five years of age added to pension formula; and
- A monthly supplement (equal to railroad retirement annuity) payable until employee is able to commence unreduced railroad retirement annuity benefits.

In order to receive benefits under this plan, an employee must elect to retire from Amtrak during the window period and sign a release agreement.  The employee must also agree not to exercise seniority rights back into an agreement-covered position.

The Early Retirement Plan will be funded out of Amtrak's Retirement Income Plan Trust.  Since the pension plan is presently over funded, Amtrak will be able to maintain a contribution holiday for several more years.  The Early Retirement Plan is estimated to cost:

- $5.9 million – 100 employees
- $11.7 million – 200 employees
- $17.6 million – 300 employees

## Involuntary Separation Plan

Any management employee who is identified for separation from Amtrak would be eligible for the following severance package:

| Whole Years of Amtrak Service | Weeks of Severance Pay | Lump Sum Payment with Release Agreement |
| --- | --- | --- |
| Less than 5 | 2 | $2,500 |
| 5 – 15 | 3 | $3,500 |
| 16 or more | 4 | $5,000 |

AMT005032

The Involuntary Separation Plan will be funded out of Amtrak's operating budget and is estimated to cost:

- $1.0 million – 100 employees
- $2.0 million – 200 employees
- $3.0 million – 300 employees

**Recommended Action:**
Management recommends that the Board approve the attached resolutions authorizing the separation/severance plans set forth above.

AMT005033

**Exhibit 18**

**NATIONAL RAILROAD PASSENGER CORPORATION**

**BOARD OF DIRECTORS**

**TERMS**

|  | Appointed | Term Expires |
|---|---|---|
| Sylvia de Leon, Esq. | 8/9/99 | 8/8/04 |
| The Honorable Michael S. Dukakis<br>Vice Chairman of the Board | 6/26/98 | 6/25/03 |
| The Honorable Linwood Holton | 9/25/98 | 9/24/03 |
| David M. Laney, Esq. | 11/26/02 | 11/25/07 |
| The Honorable Norman Mineta<br>Secretary of Transportation | 6/28/01 | 6/25/03* |
| Ms. Amy M. Rosen | 9/25/98 | 9/24/03 |
| The Honorable John Robert Smith<br>Mayor of Meridian, Mississippi | 6/26/98 | 6/25/03 |
| David L. Gunn<br>Amtrak President & CEO | Ex officio** | |

Note:  *Completes the five year term of former Secretary of Transporation
         Rodney Slater.

      ** Non-voting member, not included in quorum count.

E-AMT 0003418

4-17-03
S:Exec\Bdlists\Bdterms3

E-AMT 0003419

# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
*main* 410.580.3000  *fax* 410.580.3001

JOHN R. WELLSCHLAGER
john.wellschlager@piperrudnick.com
*Direct* 410.580.4281

January 16, 2004

VIA FACSIMILE AND REGULAR MAIL

Eli Gottesdiener, Esquire
Gottesdiener Law Firm, PLLC
3901 Yuma Street, N.W.
Washington, D.C.  20016

   Re:  Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.
       Case No. 1:03CV01764

Dear Mr. Gottesdiener:

   In response to our recent e-mails, this letter provides the names and contact information for several of the "Doe" individuals about whom you inquired and whom you referenced in Plaintiffs' Amended Complaint.  Please let me know if you require a more formal response to your e-mail request that this information be provided.

   First, the members of the current Amtrak Retirement Plan Committee:

     Warren Reisig,
     William Herrmann, Esquire, and
     Gordon Hutchinson.

Because these are all current employees of Amtrak, they can be reached through me or Mark Muedeking.

   The following list represents the current and former members of Amtrak's Board of Directors from 1995 through 2003 (excluding the names and information we already have provided in Initial Disclosures or that you obviously have obtained independently and have included in Plaintiffs' First Amended Complaint):

*Piper Rudnick LLP*

# Piper Rudnick

The Honorable Thomas R. Carper
The United States Senate
Washington, DC  20510
(202) 224-2441
Dates of service:  September 1994 – June 1998

Daniel W. Collins
3919 Evelyn Drive
North Olmstead, OH 44070
(216) 777-3035
Dates of service: October 1993 - June 1998

Thomas M. Downs
3035 Oliver Street, NW
Washington, DC 20015
(202) 686-6720
Dates of service: December 1993 - December 1997

The Honorable Mortimer L. Downey (alternate)
10205 Martinhoe Drive
Vienna, VA  22181
(703) 242-0157
Dates of service: April 1993 - January 2000

Michael Jackson (alternate)
1601 Vista Drive
McLean, VA  22102
(703) 965-8394
Dates of service: May 2001 - August 2003

Robert R. Kiley
164 Ebury Street
London SW1W 8UP
United Kingdom
44 0207 730 4549
Dates of service: May 1993 - February 1996

Mrs. Celeste Pinto McLain
515 North Clifford Avenue
Los Angeles, CA 90049
(301) 476-2119
Dates of service: September 1994 - June 1998

# Piper Rudnick

Eli Gottesdiener, Esquire
January 16, 2004
Page 3

The Honorable Jolene Molitoris (alternate)
Geofocus LLC
3651 FAU Blvd., Suite 215
Boca Raton, FL  33431
Dates of service: September 1993 - January 2000

Roy M. Neel
2127 Leroy Place, NW
Washington, DC  20008
(202) 234-5514
Dates of service: July 1994 - June 1998
The Honorable Don J. Pease (deceased)
Dates of service: May 1993 - June 1998

The Honorable Frederico Pena
Vestar Capital
1225 17th Street, Suite 1660
Denver, CO  80202
(303) 292-6300
Dates of service: January 1993 - January 1997

The Honorable Allan Rutter (alternate)
Federal Railroad Administration
1120 Vermont Ave., NW
Washington, DC  20005
(202) 493-6014
Dates of service: July 2001 - Present

The Honorable Rodney Slater
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037
Dates of service: February 1997 - January 2001

The Honorable John Robert Smith
Mayor of Meridian - City Hall
Meridian, MS  39301
(601) 485-1927
Dates of service: June 1998 - June 2003

**Piper Rudnick**

Eli Gottesdiener, Esquire
January 16, 2004
Page 4

George Warrington
New Jersey Transit Planning Authority
One Newark Center
17th Floor
Newark, NJ  07102
(973) 639-8400
Dates of service: December 1997 - April 2002

Mrs. Jeanne Pease
143 E. College Street #409
Oberlin, OH  44074
(440) 774-6855
Dates of service: May 1993 - June 1998

Please note that these addresses and telephone numbers are provided with the understanding that they will not be used for purposes unrelated to this litigation.  Please let me know if this condition is unacceptable to you so that we can take appropriate measures.  In addition, as current or former agents of Amtrak (and, for the foreseeable future, as our clients), we would expect you to contact us or counsel for these individuals in lieu of contacting them directly.

Very truly yours,

John R. Wellschlager

JRW/lrg

cc:     Mark Muedeking, Esquire

**Exhibit 19**

**Amtrak Board of Directors**
**Agenda Item Executive Summary**

**Title:**  Management Separation/Severance Plans

**Background:**

To achieve the cost savings associated with a 15 percent reduction in management staff, the Human Resources Department has developed three separation/severance options:

- Voluntary Separation Plan
- Early Retirement Plan
- Involuntary Separation Plan

The following is demographic information on Amtrak's management payroll:

| Years of Service | Number of Management Employees | Average Annual Salary |
|---|---|---|
| Less than 5 | 738 | $65,068 |
| 5 – 15 | 774 | $59,895 |
| 16 or more | 1,366 | $59,944 |
| | | |
| Sub-Total | 2,878 | $61,245 |
| Less Capital, Commuter, and Reimbursable Positions | 562 | |
| Total | 2,316 | |

**Proposal:**

<u>**Voluntary Separation Plan**</u>

Management employees (excluding members of the Management Committee and certain Amtrak Technologies employees) who voluntarily submit their resignation between August 1 and August 24, 2001 will receive the following separation package:

| Whole Years of Management Service | Paid Thru Date | Health Insurance Provided |
|---|---|---|
| Less than 5 | September 30 | 6 months |
| 5 – 15 | October 31 | 9 months |
| 16 or more | November 30 | 12 months |
| Employee receives pass privileges for 6 months for travel while seeking other employment. | | |

In order to receive the benefits under this plan, an employee must agree to sign a release agreement. The Voluntary Separation Plan would be funded out of Amtrak's operating budget.  We estimate that between 100 and 200 management employees will exercise this option at a total cost of $1.8 to $3.7 million dollars,

**Early Retirement Plan**

Any management employee 55 years of age or older with 10 or more years of Amtrak service who files retirement papers between September 15 and October 31, 2001 will receive the following retirement package:

- Five years of age added to pension formula; and
- A monthly supplement (equal to railroad retirement annuity) payable until employee is able to commence unreduced railroad retirement annuity benefits.

In order to receive benefits under this plan, an employee must elect to retire from Amtrak during the window period and sign a release agreement.  The employee must also agree not to exercise seniority rights back into an agreement-covered position.

The Early Retirement Plan will be funded out of Amtrak's Retirement Income Plan Trust.  Since the pension plan is presently over funded, Amtrak will be able to maintain a contribution holiday for several more years.  The anticipated total cost of the Early Retirement Plan option is $$9.0 to $12 million.  This estimate assumes 150 to 200 management employees will exercise this option.

**Involuntary Separation Plan**

Any management employee who is identified for separation from Amtrak would be eligible for the following severance package:

| Whole Years of Amtrak Service | Weeks of Severance Pay | Lump Sum Payment with Release Agreement |
|---|---|---|
| Less than 5 | 2 | $2,500 |
| 5 – 15 | 3 | $3,500 |
| 16 or more | 4 | $5,000 |

The Involuntary Separation Plan will be funded out of Amtrak's operating budget. The anticipated cost of this option will range between $2.0 million (200 employees involuntarily separated) to $3.0 million (300 employees involuntarily separated).

**Recommended Action:**
Management recommends that the Board approve the attached resolutions
authorizing the separation/severance plans set forth above.

**Exhibit 20**

## Amtrak Board of Directors
## Agenda Item Executive Summary

**Title:** Management Separation/Severance Plans

**Background:**

To achieve the cost savings associated with a 15 percent - or larger - reduction in management staff, the Human Resources Department has developed three separation/severance options:

- Voluntary Separation Plan
- Early Retirement Plan
- Involuntary Separation Plan

The following is demographic information on Amtrak's management payroll:

| Years of Service | Number of Management Employees | Average Annual Salary |
|---|---|---|
| Less than 5 | 738 | $65,068 |
| 5 – 15 | 774 | $59,895 |
| 16 or more | 1,366 | $59,944 |
| | | |
| **Total** | 2,878* | $61,245 |

**Proposal:**

## Voluntary Separation Plan

Management employees (excluding members of the Management Committee and certain Amtrak Technologies employees) who voluntarily submit their resignation between August 3 and August 24, 2001 will receive the following separation package:

| Whole Years of Management Service | Paid Thru Date | Health Insurance Provided |
|---|---|---|
| Less than 5 | September 30 | 6 months |
| 5 – 15 | October 31 | 9 months |
| 16 or more | November 30 | 12 months |
| Employee receives pass privileges for 6 months for travel while seeking other employment. | | |

---

\* This number includes 595 management employees whose positions are funded out of capital or by commuter, reimbursable or commercial business lines.

In order to receive the benefits under this plan, an employee must agree to sign a release agreement. The Voluntary Separation Plan would be funded out of Amtrak's operating budget and is estimated to cost:

- $1.6 million – 100 employees
- $3.2 million – 200 employees
- $4.8 million – 300 employees

## Early Retirement Plan

Any management employee 55 years of age or older with 10 or more years of Amtrak service who files retirement papers between September 15 and October 31, 2001 will receive the following retirement package:

- Five years of age added to pension formula; and
- A monthly supplement (equal to railroad retirement annuity) payable until employee is able to commence unreduced railroad retirement annuity benefits.

In order to receive benefits under this plan, an employee must elect to retire from Amtrak during the window period and sign a release agreement. The employee must also agree not to exercise seniority rights back into an agreement-covered position.

The Early Retirement Plan will be funded out of Amtrak's Retirement Income Plan Trust. Since the pension plan is presently over funded, Amtrak will be able to maintain a contribution holiday for several more years. The Early Retirement Plan is estimated to cost:

- $5.9 million – 100 employees
- $11.7 million – 200 employees
- $17.6 million – 300 employees

## Involuntary Separation Plan

Any management employee who is identified for separation from Amtrak would be eligible for the following severance package:

| Whole Years of Amtrak Service | Weeks of Severance Pay | Lump Sum Payment with Release Agreement |
|---|---|---|
| Less than 5 | 2 | $2,500 |
| 5 – 15 | 3 | $3,500 |
| 16 or more | 4 | $5,000 |

AMT000041

The Involuntary Separation Plan will be funded out of Amtrak's operating budget and is estimated to cost:

- $1.0 million – 100 employees
- $2.0 million – 200 employees
- $3.0 million – 300 employees

**Recommended Action:**
Management recommends that the Board approve the attached resolutions authorizing the separation/severance plans set forth above.

AMT000042

**Exhibit 21**

**SUBJECT TO JOINT PROTECTIVE ORDER**

| | |
|---|---|
| **From:** | Lloyd, James |
| **Sent:** | Friday, August 31, 2001 3:00 PM |
| **To:** | Reisig, Warren; Green, Lorraine; Bagley, Stan; Friner, Arlene; Serfaty, Alicia; Herrmann, William |
| **Subject:** | RE: Cost of VERP Options |

We should come to an agreement on the option (if any) and be prepared to make a recommendation to George asap.

-----Original Message-----
| | |
|---|---|
| **From:** | Reisig, Warren |
| **Sent:** | Friday, August 31, 2001 2:44 PM |
| **To:** | Green, Lorraine; Bagley, Stan; Friner, Arlene; Lloyd, James; Serfaty, Alicia; Herrmann, William |
| **Subject:** | Cost of VERP Options |

The following is the cost of different VERP options. These costs were calculated by our Aon actuary in their Bethesda. The costs represent participation by 100% of those employees eligible to participate in the VERP.

Option I - Employees age 55 with 10 or more years of service. Receive 5 years of age added to pension benefit and full railroad retirement supplement. Cost is $53 million

Option II - Employees age 57 with 10 or more years of service. Receive 5 years of age added to pension benefit and full railroad retirement supplement. Cost is $27 million

Option III - Employees age 58 with 10 or more years of service. Receive 5 years of age added to pension benefit and full railroad retirement supplement. Cost is $20 million

Option IV - Employees age 55 with 10 or more years of service. Receive 5 years of age added to pension benefit. Railroad retirement supplement is paid until the earliest date employee could receive a railroad retirement annuity (age 60 with 30 years of service and age 62 for employees with 10 to 29 years of service). Early retirement annuity reductions would be applied to the Amtrak supplement. Cost is $30 million.

Based on pension assets as of 7/31/01 the plan's surplus is $35 million.


We have completed calculating the actual pension benefit for each eligible employee and have received the actual railroad retirement supplement benefit from the railroad retirement board. Our actuary will calculate the cost of each of the options listed above with the actual data and these costs will be verified by a separate Aon office in Baltimore.

**AMT007572**

**Exhibit 22**

## RESOLUTIONS AUTHORIZING MANAGEMENT
## SEPARATION/SEVERANCE PLANS

WHEREAS, Management has presented to the Board an organizational restructuring plan for the Corporation; and

WHEREAS, This restructuring plan will result in the consolidation and elimination of a number of positions within the Corporation's management workforce; and

WHEREAS, Management believes that it is preferable to encourage employees who might be affected by the organizational restructuring to voluntarily leave Amtrak through programs that provide a transition to other employment; and

WHEREAS, Management has set forth in the attached Executive Summary the terms of three proposed employee separation/severance plans: a Voluntary Separation Plan, an Early Retirement Plan, and an Involuntary Separation Plan; therefore, be it

RESOLVED, That the three employee separation/severance plans described in the attached Executive Summary are authorized and approved; and

FURTHER RESOLVED, That the President and Chief Executive Officer is authorized to take all necessary steps to implement the three separation/severance plans described in the attached Executive Summary.

National Railroad Passenger Corporation
Board of Directors
Adopted July 26, 2001

**Exhibit 23**

**Employee Advisory—Friday, July 27, 2001**

**A message from George Warrington: Restructuring our business**

The framework of a restructuring plan has been developed that will better position our company for future growth, as we strive to serve a national passenger rail network and work toward operational self-sufficiency by 2003.

The many initiatives we have taken recently have improved Amtrak's financial performance on both the revenue and cost sides. But as senior management has looked at the way we operate our business, it has become clear that we weren't nearly as efficient or productive as we should be. A lot of this stems from how we are organized.

In addition, we are weathering a downturn in the national economy that has hit the travel and transportation sectors especially hard. For example, for the first time in a decade, airlines are flying fewer passengers, and last week several major carriers reported large quarterly losses. Fortunately, Amtrak's ridership and revenues are continuing to climb, on top of record performance in each of the last four years. But despite that good news and the hard work of thousands of Amtrak employees like you, we are not hitting the financial targets established for the company.

For both of these reasons, the restructuring program is needed to better organize ourselves, increase efficiency and reduce costs. While these changes are necessary for business reasons, we also realize they will also affect employees as people -- so we will do everything reasonable to limit any adverse impacts and handle change with candor and sensitivity.

The first step in this restructuring effort will be the consolidation of several functions under the newly created position of executive vice president of Operations. With the appointment of Stan Bagley to this position effective Oct. 1, and the temporary assignment of Ed Walker to lead the restructuring effort, that work is now under way. (While Stan officially begins Oct. 1, he will informally begin this responsibility immediately.)

As restructuring means consolidation of some operations, a number of management jobs will be eliminated in the next several months. To assist this restructuring effort and those affected by it, voluntary separation and early retirement incentives will be offered to 2,900 eligible employees beginning almost immediately.

The details of these incentives will be provided to affected employees early next week, and I've asked the Human Resources staff to make every effort to answer questions promptly and fully. Information will also be posted on the employee Intranet.

Finally, senior management will intensify an ongoing review of all operations. Any other measures that may be taken will depend, in part, on how well we do with our cost management and revenue generation initiatives and the effect of the slowing economy on our business. This will become clearer this fall, and I personally plan to keep you aware of these developments.

When decisions are made, they will be communicated widely and in a timely way. For everyone's benefit, please be skeptical about the inevitable rumors you will hear. The most important thing, as it has always been, is our focus on the safety of our employees and guests.

In closing, I want to thank each and every one of you for all your hard work and dedication to world-class guest service. Despite the uncertainty that accompanies any season of change, we have come a long way in recent years, and we *are* growing stronger.

We are improving our service offerings; we are accommodating growing numbers of travelers in all parts of the country; and we are forging ever-stronger partnerships with businesses, stakeholder groups and policy makers at the national, state and local levels. In the long run, restructuring our operations will mean an Amtrak that is more stable financially and better positioned to serve our guests.

## Amtrak extends 30th anniversary travel deal

For 30 more days, it's 30/30 and our guests can't lose.

Our 30th anniversary was in May, but Amtrak is still celebrating by extending our special anniversary discount to summer travelers.

With this discount, guests can enjoy one last vacation this summer and receive a 30 percent discount on travel through Sept. 30.

Amtrak's popularity with travelers across the country continues to grow. For the month of June, more than 2,070,000 guests traveled on Amtrak, an increase of 3.1 percent over June 2000. For the fiscal year, ridership has topped 17.4 million, an increase of 5.5 percent over fiscal year 2000.

## Marketing, brand management to launch enhanced Amtrak website

Amtrak.com is about to take on a new look!

The all-new Amtrak.com reflects suggestions made by our guests and sports a fresh look and feel. It also integrates the new reservation system that we announced just last month. Here are some of the new features and exciting changes our guests will discover:

- Simplified navigation
- Improved and consistent information for all stations, trains and destinations
- Fast Fare Finder on all train and station pages
- Ability to search for stations, destinations, trains and promotions by region
- Quick and easy access to schedules and fares, no user IDs and passwords required
- Secure member profile speeds guests through booking process
- Guests receive an automatic E-mail confirmation

Amtrak.com is expected to generate more than $100 million in ticket sales this year. More than 3,000,000 people visit the site each month, and more than 800,000 tickets will be purchased online this year. These statistics make amtrak.com one of the top travel websites.

Now arriving…Amtrak.com. Look for it soon!

**<u>Exhibit 24</u>**

Boston Hearld

Sunday, July 29, 2001

NEWS

Report: Empty seats plague N.Y.-to-Hub Acela line
Doug Hanchett

Counted on as the silver bullet that would save Amtrak from chronic financial problems, the high-speed Acela Express is suffering from a growing number of empty seats on the New York-to-Boston leg, a new federal report shows.

That's just one factor that will make it virtually impossible for Amtrak to meet its federal mandate to be self-sufficient by 2003, Kenneth Mead, the Department of Transportation's Inspector General, told Congress last week.

"Amtrak has not been successful in making significant progress . . . and is now faced with a tight window in which it must improve its bottom line by several hundred million dollars," Mead said at the hearing before a House subcommittee on railroads.

But former Bay State Gov. Michael Dukakis, vice chairman of Amtrak's board of directors, said the agency will meet its mandate.

"We'll get there," Dukakis told the Herald yesterday. "It's clear we're starting to pull over a lot of people who are fed up with the Logan-La Guardia (delays)."

According to an annual review done by Mead's office, the "load factor" - the number of occupied seats - on Acela trains traveling between New York and Boston started off at 48 percent when service was introduced in December but dropped below 38 percent last month.

By contrast, the New York-to-Washington leg of the service saw the number of occupied seats increase over the same time frame, from 31 percent to 40 percent.

While Mead noted that the airlines have suffered similar drops in load factor and said the declines could be the result of a slowing economy, rail proponents offered a simpler explanation.

Amtrak has gone from one round-trip daily to five on the New York-to-Boston leg of Acela Express, meaning even if the number of daily riders remained the same between December and June, the load factor would go down.

Last month, Amtrak announced Acela Express was very close to meeting its ridership goals. And spokeswoman Lynn Bowersox said yesterday that the New York-Boston leg has remained strong since its introduction.

"It's certainly true we have more riders today than we had in

December, (and) New York to Boston is still the No. 1 market for
Acela Express," Bowersox said.

  Bowersox said Amtrak's recent two-for-the-price-of-one weekend
promotion for the bullet trains has provided a solid revenue boost
for the agency.

  Still, Mead's report paints a grim picture for the 30-year-old
rail agency, which has suffered chronic financial problems and was
ordered five years ago to be earning enough revenue by 2003 to cover
operational expenses without any help from taxpayers.

  While revenues and ridership have grown slightly, Mead said Amtrak
has been unable to tourniquet its operational and cash losses.

  Acela Express was expected to help Amtrak reach its goal of
financial independence, but the delay in the start of the service -
originally slated for the fall of 1999 - proved a crippling blow that
prompted the agency to mortgage Penn Station in New York earlier this
year.

  Mead's report says that the recently announced three-month delay
on delivery of the final train sets will be felt through next year -
exacerbating a problem that Dukakis said has cost the agency $300
million in anticipated revenues so far.

  "The real test, and when you're going to see a real explosion (in
ridership), is when you see the full service (operating)," Dukakis
said. "Then I think you're just going to see people flocking over
(from the airlines)."

  The full service was supposed to be up and running by the end of
the summer but has now been pushed back until the end of the year.

  In addition, some travelers have balked at the price of tickets on
the bullet train - $120 one way to New York - and it has yet to break
the three-hour barrier, which observers say is crucial to it taking
business away from the airlines.

  Meanwhile, Amtrak announced a major corporate restructuring on
Friday that includes a buyout of 2,900 management employees. The
buyout offers will start next week. The rest of the plan, which
includes consolidation of Amtrak's four major business units and
support departments under current Northeast Corridor President E.S.
Bagley Jr., will be put in place by Oct. 1.