**Exhibit 25**



July 30, 2001

Dear Amtrak Employee:

Please read this letter carefully, as it affects your job as a "non-agreement covered" or "management" employee with Amtrak.

The framework of a restructuring plan has been developed that will better position our company for the future, as we strive to serve the national passenger rail network and achieve operational self- sufficiency by 2003.

This restructuring plan will capitalize on the progress we've made to steadily increase ridership and revenue over the past four years while engaging in aggressive cost management measures. Our restructuring plan will also enable us to deal with the under-performing economy and the weakening forecasts for travel.

In the course of the next several weeks, we will work to begin the restructuring plan. Final organizational design is expected to be completed in early October. However, it is clear that there will be a substantial consolidation of many of the business unit and corporate service functions.

This consolidation will significantly reduce the number of "non-agreement covered" or "management" employees on the payroll. In order to lessen the impact of any involuntary employment separations, beginning August 3, a Voluntary Separation Plan (VSP) will be offered.

We hope to achieve most of the reduction in the non-agreement workforce by personal choice through the VSP option, rather than through less-appealing involuntary staff reductions. You are not required to participate in the VSP, however if you do, your decision should be based on your personal situation.

Unfortunately, if we do not achieve our cost reduction objectives through the VSP, we will be required to further reduce the size of our non-agreement workforce. The severance benefits that the company will offer under an involuntary reduction-in-force will be less generous than the severance benefits offered under the VSP option now being offered.

In addition to the VSP, employees age 55 and older with 10 or more years of service with Amtrak, may consider electing a Voluntary Early Retirement Plan (VERP). The VERP is completely voluntary and is described in more detail in this letter.

*July 30, 2001*
*Page 2*

## Voluntary Separation Plan (VSP)

If you wish to participate in the VSP, you must sign and return an Election to Participate form between August 3 and August 24. You will be notified within one week of the date your Election to Participate form is received if your resignation is accepted. You will then be notified of your resignation effective date. In other words, your employment with Amtrak will end on the date you are notified that your resignation is accepted.

It is expected that the VSP will be available on a one-time only basis. Also, in order to insure that Amtrak operations are not negatively affected, Amtrak retains the right to disallow participation of an otherwise eligible non-agreement employee. If your resignation is not accepted, your decision to participate in the VSP will not be held against you and it will not hurt your career at Amtrak.

If you choose the VSP and execute a release agreement, you will receive a lump sum payment equal to your salary from the date of your resignation to the "pay thru" date indicated in the chart that follows, plus an additional $2,500. Also, Amtrak will pay the cost of continuing your medical benefits for you and your covered dependents for a period of time as indicated in the chart below. The amount of the lump sum payment you will receive and the length of time your medical benefits will continue to be paid by Amtrak will depend on your whole years of service as a non-agreement employee at Amtrak, as shown in this chart:

| Whole Years Of Non-Agreement Amtrak Service: | Lump Sum Equal to Salary from Resignation Date Until: | Medical Health Insurance Benefits Continue For: |
|---|---|---|
| Less than 5 | September 30 | 6 months |
| 5-15 | October 31 | 9 months |
| 16+ | November 30 | 12 months |

For example, suppose you have six years and 7 months of Amtrak service as a non-agreement employee and decide to participate in the VSP. And, you have been notified that your resignation has been accepted by Amtrak effective August 17. Based on the chart above, you have 6 whole years of service as a non-agreement employee and you will receive a lump sum payment equal to your salary for the period August 18 until October 31 (approximately 10 ½ weeks of salary), plus an additional $2,500. Amtrak will pay the cost of continuing your medical benefits for you and your dependents until May 31, 2002.

*July 30, 2001*
*Page 3*

In addition, if you elect to resign under the VSP, you will be able to use your travel pass for train travel while seeking other employment for up to six months.

If you elect the VSP, you:

♦ Must submit a signed Election to Participate form during the period of August 3 – 24, 2001. An Election to Participate form is enclosed with this letter;

♦ Must sign a release agreement indicating your acceptance of the terms of your severance package. A release agreement is enclosed with this letter for your reference only and should *NOT* be signed. You will receive a personalized release agreement for your signature once your resignation has been accepted.

♦ Will end your employment with Amtrak on the date that your resignation is accepted.

Please note, that if you elect to participate in the VSP you may exercise your seniority rights – if any -- back into an agreement position in accordance with the applicable collective bargaining agreement.

If you are interested in electing the VSP, please complete the enclosed Election to Participate form and return it to:

Michael Ramirez
*Senior Director, Workforce Management*
Washington Union Station
60 Massachusetts Avenue, NE
Washington, DC 20002

Signing and returning the Election to Participate form means that you are willing to resign from Amtrak.

**Voluntary Early Retirement Plan (VERP)**

If you are age 55 or older and have at least 10 years of Amtrak service as of October 31, 2001, you may want to consider the VERP. Under this plan you will retire on November 1, 2001.

If you choose this plan, Amtrak will:

◆ Add five years to your age when computing your Retirement Income Plan (pension) benefit. Currently, if you receive your pension benefit before age 65, the amount of benefit you receive will be reduced because you will potentially be receiving benefits for a longer period of time than if you retired at age 65. The amount of the reduction depends on your age when you begin receiving benefits. By adding five years to your age, the early retirement reduction will be smaller. For example, if you are age 59 and elect to participate in the VERP, your benefit will be calculated as though you are age 64.

◆ Provide you with a supplement equal to your full-unreduced Railroad Retirement Annuity. Amtrak will pay the supplement until you are able to receive your full Railroad Retirement Annuity benefit.

◆ Enroll you in Amtrak Retiree Medical coverage. The Retiree Medical options are the same as those offered to active employees.

You will also be eligible for distributions from the Retirement 401(k) Savings Plan if you participate. However, you will be subject to the provisions of that Plan.

If you elect this plan, you must complete and return an election form during the window period of September 15 through October 31. All eligible employees will receive information to help with this decision. This information will include:

◆ A statement of the monthly benefit you will receive if you elect to participate in the VERP, including the different benefit amounts based on the different forms of payment (such as Life-Only Annuity, 50% Joint and Survivor Annuity, etc.) for which you are eligible;

◆ An election form and a booklet that explains the VERP in detail;

◆ An invitation to a special "Reaching Retirement" seminar with representatives from Amtrak's Benefits Department, the Railroad Retirement Board, and Vanguard; and

◆ Information regarding the pool of eligible employees.

*July 30, 2001*
*Page 5*

**In Closing**

I encourage you to consider the staff reduction options carefully — we understand that this is an important decision for you.  If you have questions regarding the **Voluntary Separation Plan (VSP)** please contact:

| If you work in the following SBU / Corporate Service Center | Contact | ATS Phone Number |
|---|---|---|
| NEC | Sheila Davidson<br>Director, Human Resources Operations<br>or<br>Suzanne Allan<br>Manager, Human Resources | 728.1546<br><br>580.7612 |
| Intercity<br>Mail and Express | John Miller<br>Director, Human Resources Operations<br>or<br>Ann McCullough<br>Manager, Human Resources | 821.2400<br><br>825.0467 |
| Amtrak West | Tim Duffy<br>Director, Human Resources Operations<br>or<br>Barbara Hanna<br>Manager, Human Resources | 761.6743<br><br>761.6910 |
| Corporate Service Center | Michael Ramirez<br>Senior Director, Workforce Management<br>or<br>Wanda Parker-Smith<br>Human Resources Consultant | 777.3392<br><br>777.3623 |

*July 30, 2001*
*Page 6*

If you have questions regarding the **Voluntary Early Retirement Plan (VERP)** contact:

| Contact | ATS Phone Number |
|---|---|
| Roe Tana | 777.2272 |
| Warren Reisig | 777.2632 |

If you elect one of these options, we will do everything we can to help make your transition as smooth as possible.

As we move forward, I ask that you continue to provide your full support and dedication to your work. In the long run, our success in facing our challenges will mean an Amtrak that is stronger, more financially stable and better positioned for the future.

Very truly yours,

Lorraine A. Green
*Vice President, Human Resources*

Enclosures .

**Exhibit 26**





## New voluntary separation and voluntary early retirement plan information

**News**

July 30, 2001

Dear Amtrak Employee:

Please read this letter carefully, as it affects your job as a "non-agreement covered" or "management" employee with Amtrak.

The framework of a restructuring plan has been developed that will better position our company for the future, as we strive to serve the national passenger rail network and achieve operational self- sufficiency by 2003.

This restructuring plan will capitalize on the progress we've made to steadily increase ridership and revenue over the past four years while engaging in aggressive cost management measures. Our restructuring plan will also enable us to deal with the under-performing economy and the weakening forecasts for travel.

In the course of the next several weeks, we will work to begin the restructuring plan. Final organizational design is expected to be completed in early October. However, it is clear that there will be a substantial consolidation of many of the business unit and corporate service functions.

This consolidation will significantly reduce the number of "non-agreement covered" or "management" employees on the payroll. In order to lessen the impact of any involuntary employment separations, beginning August 3, a Voluntary Separation Plan (VSP) will be offered.

We hope to achieve most of the reduction in the non-agreement workforce by personal choice through the VSP option, rather than through less-appealing involuntary staff reductions. You are not required to participate in the VSP, however if you do, your decision should be based on your personal situation.

Unfortunately, if we do not achieve our cost reduction objectives through the VSP, we will be required to further reduce the size of our non-agreement workforce. The severance benefits that the company will offer under an involuntary reduction-in-force will be less generous than the severance benefits offered under the VSP option now being offered.

In addition to the VSP, employees age 55 and older with 10 or more years of service with Amtrak, may consider electing a Voluntary Early Retirement Plan (VERP). The VERP is completely voluntary and is described in more detail in this letter.

### Voluntary Separation Plan (VSP)

If you wish to participate in the VSP, you must sign and return an Election to Participate form between August 3 and August 24. You will be notified within one week of the date your Election to Participate form is received if your resignation is accepted. You will then be notified of your resignation effective date. In other words, your employment with Amtrak will end on the date you are notified that your resignation is accepted.

It is expected that the VSP will be available on a one-time only basis. Also, in order to insure that Amtrak operations are not negatively affected, Amtrak retains the right to

disallow participation of an otherwise eligible non-agreement employee. If your resignation is not accepted, your decision to participate in the VSP will not be held against you and it will not hurt your career at Amtrak.

If you choose the VSP and execute a release agreement, you will receive a lump sum payment equal to your salary from the date of your resignation to the "pay thru" date indicated in the chart that follows, plus an additional $2,500. Also, Amtrak will pay the cost of continuing your medical benefits for you and your covered dependents for a period of time as indicated in the chart below. The amount of the lump sum payment you will receive and the length of time your medical benefits will continue to be paid by Amtrak will depend on your whole years of service as a non-agreement employee at Amtrak, as shown in this chart:

| Whole Years Of Non-Agreement Amtrak Service: | Lump Sum Equal to Salary from Resignation Date Until: | Medical Health Insurance Benefits Continue For: |
|---|---|---|
| Less than 5 | September 30 | 6 months |
| 5-15 | October 31 | 9 months |
| 16+ | November 30 | 12 months |

For example, suppose you have six years and 7 months of Amtrak service as a non-agreement employee and decide to participate in the VSP. And, you have been notified that your resignation has been accepted by Amtrak effective August 17. Based on the chart above, you have 6 whole years of service as a non-agreement employee and you will receive a lump sum payment equal to your salary for the period August 18 until October 31 (approximately 10 ½ weeks of salary), plus an additional $2,500. Amtrak will pay the cost of continuing your medical benefits for you and your dependents until May 31, 2002.

In addition, if you elect to resign under the VSP, you will be able to use your travel pass for train travel while seeking other employment for up to six months.

If you elect the VSP, you:

- Must submit a signed Election to Participate form during the period of August 3 - 24, 2001. An Election to Participate form is enclosed with this letter;
- Must sign a release agreement indicating your acceptance of the terms of your severance package. A release agreement is enclosed with this letter for your reference only and should NOT be signed. You will receive a personalized release agreement for your signature once your resignation has been accepted.
- Will end your employment with Amtrak on the date that your resignation is accepted. Please note, that if you elect to participate in the VSP you may exercise your seniority rights - if any — back into an agreement position in accordance with the applicable collective bargaining agreement.

If you are interested in electing the VSP, please complete the enclosed Election to Participate form and return it to:

Michael Ramirez
Senior Director, Workforce Management
Washington Union Station
60 Massachusetts Avenue, NE
Washington, DC 20002

Signing and returning the Election to Participate form means that you are willing to resign from Amtrak.

## Voluntary Early Retirement Plan (VERP)

If you are age 55 or older and have at least 10 years of Amtrak service as of October 31, 2001, you may want to consider the VERP. Under this plan you will retire on November 1, 2001.

If you choose this plan, Amtrak will:

- Add five years to your age when computing your Retirement Income Plan (pension) benefit. Currently, if you receive your pension benefit before age 65, the amount of benefit you receive will be reduced because you will potentially be receiving benefits for a longer period of time than if you retired at age 65. The amount of the reduction depends on your age when you begin receiving benefits. By adding five years to your age, the early retirement reduction will be smaller. For example, if you are age 59 and elect to participate in the VERP, your benefit will be calculated as though you are age 64.
- Provide you with a supplement equal to your full-unreduced Railroad Retirement Annuity. Amtrak will pay the supplement until you are able to receive your full Railroad Retirement Annuity benefit.
- Enroll you in Amtrak Retiree Medical coverage. The Retiree Medical options are the same as those offered to active employees.

You will also be eligible for distributions from the Retirement 401(k) Savings Plan if you participate. However, you will be subject to the provisions of that Plan.

If you elect this plan, you must complete and return an election form during the window period of September 15 through October 31. All eligible employees will receive information to help with this decision. This information will include:

- A statement of the monthly benefit you will receive if you elect to participate in the VERP, including the different benefit amounts based on the different forms of payment (such as Life-Only Annuity, 50% Joint and Survivor Annuity, etc.) for which you are eligible;
- An election form and a booklet that explains the VERP in detail;
- An invitation to a special "Reaching Retirement" seminar with representatives from Amtrak's Benefits Department, the Railroad Retirement Board, and Vanguard; and
- Information regarding the pool of eligible employees.

**In Closing**

I encourage you to consider the staff reduction options carefully - we understand that this is an important decision for you. If you have questions regarding the Voluntary Separation Plan (VSP) please contact:

| If you work in the following SBU / Corporate Service Center | Contact | ATS Phone Number |
|---|---|---|
| NEC | Sheila Davidson Director, Human Resources Operations<br>or<br>Suzanne Allan Manager, Human Resources | 728.1546<br><br>580.7612 |
| Intercity Mail and Express | John Miller Director, Human Resources Operations<br>or<br>Ann McCullough Manager, Human Resources | 821.2400<br><br>825.0467 |
| Amtrak West | Tim Duffy Director, Human Resources Operations<br>or<br>Barbara Hanna Manager, Human Resources | 761.6743<br><br>761.6910 |
| Corporate Service Center | Michael Ramirez Senior Director, Workforce Management<br>or<br>Wanda Parker-Smith Human | 777.3392 |

| | Resources Consultant | 777.3623 |
|---|---|---|

If you have questions regarding the **Voluntary Early Retirement Plan (VERP)** contact:

| Contact | ATS Phone Number |
|---|---|
| Roe Tana | 777.2272 |
| Warren Reisig | 777.2632 |

If you elect one of these options, we will do everything we can to help make your transition as smooth as possible.

As we move forward, I ask that you continue to provide your full support and dedication to your work. In the long run, our success in facing our challenges will mean an Amtrak that is stronger, more financially stable and better positioned for the future.

Very truly yours,

Lorraine A. Green
*Vice President, Human Resources*

*Last updated 7/31/01 by Meeka Jackson*

General Intranet Comments?

All materials Confidential Information of Amtrak.
© Amtrak 2001.

**Exhibit 27**

## Reisig, Warren

| | |
|---|---|
| **From:** | Reisig, Warren |
| **Sent:** | Wednesday, August 01, 2001 6:15 PM |
| **To:** | J    , A |
| **Cc:** | Green, Lorraine |
| **Subject:** | RE: Eligibility for Incentive Packages |

A    :

I am responding to your e-mail to Lorraine Green.  The eligibility requirements for the voluntary early retirement plan require an employee to be age 55 (or older) with 10 years of service as of 10/31/01.  The Amtrak pension plan must follow certain rules in order to maintain it's approved status from the Internal Revenue Service.  Therefore we are unable to make exceptions with regards to the pension plan.

Although you are not eligible to particpate in the voluntary early retirement plan, you may want to consider the benefits being offered under the voluntary separation plan.

Feel free to call me at ATS 777-2632 if I can be of further assistance.

-----Original Message-----
From: Green, Lorraine
To: Reisig, Warren
Sent: 8/1/01 3:50 PM
Subject: FW: Eligibility for Incentive Packages
Importance: High

Warren, please respond and copy me on the response.  Thanks.

                    Lorraine

> -----Original Message-----
>From:      J    , A
>Sent:      Wednesday, August 01, 2001 3:02 PM
>To:  Green, Lorraine
>Cc:  Bullock, Lee
>Subject:   Eligibility for Incentive Packages
>
>
>I have reviewed the incentive packages as outlined on the Intranet and
>find that I am not eligible.  I am 60 years of age and have 30 1/2
>years under Railroad Retirement.  My hire date is December 2, 1996;
>therefore, I have 4+ years with Amtrak.  Is there any special package
>that could be designed to accommodate my circumstances?  It appears
>that I would need to continue working beyond December 2nd in order to
>qualify for the Amtrak Pension Plan and medical benefits.
>
>Thank you for your consideration of my request.
>

AMT000185

**Exhibit 28**

To:             W      , L
From:           Reisig, Warren
Cc:             Tana, Roe
Bcc:
Received Date:  2001-08-01 17:25:19
Subject:        RE: VERP

L

In order to be eligible for the early retirement plan you must be age 55 or older with 10 or more years of Amtrak service as of 10/31/01.  In order for the plan to maintain it's approved status with the Internal Revenue Service we are unable to make any exceptions to this rule.
-----Original Message-----
From: W      , L
To: Tana, Roe
Cc: Reisig, Warren
Sent: 8/1/01 12:35 PM
Subject: VERP

Roe,
 I'm 57 years of age with 9 years and 4 months of service as of October
'01. Can I accept this plan and work for another railroad company
(shortline, for example) 1 day a month till it reaches the 10 years (or
120 months) --- would I still be eligible?
    Regards

E-AMT 0031800

**<u>Exhibit 29</u>**

```
To:              M      , E
From:            Reisig, Warren
Cc:              Tana, Roe
Bcc:
Received Date:   2001-08-01 17:27:44
Subject:         RE: Voluntary Early Retirement Plan
```

E    :

To be eligible for the voluntary early retirement plan, you must be age 55 or older with 10 years of Amtrak service as of 10/31/01.  In order for the plan to maintain it's approved status with the Internal Revenue Service we are unable to make any exceptions.

-----Original Message-----
From: M       , E
To: Reisig, Warren
Sent: 8/1/01 12:34 PM
Subject: Voluntary Early Retirement Plan

I have read the details and qualification requirements on the VERP being offered by Amtrak.  I am definitely interested in participating in this plan, however, I miss the age qualification by nine days as I turn 55 on November 9, 2001.  Is there a possibility that an exception can be made at this time or in the near future.

Please respond or if this decision is not in your area of responsibility, please refer me to the individual that can answer my inquiry.

I can be reached via email or at ATS    .       . Thank you.

**Exhibit 30**

To:            Reisig, Warren
From:          T      , S
Cc:
Bcc:
Received Date:    2001-09-20 11:24:53
Subject:       VERP Explanation Confusion

Warren:

As you may recall, I E-mailed you several times with questions concerning the VERP, all of which you took the time to answer. This E-mail concerns the same subject matter. I know that you are a very busy person at this time, but would appreciate your reading the whole letter before dismissing it. I would also appreciate a reply with comments concerning this letter.

One of the questions I previously asked was what assurances do we have that Amtrak won't change its mind about the benefits then being offered before the effective date, and can we count on it really happening (and included a comment that there is an old saying that whatever seems too good to be true, usually is). Your written reply was "the VERP has been approved by the Amtrak Board of Directors...There is no additional approval needed for this to happen". How, then, can they just take away 90% of the benefits of this offer?

In her cover letter to the package, Lorraine Green stated that the package now being offered is more modest than the original, and that it is not as generous as Amtrak had hoped. But cutting about 90% of the benefit, in fact, the whole guts of the original offer, is a lot more than just modest, it is major major, and, in fact, renders it almost useless, except for a very few people. If the whole program was offered with the intent of getting a large volume of management employees voluntarily off the payroll, this new program certainly won't get the job done!

Also in Ms. Green's cover letter, she explained that an updated analysis of the available funds in the pension plan indicated that the recent fluctuations in the stock market required the more modest benefit package. However, from the looks of the material sent with this package, it was sent to the printers at least 2-3 weeks ago, which would put it around Labor Day. The stock market at that time was in almost the exact position as it was in early July, when the original plan was announced. Even if there had been some slight decrease, it was not anywhere near enough to cut 90% out of the program. In fact, in other correspondence, it was noted that the original benefit package allowed for some negative market fluctuations, and still keep the pension plan healthy. It does not sound like upper management presented the original package in good faith, or with much thought. Also, the original notice of the VERP stated that the package sent to individual employees in September would contain individual benefit amounts (the amounts of the RR retirement supplement, the amount of the pension plan, etc.), not a desecration of previously-agreed-to benefits. How can Amtrak morally, not to mention legally, justify this?

Taking into consideration all of the above, may I suggest a counter-proposal? Give each employee who accepts the package the whole package as originally stated, but cap the RR retirement supplement at one year, instead of up to seven years, as originally proposed. Have this one-year cap on the RR retirement supplement be IN LIEU OF the $15,000 flat payment. This will encourage those managers with higher years of service and age to accept the VERP, while not costing the pension fund all that much more. Since this is still much, much less than the original proposal, the pension plan should be able to absorb this modest increase in benefits. I, for one, will then go off the payroll voluntarily, as the original program intended. I am sure others would feel the same way. Could you present this alternative to upper management for consideration?

Thank you in advance for taking time to read, and reply to, this letter.


S        T
Boston Commuter-rail

E-AMT 0029960

**Exhibit 31**

To:                    Reisig, Warren
From:                  Mahoney, Diana
Cc:
Bcc:
Received Date:         2001-08-06 15:08:27
Subject:               RE: VERP Questions

Thank you.

diana mahoney
202 906.2905
ATS 777.2905

-----Original Message-----
From:    Reisig, Warren
Sent:    Monday, August 06, 2001 3:36 PM
To:      T      , S
Cc:      Mahoney, Diana
Subject:         VERP Questions

S

I am responding to your questions regarding the voluntary early retirement window. With regards to the railroad retirement supplement, Amtrak will provide you a monthly supplement based on your years of credited service through the 2000 calendar year. I don't have those figures from the RRB as yet but based on those provided through the 1999 calendar year, $2,500 per month would be a good estimate. With over 30 years of service, the Amtrak supplement would stop at age 62 (the current age for full benefits).

With respect to the Amtrak pension, we would calculate your pension as though you are age 62. Under the pension plan, if you commence your pension upon leaving active service we would normally reduce the amount payable at age 65 based on your current age. For example, if you are age 57, you would receive 57.7% of the amount you would have received if you deferred payment to age 65. Under the VERP, we will calculate your pension as though you were 62 and you would therefore receive 76.9% of the amount you would receive if you deferred payment until age 65.

The VERP has been approved by the Amtrak Board of Directors. There is no additional approval needed for this to happen. If Amtrak ceases to exist, your pension is protected by the Pension Benefit Guaranty Corporation.

E-AMT 0013662

**Exhibit 32**

To:                    Reisig, Warren
From:                  H     , B
Cc:
Bcc:
Received Date:         2001-08-06 16:26:48
Subject:               RE: Voluntary Early Retirement Window

thanks, I Love my job.

-----Original Message-----
From:    Reisig, Warren
Sent:    Monday, August 06, 2001 4:05 PM
To:      H     , B
Cc:      French, Sue
Subject:          Voluntary Early Retirement Window

B

The eligibility criteria for the voluntary early retirement plan are age 55 or older with 10 or more years of Amtrak
service as of October 31, 2001. I understand that you turn 55 on November 5, 2001. Pension plans like the
Amtrak pension plan follow IRS guidelines and we must adhere to them in order to maintain the pension plan's
approved status with the IRS. Making exceptions to the approved voluntary early retirement plan would
jeopardize the plan's approved status with the IRS. Unfortunately we are unable to make an exception for you.

E-AMT 0013664

**Exhibit 33**

To:                Porter, Paula
From:              Reisig, Warren
Cc:
Bcc:
Received Date:     2001-08-09 09:09:12
Subject:           FW: Voluntary Early Retirement Plan Q&A's

---

-----Original Message-----
From:      Reisig, Warren
Sent:      Thursday, August 09, 2001 10:03 AM
To:        Narsavage, David
Cc:        Schulz, William; Porter, Paula
Subject:          Voluntary Early Retirement Plan Q&A's

Dave:

The attached document has a series of Q&A's for posting to the Intranet.  If you edit these questions and answers please edit your changes using the tracking changes feature for my approval.  The information is rather technical and a change of a word may alter the answers to an answer and cause the pension plan to be disqualified by the IRS.

---

Attachments:

earlyretirementwindow16.doc

E-AMT 0014267

**Exhibit 34**

From: Kamantauskas-Holder, Katrina - BALTO
[katrina.kamantauskas@piperrudnick.com]
Sent: Thursday, August 09, 2001 9:49 AM
To: Reisig, Warren
Subject: Ltr to Ps re early retirement window

<<Ltr to Ps re early retirement window - Amtrak d.b. plan - 801.DOC>>

Warren -
Attached is a sample letter to participants explaining why Amtrak cannot
vary the eligibility criteria for the early retirement window. Feel free to
customize! Give me a call if you have any questions.
- Katrina

The information contained in this communication may be confidential, is
intended only for the use of the recipient named above, and may be legally
privileged. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, or copying of
this communication, or any of its contents, is strictly prohibited. If you
have received this communication in error, please re-send this communication
to the sender and delete the original message and any copy of it from your
computer system.
Thank you.

For more information about Piper Marbury Rudnick & Wolfe, please visit us at
http://www.piperrudnick.com

[Date]

[Name of Participant]
[Address]

  Subject: 2001 Voluntary Early Retirement Window

Dear [Name of Participant],

  You have asked whether Amtrak can vary the terms of the 2001 Voluntary Early Retirement Window in order to allow you to participate. Unfortunately, the laws governing our retirement plan prohibit us from making any exceptions.

  The Retirement Income Plan for Employees of National Railroad Passenger Corporation must comply with the rules for retirement plans in the Internal Revenue Code and the Employee Retirement Income Security Act (ERISA). Under those rules, a retirement plan must have a written plan document, and the plan must be administered according to its written terms. In order to make any design changes, such as an early retirement window, Amtrak's Board of Directors must amend the written plan document.

  The amendment adopted by the Board of Directors requires active participants to have attained age 55 or older and completed at least 10 years of service by October 31, 2001 in order to participate in the early retirement window. If Amtrak administers the early retirement window under any other criteria, it will violate both the Internal Revenue Code and ERISA provisions requiring adherence to the written plan document.

  Please let me know if you have any other questions or concerns regarding the early retirement window.

         Best regards,

         Warren S. Reisig
         Director, Compensation & Benefits

**Exhibit 35**

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*
**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 1 | Undated | A. Serfaty, Esq., B. Erkelenz, Esq. | W. Reisig | L. Green | Memorandum requesting advice re: introduction of VERP amendment at Board meeting. | PRIV 0001 | A/C |
| 2 | Undated | M. Oliveri | D. McIlwain, Esq.; Jean Young Kim-Dober, Esq. | | Questionnaire re: electronic discovery production & document custodianship | PRIV 0002 - PRIV 0005 | A/C & W/P |
| 3 | Undated | R. Tana | D. McIlwain, Esq.; Jean Young Kim-Dober, Esq. | | Questionnaire re: electronic discovery production & document custodianship | PRIV 0006- PRIV 0008 | A/C & W/P |
| 4 | Undated | D. Stein | D. McIlwain, Esq.; J. Kim-Dober, Esq. | | Questionnaire re: electronic discovery production & document custodianship | PRIV 0009 - PRIV 0012 | A/C & W/P |
| 5 | Undated | | | | Summary of case generated for Hall litigation | PRIV 0013 | A/C & W/P |
| 6 | 06/19/01 | A. Serfaty, Esq. | J. Roberts, Esq. | R. Schraven | Email seeking legal advice on General Counsel's draft memo for Board of Directors re: D&O insurance. | PRIV 0014 - PRIV 0017 | A/C |
| 7 | 07/05/01 | K. Messineo | J. Lloyd, Esq. | W. Reisig | Draft letter from Plan Law Department re: existence of pending or threatened litigation. | PRIV 0018 - PRIV 0019 | A/C & W/P |
| 8 | 07/06/01 | W. Hermann, Esq. | R. Tana | | Email re: draft legal audit letters. | PRIV 0020 | A/C |
| 9 | 07/19/01 | W. Hermann, Esq., L. Green | W. Reisig | | Email seeking legal advice on draft Board of Directors agenda executive summary on potential RIF and VERP amendment | PRIV 0021 - PRIV 0023 | A/C |
| 10 | 07/22/01 | W. Reisig | K. Kamantauskas-Holder, Esq. | M. Gaafar | Email providing legal advice on draft VERP amendment. | PRIV 0024 - PRIV 0030 | A/C |
| 11 | 07/23/01 | W. Schultz | W. Reisig | W. Herrmann, Esq., L. Green, P. Porter, M. | Email seeking legal advice on draft employee letter re: early retirement window. | PRIV 0031 | A/C |
| 12 | 07/23/01 | W. Schultz, W. Reisig | W. Hermann, Esq. | | Email providing legal advice on draft letter re: potential involuntary RIF and VERP. | PRIV 0032 - PRIV 0038 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 13 | 07/23/01 | W. Herrmann, Esq., W. Reisig | W. Schultz | | Email seeking legal advice on draft VSP and VERP memo | PRIV 0039 - PRIV 0045 | A/C |
| 14 | 07/23/01 | W. Reisig | W. Hermann, Esq. | | Email providing legal advice from legal department to draft VSP and VERP memo. | PRIV 0046 | A/C |
| 15 | 07/23/01 | A. Friner, J. Lloyd, Esq. | W. Schultz | | Email seeking legal advice re: draft memorandum re: proposed Board communication strategy. | PRIV 0047 - PRIV 0051 | A/C |
| 16 | 07/24/01 | C. Mosby | L. Green | | Email forwarding prior email seeking legal advice re: draft employee letter on early retirement window and attaching same. | PRIV 0052 - PRIV 0057 | A/C |
| 17 | 07/24/01 | L. Bowersox | W. Schultz | | Email re: draft memorandum seeking legal advice re: proposed strategy for communications involving Board meeting. | PRIV 0058 - PRIV 0079 | A/C |
| 18 | 07/24/01 | A. Serfaty, Esq. | W. Herrmann, Esq. | | Email seeking legal advice on draft Board Resolution authorizing 2001 Employee Separation Plans. | PRIV 0080 - PRIV 0081 | A/C |
| 19 | 07/25/01 | W. Herrmann, Esq., W. Schultz, P. Porter, L. Green | W. Reisig | | Email seeking legal advice on draft VSP letter to non-agreement employees. | PRIV 0082 | A/C |
| 20 | 07/25/01 | W. Reisig | W. Herrmann, Esq. | | Email providing legal advice on draft VSP letter to non-agreement employees. | PRIV 0083 - PRIV 0089 | A/C |
| 21 | 07/31/01 | W. Reisig | W. Herrmann, Esq. | | Draft email to management committee outlining legal advice on VERP issues and 60/30 bill | PRIV 0090 - PRIV 0091 | A/C |
| 22 | 07/31/01 | W. Herrmann, Esq. | L. Green | | Email seeking legal advice on proposed VERP letter to be posted on Intranet. | PRIV 0092 - PRIV 0093 | A/C |
| 23 | 08/02/01 | W. Herrmann, Esq. | T. Farrell | | Email re: potential number of 60/30 retirees. | PRIV 0094 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 24 | 08/06/01 | W. Herrmann, Esq. | J. Bress | | Email seeking legal advice re: RRB's interpretation of 60/30 bill and designation of qualified employees. | PRIV 0095 | A/C |
| 25 | 08/07/01 | P. Porter | W. Reisig | | Memorandum conveying legal advice expressed by counsel on expansion of VERP | PRIV 0096 | A/C |
| 26 | 08/08/01 | P. Porter, M. Ramirez, T. Sheperd, W. Callahan, R. Siegrist, W. Herrmann, Esq., J. Miller, T. Duffy, S. Davidson | W. Reisig | | Email seeking legal advice on draft questions and answers re: VERP | PRIV 0097 - PRIV 0101 | A/C |
| 27 | 08/08/01 | W. Reisig | J. Miller | | Email forwarding email seeking legal advice on draft questions and answers re: VERP | PRIV 0102 | A/C |
| 28 | 08/09/01 | W. Reisig | W. Herrmann, Esq. | | Email providing legal advice re: draft questions and answers re: the VERP. | PRIV 0103 - PRIV 0107 | A/C |
| 29 | 08/09/01 | W. Reisig | K. Kamantauskas-Holder, Esq. | | Email providing draft letter prepared by counsel to Amtrak employees re: eligibility criteria for VERP. | PRIV 0108 - PRIV 0109 | A/C |
| 30 | 08/09/01 | W. Reisig | R. Siegrist | | Email providing comments on email seeking legal advice on draft questions and answers for VERP. | PRIV 0110 | A/C |
| 31 | 08/10/01 | W. Reisig | T. Duffy | S. Davidson, J. Miller, M. Ramirez | Email providing comments on email seeking legal advice on draft questions and answers for VERP. | PRIV 0111 | A/C |
| 32 | 08/17/01 | W. Reisig | W. Herrmann, Esq. | | Email providing legal advice on draft employee VERP benefit booklet. | PRIV 0112 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*
**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 33 | 08/17/01 | C. Mosby, J. Bress, E. Walker, L. Green, W. Hermann, Esq., J. Lloyd, Esq. | W. Schultz | R. Remington | Email seeking advice on draft memorandum re: internal and external communications re: restructuring plans based upon legal advice | PRIV 0113 - PRIV 0118 | A/C |
| 34 | 08/20/01 | L. Green | W. Schultz | R. Remington, W. Herrmann, Esq., G. Hall, C. Mosby, J. Bress, J. Lloyd, Esq. | Email providing updated draft employee memorandum on restructuring | PRIV 0119 - PRIV 0121 | A/C |
| 35 | 08/22/01 | W. Reisig | W. Herrmann, Esq. | | Email providing draft 2001 VERP release agreement. | PRIV 0122 | A/C |
| 36 | 08/22/01 | W. Reisig | K. Kamantauskas-Holder, Esq. | C. Kramer | Email providing legal advice on VERP booklet as compared to the actual amendment. | PRIV 0123 - PRIV 0124 | A/C |
| 37 | 08/24/01 | W. Herrmann, Esq. | W. Reisig | | Email seeking legal advice on draft communications update in relation to VERP timeline | PRIV 0125 | A/C |
| 38 | 08/24/01 | W. Reisig | W. Herrmann, Esq. | | Email providing legal advice on draft VERP communication for employees. | PRIV 0126 - PRIV 0127 | A/C |
| 39 | 08/24/01 | R. Tana | W. Herrmann, Esq. | W. Reisig | Email re: draft answer to question re: discrimination in draft VERP questions and answers. | PRIV 0128 | A/C |
| 40 | 8/24/2001 | W. Herrmann, Esq. | R. Tana | | Email re: draft answer to question re: discrimination in draft VERP questions and answers. | PRIV 0129 | A/C |
| 41 | 8/24/2001 | W. Reisig | W. Herrmann, Esq. | | Email forwarding email from counsel providing legal advice re: relation of terms in credit agreement to ERISA. | PRIV 0130 - PRIV 0131 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 42 | 8/29/2001 | A. Serfaty, Esq. | J. Carter | | Email re: draft Board of Directors Agenda Item Executive Summary for management separation and severance plans. | PRIV 0132 - PRIV 0136 | A/C |
| 43 | 8/29/2001 | W. Herrmann, Esq. | W. Reisig | | Email re: draft version of VERP Executive Summary. | PRIV 0137 - PRIV 0138 | A/C |
| 44 | 8/29/2001 | A. Serfaty, Esq.; J. Lloyd, Esq. | W. Herrmann, Esq. | | Email forwarding draft version of VERP Executive Summary. | PRIV 0139 | A/C |
| 45 | 8/31/2001 | W. Herrmann, Esq. | P. Reilly, Esq. | | Email re: structure and implementation of VERP benefit. | PRIV 0140 | A/C |
| 46 | 9/5/2001 | W. Hermann, Esq. | P. Reilly, Esq. | | Email re: status of motion for reconsideration. | PRIV 0141 | A/C & W/P |
| 47 | 9/6/2001 | W. Herrmann, Esq. | P. Reilly, Esq. | | Email re: structure of potential changes to VERP | PRIV 0142 | A/C |
| 48 | 9/10/2001 | W. Herrmann, Esq. | W. Reisig | | Email re: draft employee cover letter for early retirement package. | PRIV 0143 - PRIV 0146 | A/C |
| 49 | 9/12/2001 | W. Herrmann, Esq. | W. Reisig | | Email re: draft VERP release agreement | PRIV 0147 | A/C |
| 50 | 9/12/2001 | W. Reisig | W. Herrmann, Esq. | | Email re: draft VERP release agreement | PRIV 0148 - PRIV 0151 | A/C |
| 51 | 9/19/2001 | W. Herrmann, Esq. | L. Beers | M. Jackson | Email re: draft Intranet VERP questions and answers. | PRIV 0152 | A/C |
| 52 | 9/20/2001 | W. Herrmann, Esq. | W. Reisig | | Email seeking legal advice re: Intranet VERP questions and answers. | PRIV 0153 | A/C |
| 53 | 9/20/2001 | W. Reisig | W. Herrmann, Esq. | | Email providing legal advice re: Intranet VERP questions and answers | PRIV 0154 | A/C |
| 54 | 9/21/2001 | W. Reisig | W. Herrmann, Esq. | | Email re: scope of VERP benefits | PRIV 0155 | A/C |
| 55 | 9/25/2001 | P. Barnes | W. Herrmann, Esq. | W. Reisig | Email providing legal advice re: materials mentioned in VERP release agreement | PRIV 0156 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 56 | 9/26/2001 | W. Reisig | K. Kamantauskas-Holder, Esq. | | Email re: amended version of VERP changes drafted by counsel. | PRIV 0157 - PRIV 0162 | A/C |
| 57 | 9/27/2001 | L. Green, G. Hall, W. Hermann, Esq. | D. Narsavage | D. Salmon, L. Price, M. Jackson | Email seeking legal advice re: revisions to special employee advisory | PRIV 0163 - PRIV 0166 | A/C |
| 58 | 10/2/2001 | W. Reisig | K. Kamantauskas-Holder, Esq. | | Letter offering legal advice on proposed amendments to Plan | PRIV 0167 - PRIV 0168 | A/C |
| 59 | 10/8/2001 | A. Serfaty, Esq. | W. Herrmann, Esq. | | Email re: update to draft Board of Directors Executive Summary re: restructuring. | PRIV 0169 - PRIV 0170 | A/C |
| 60 | 10/12/2001 | A. Serfaty, Esq. | W. Herrmann, Esq. | | Email re: draft summary comparing RRB and Amtrak tax obligations and benefits | PRIV 0171 - PRIV 0172 | A/C |
| 61 | 10/13/2001 | M. O'Connell | M. Oliveri | W. Herrmann, Esq. | Email re: policies on retention of case file records. | PRIV 0173 | A/C |
| 62 | 10/18/2001 | A. Serfaty, Esq., D. Salmon | W. Schultz | E. Walker | Email providing revised draft memo to management committee re: reorganization. | PRIV 0174 - PRIV 0177 | A/C |
| 63 | 10/18/2001 | L. Green | W. Schultz | | Email forwarding changes based on legal advice on draft memo to management committee re: reorganization. | PRIV 0178 - PRIV 0182 | A/C |
| 64 | 10/24/2001 | W. Herrmann, Esq. | A. Serfaty, Esq. | | Email re: draft documents related to restructuring | PRIV 0183 | A/C |
| 65 | 10/24/2001 | A. Serfaty, Esq. | W. Herrmann, Esq. | | Email re: draft documents related to restructuring | PRIV 0184- PRIV 0188 | A/C |
| 66 | 10/25/2001 | A. Serfaty, Esq. | W. Schultz | L. Price | Email re: edits to draft version of management committee memo re: reorganization. | PRIV 0189 - PRIV 0191 | A/C |
| 67 | 10/30/2001 | W. Herrmann, Esq. | J. Miller | | Email re: release from VERP participants and implication of continuing work activity | PRIV 0192 | A/C |
| 68 | 11/7/2001 | | | | Draft special employee advisory | PRIV 0193 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 69 | 12/7/2001 | W. Reisig | K. Kamantauskas-Holder, Esq. | | Email re: good faith EGTRRA amendments for 401(k) and benefits plan | PRIV 0194 - PRIV 0195 | A/C |
| 70 | 12/7/2001 | W. Reisig | K. Kamantauskas-Holder, Esq. | | Email re: revised GUST II compliance amendment. | PRIV 0196 | A/C |
| 71 | 12/9/2001 | K. Kamantauskas-Holder, Esq. | W. Reisig | | Email re: good faith EGTRRA amendments for 401(k) and benefits plan | PRIV 0197 - PRIV 0198 | A/C |
| 72 | 12/11/2001 | W. Herrmann, Esq. | W. Reisig | | Email re: good faith EGTRRA amendments for 401(k) and benefits plan | PRIV 0199 - PRIV 0200 | A/C |
| 73 | 12/12/2001 | W. Herrmann, Esq. | W. Reisig | | Email re: good faith EGTRRA amendments for 401(k) and benefits plan | PRIV 0201 | A/C |
| 74 | 12/12/2001 | W. Reisig | K. Kamantauskas-Holder, Esq. | | Email re: good faith EGTRRA amendments for 401(k) and benefits plan | PRIV 0202 - PRIV 0207 | A/C |
| 75 | 2/7/2002 | W. Reisig | J. Napier-Joyce | K. Kamantauskas-Holder, Esq., C. Kramer | Email: re Amtrak plan IRS filings and notices. | PRIV 0208 - PRIV 0209 | A/C |
| 76 | 2/8/2002 | R. Tana | W. Reisig | | Email: re Amtrak plan IRS filings and notices. | PRIV 0210 - PRIV 0211 | A/C |
| 77 | 2/8/2002 | W. Reisig | R. Tana | | Email: re Amtrak plan IRS filings and notices. | PRIV 0212- PRIV 0213 | A/C |
| 78 | 3/19/2002 | W. Reisig | K. Kamantauskas-Holder, Esq. | C. Kramer | Email re: Amtrak plan IRS filings and notices. | PRIV 0214 | A/C |
| 79 | 7/1/2002 | A. Serfaty, Esq. | L. Childs | W. Herrmann, Esq. | Email re: appointment of ERISA Investment Committee Members | PRIV 0215 | A/C |
| 80 | 7/1/2002 | W. Reisig | W. Herrmann, Esq. | | Email re: appointment of ERISA Investment Committee Members | PRIV 0216 | A/C |
| 81 | 7/12/2002 | W. Herrmann, Esq. | W. Reisig | | Email re: appointment of ERISA Investment Committee Members | PRIV 0217 | A/C |
| 82 | 7/15/2002 | W. Reisig | W. Herrmann, Esq. | | Email re: appointment of ERISA Investment Committee Members | PRIV 0218 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 83 | 9/5/2002 | A. Serfaty, Esq. | W. Herrmann, Esq. | | Email re: appointment of ERISA Investment Committee Members | PRIV 0219 | A/C |
| 84 | 9/18/2002 | A. Serfaty, Esq. | L Steffes, Esq. | | Email re: draft D&O insurance coverage presentation. | PRIV 0220 | A/C |
| 85 | 10/29/2002 | L Steffes, Esq., M. Oliveri | E. Baglio | | Email re: document retention policies. | PRIV 0221 - PRIV 0224 | A/C |
| 86 | 11/0/02 | | | | Draft action items for November 2002 Board and Committee meetings. | PRIV 0225 - PRIV 0230 | A/C |
| 87 | 11/14/2002 | W. Reisig | W. Herrmann, Esq. | | Email re: meeting re: miscellaneous technical updates to plan, including EGTRRA and mortality table updates. | PRIV 0231 - PRIV 0233 | A/C |
| 88 | 11/20/2002 | A. Giron | E. Baglio | W. Herrmann, Esq., M. Oliveri | Email re: document retention policies. | PRIV 0234 | A/C |
| 89 | 11/22/2002 | M. Oliveri | E. Baglio | | Email re: document retention policies and retention period. | PRIV 0235 - PRIV 0238 | A/C |
| 90 | 1/6/2003 | J. McHugh | C. Mandolia | A. Serfaty, Esq., | Email re: excess liability insurance renewal | PRIV 0239- PRIV 0240 | A/C |
| 91 | 3/5/2003 | A. Serfaty, Esq. | L. Steffes, Esq. | | Email re: draft revised Article IX bylaws | PRIV 0241 - PRIV 0248 | A/C |
| 92 | 3/5/2003 | A. Serfaty, Esq. | L. Steffes, Esq. | | Email re: draft revised Article IX bylaws | PRIV 0249 - PRIV 0256 | A/C |
| 93 | 3/5/2003 | S.Deleon | A. Serfaty, Esq. | | Email providing legal advice re: draft revised Article IX bylaws | PRIV 0257 - PRIV 0264 | A/C |
| 94 | 4/15/2003 | A. Serfaty, Esq. | A. Serfaty, Esq. | | Email re: draft revised Article IX bylaws | PRIV 0265 - PRIV 0271 | A/C |
| 95 | 4/23/2003 | A. Serfaty, Esq. | F. Weiderhold, Esq. | | Email providing and seeking legal advice re: draft revised Article IX bylaws | PRIV 0272 | A/C |
| 96 | 6/13/2003 | W. Herrmann, Esq. | W. Herrmann, Esq. | | Email re: miscellaneous Board personnel actions | PRIV 0273 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 97 | 6/23/2003 | W. Herrmann, Esq. | R. Patelunas | | Email seeking legal advice re: appropriateness of using pension plan assets to pay for asset allocation study. | PRIV 0274 | A/C |
| 98 | 7/21/2003 | W. Herrmann, Esq. | R. Patelunas | | Email seeking legal advice re: appropriateness of using pension plan assets to pay for asset allocation study. | PRIV 0275 | A/C |
| 99 | 8/7/2003 | W. Reisig | J. Kratz, Esq. | J. Joyce-Napier | Email with draft IRS letter re: VERP history. | PRIV 0276 - PRIV 0279 | A/C |
| 100 | 8/17/2003 | A. Serfaty, Esq. | L. Steffes, Esq. | | Email with draft analysis of Amtrak's indemnification and D&O insurance. | PRIV 0280 - PRIV 0298 | A/C |
| 101 | 8/25/2003 | D. Bokas | W. Herrmann, Esq. | | Email re: notification of existence of Hall litigation. | PRIV 0299 | A/C & W/P |
| 102 | 8/25/2003 | W. Herrmann, Esq. | D. Bokas | | Email seeking legal advice re: notification of existence of Hall litigation. | PRIV 0300 | A/C & W/P |
| 103 | 8/25/2003 | D. Bokas | W. Herrmann, Esq. | L. Steffes, Esq.; A. Serfaty, Esq. | Email providing legal advice re: notification of existence of Hall litigation. | PRIV 0301 - PRIV 0302 | A/C & W/P |
| 104 | 8/28/2003 | W. Herrmann, Esq. | R. Schraven | E. Kelly | Email seeking legal advice re: notification of existence of Hall litigation. | PRIV 0303 | A/C & W/P |
| 105 | 8/29/2003 | W. Herrmann, Esq. | R. Schraven | | Email re: notification of existence of Hall litigation. | PRIV 0304 - PRIV 0305 | A/C & W/P |
| 106 | 8/29/2003 | W. Herrmann, Esq. | R. Schraven | | Email seeking legal advice re: notification of existence of Hall litigation and insurance coverage issues. | PRIV 0306 | A/C & W/P |
| 107 | 8/29/2003 | W. Herrmann, Esq. | R. Schraven | | Email seeking legal advice re: notification of existence of Hall litigation and insurance coverage issues. | PRIV 0307 - PRIV 0308 | A/C & W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 108 | 9/2/2003 | W. Herrmann, Esq. | M. Halpern, Esq. | | Email seeking legal advice re: notification of existence of Hall litigation and insurance coverage issues. | PRIV 0309 | A/C & W/P |
| 109 | 9/2/2003 | W. Herrmann, Esq. | M. Halpern, Esq. | | Email re: existence of and potential representation in Hall litigation lawsuit. | PRIV 0310 - PRIV 0311 | A/C & W/P |
| 110 | 9/2/2003 | W. Herrmann, Esq. | M. Halpern, Esq. | S. Baderian, Esq. | Email re: existence of and potential representation in Hall litigation lawsuit. | PRIV 0312 - PRIV 0313 | A/C & W/P |
| 111 | 9/2/2003 | W. Herrmann, Esq. | R. Schraven | | Email seeking legal advice re: insurance coverage of the Hall litigation | PRIV 0314 - PRIV 0315 | A/C & W/P |
| 112 | 9/2/2003 | L Steffes, Esq. | W. Herrmann, Esq. | A. Graham | Email seeking information re: status of pending cases for insurance coverage litigation disclosure | PRIV 0316 | A/C & W/P |
| 113 | 9/2/2003 | W. Herrmann, Esq. | L Steffes, Esq. | | Email seeking information re: status of pending cases for insurance coverage litigation disclosure | PRIV 0317 | A/C & W/P |
| 114 | 9/2/2003 | L. Steffes, Esq. | W. Herrmann, Esq. | A. Graham | Email seeking information re: status of pending cases for insurance coverage litigation disclosure | PRIV 0318 - PRIV 0319 | A/C & W/P |
| 115 | 9/2/2003 | W. Herrmann, Esq. | L Steffes, Esq. | | Email seeking information re: status of pending cases for insurance coverage litigation disclosure | PRIV 0320 - PRIV 0321 | A/C & W/P |
| 116 | 9/3/2003 | W. Herrmann, Esq. | R. Schraven | D. McCafferty, Esq., | Email seeking information re: status of pending cases for insurance coverage litigation disclosure | PRIV 0322 - PRIV 0323 | A/C & W/P |
| 117 | 9/3/2003 | W. Herrmann, Esq. | R. Schraven | | Email seeking legal advice re: draft letter notifying insurance carriers of Hall litigation. | PRIV 0324- PRIV 0326 | A/C & W/P |
| 118 | 9/3/2003 | R. Schraven | W. Herrmann, Esq. | | Email providing legal advice re: draft letter notifying insurance carriers of Hall litigation. | PRIV 0327 - PRIV 0329 | A/C & W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*
**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 119 | 9/3/2003 | T. Farrell, R. Tana | G. Cox | | Email forwarding email to counsel re: fiduciary liability insurance renewal application and seeking legal advice re: same | PRIV 0330 - PRIV 0331 | A/C |
| 120 | 9/12/2003 | J. Carten | C. Turnblacer | M. Oliveri | Email seeking documents in relation to Hall litigation. | PRIV 0332 | W/P |
| 121 | 9/12/2003 | K. Romero | C. Turnblacer | M. Oliveri | Email seeking documents in relation to Hall litigation. | PRIV 0333 | W/P |
| 122 | 9/12/2003 | W. Herrmann, Esq. | C. Turnblacer | | Email discussing legal representation for ERISA matters | PRIV 0334 | A/C & W/P |
| 123 | 9/12/2003 | G. Cox | L. Green | P. Porter, W. Reisig | Email seeking documents in relation to Hall litigation. | PRIV 0335 | W/P |
| 124 | 9/12/2003 | T. Roe, W. Reisig | G. Cox | | Email re: internal document request in relation to Hall litigation. | PRIV 0336 - PRIV 0337 | W/P |
| 125 | 9/12/2003 | W. Herrmann, Esq. | D. Stein | J. Carnicelli | Email re: internal document request in relation to Hall litigation. | PRIV 0338 | W/P |
| 126 | 9/12/2003 | W. Herrmann, Esq. | R. Patelunas | | Email re: designation of Plan Administrator | PRIV 0339 | A/C |
| 127 | 9/16/2003 | W. Reisig | G. Cox | | Email re: internal document request in relation to Hall litigation. | PRIV 0340 - PRIV 0341 | W/P |
| 128 | 9/16/2003 | J. Carten | D. Stein | W. Herrmann, Esq. | Email seeking documents in relation to Hall litigation. | PRIV 0342 | A/C & W/P |
| 129 | 9/19/2003 | W. Reisig | W. Herrmann, Esq. | | Email providing legal advice re: potential Retirement Plan Committee composition | PRIV 0343 | A/C |
| 130 | 9/22/2003 | C. Turnblacer, W. Reisig | G. Cox | | Email re: internal document request in relation to Hall litigation. | PRIV 0344 - PRIV 0345 | W/P |
| 131 | 9/22/2003 | A. Serfaty, Esq. | L. Steffes, Esq. | | Email re: revised draft Bylaws. | PRIV 0346 - PRIV 0359 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 132 | 9/22/2003 | A. Serfaty, Esq. | W. Herrmann, Esq. | | Email discussing issues re: review of Procedures Manual. | PRIV 0360 - PRIV 0361 | A/C |
| 133 | 9/23/2003 | C. Mandolia, Esq., M. Oliveri, L. Steffes, Esq., C. Turnblacer | W. Herrmann, Esq. | A. Serfaty, Esq. | Email discussing issues re: review of Procedures Manual | PRIV 0362 | A/C |
| 134 | 9/24/2003 | W. Herrmann, Esq. | R. Schraven | | Email re: appointment of counsel in Hall litigation | PRIV 0363 | A/C & W/P |
| 135 | 9/24/2003 | A. Serfaty, Esq. | W. Herrmann, Esq. | | Email providing legal advice re: status of internal document request and potential VERP class members in Hall litigation. | PRIV 0364 | A/C & W/P |
| 136 | 9/24/2003 | D. McIlwain, Esq. | W. Herrmann, Esq. | | Email seeking legal advice re: potential VERP class members in Hall litigation. | PRIV 0365 | A/C & W/P |
| 137 | 9/25/2003 | W. Reisig | W. Herrmann, Esq. | | Email re: request by Plan Administrator re: existence of any pending or threatened legal matters. | PRIV 0366 - PRIV 0369 | A/C |
| 138 | 9/26/2003 | W. Herrmann, Esq. | D. McIlwain, Esq. | | Email providing legal advice re: potential VERP class members in Hall litigation. | PRIV 0370 - PRIV 0372 | A/C & W/P |
| 139 | 9/26/2003 | D. McIlwain, Esq. | W. Herrmann, Esq. | | Email providing legal advice re: potential VERP class members in Hall litigation. | PRIV 0373 - PRIV 0374 | A/C & W/P |
| 140 | 9/29/2003 | W. Herrmann, Esq. | R. Schraven | | Email seeking legal advice re: draft letter re: insurance coverage of the Hall litigation | PRIV 0375 | A/C & W/P |
| 141 | 9/30/2003 | W. Herrmann, Esq. | W. Reisig | | Email seeking legal advice re: draft notice re: appointment of Retirement Plan Committee members. | PRIV 0376- PRIV 0377 | A/C |
| 142 | 10/3/2003 | L. Steffes, Esq. | W. Herrmann, Esq. | | Email re: summary of Hall litigation | PRIV 0378 - PRIV 0379 | A/C & W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 143 | 10/3/2003 | W. Herrmann, Esq. | L. Steffes, Esq. | | Email re: filing of Hall litigation | PRIV 0380 | A/C & W/P |
| 144 | 10/3/2003 | L. Steffes, Esq. | W. Herrmann, Esq. | | Email re: filing of Hall litigation | PRIV 0381 | A/C & W/P |
| 145 | 10/6/2003 | D. Bokas, G. Hutchinson | F. Knapp | | Email re: case summary drafted by counsel. | PRIV 0382 - PRIV 0383 | A/C & W/P |
| 146 | 10/7/2003 | W. Herrmann, Esq. | R. Schraven | | Email re: insurance coverage of the Hall litigation | PRIV 0384 | A/C |
| 147 | 10/7/2003 | D. Bokas, G. Hutchinson | F. Knapp | | Email re: case summary drafted by counsel. | PRIV 0385 | A/C & W/P |
| 148 | 10/7/2003 | F. Knapp | D. Bokas | | Email re: case summary drafted by counsel. | PRIV 0386 - PRIV 0387 | A/C & W/P |
| 149 | 10/8/2003 | L Steffes, Esq., W. Herrmann, Esq. | F. Knapp | D. Bokas | Email re: case summary drafted by counsel. | PRIV 0388 - PRIV 0389 | A/C & W/P |
| 150 | 10/8/2003 | F. Knapp | W. Herrmann, Esq. | D. Bokas, L. Steffes, Esq. | Email re: case summary drafted by counsel. | PRIV 0390 - PRIV 0391 | A/C & W/P |
| 151 | 10/8/2003 | W. Herrmann, Esq. | F. Knapp | D. Bokas, L. Steffes, Esq. | Email re: case summary drafted by counsel. | PRIV 0392 - PRIV 0393 | A/C & W/P |
| 152 | 10/8/2003 | W. Herrmann, Esq. | F. Knapp | D. Bokas, L. Steffes, Esq. | Email re: case summary drafted by counsel. | PRIV 0394 - PRIV 0395 | A/C & W/P |
| 153 | 10/8/2003 | F. Knapp | W. Herrmann, Esq. | D. Bokas, L. Steffes, Esq. | Email re: case summary drafted by counsel. | PRIV 0396- PRIV 0397 | A/C & W/P |
| 154 | 10/17/2003 | W. Herrmann, Esq. | J. Carten | | Email seeking legal advice re: draft Board of Director Agenda Item Executive Summary re: acquisition management position. | PRIV 0398- PRIV 0401 | A/C |
| 155 | 10/19/2003 | W. Reisig | C. Turnblacer | | Email re: internal document request for Hall litigation. | PRIV 0402- PRIV 0403 | W/P |
| 156 | 10/21/2003 | W. Herrmann, Esq. | R. Patelunas | | Email seeking legal advice re: interpretation of Plan documents provisions relating to asset allocations. | PRIV 0404 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 157 | 10/21/2003 | D. Stein | R. Patelunas | J. Carnicelli | Email seeking legal advice re: interpretation of Plan documents provisions relating to asset allocations. | PRIV 0405 | A/C |
| 158 | 10/21/2003 | R. Patelunas | D. Stein | J. Carnicelli | Email seeking legal advice re: interpretation of Plan documents provisions relating to asset allocations. | PRIV 0406 | A/C |
| 159 | 10/24/2003 | L. Steffes, Esq. | D. Bokas | G. Hutchinson | Email providing legal advice re: implications of draft audit contract. | PRIV 0407 - PRIV 0435 | A/C |
| 160 | 11/4/2003 | A. Serfaty, Esq., M. Oliveri, Esq. | D. McCaffrey, Esq. | | Email providing legal advice re: preliminary memo on FOIA issues. | PRIV 0436 - PRIV 0442 | A/C & W/P |
| 161 | 11/7/2003 | L. Steffes, Esq. | W. Herrmann, Esq. | | Email providing summary of Hall litigation | PRIV 0443 | A/C & W/P |
| 162 | 11/21/2003 | W. Herrmann, Esq., L. Steffes, Esq. | M. Oliveri | | Email providing legal advice re: draft FOIA, RIM, and Micrographics policies | PRIV 0444 | A/C |
| 163 | 12/19/2003 | R. Tana | W. Reisig | | Email re: document request in Hall litigation. | PRIV 0445 | W/P |
| 164 | 1/2/2004 | W. Reisig | W. Herrmann, Esq. | | Email providing legal advice re: document request in Hall litigation | PRIV 0446 | A/C & W/P |
| 165 | 1/5/2004 | W. Herrmann, Esq. | D. Mcllwain, Esq. | | Email seeking legal advice re: request for information from old Board members. | PRIV 0447 - PRIV 0449 | A/C & W/P |
| 166 | 1/9/2004 | W. Herrmann, Esq. | C. Turnblacer | | Email attaching document re: handling of legal documents | PRIV 0450 - PRIV 0454 | A/C |
| 167 | 1/9/2004 | D. Mcllwain, Esq. | J. Carten | | Email re: composition of Board of Directors | PRIV 0455 | A/C |
| 168 | 1/12/2004 | D. Mcllwain, Esq. | M. Oliveri | J. Carten | Email re: document request in Hall litigation. | PRIV 0456 | A/C & W/P |
| 169 | 1/13/2004 | W. Herrmann, Esq. | D. Mcllwain, Esq. | | Email seeking legal advice re: indemnification of Retirement Plan Committee | PRIV 0457 | A/C |
| 170 | 1/13/2004 | W. Herrmann, Esq. | D. Mcllwain, Esq. | | Email re: legal advice re: indemnification of Retirement Plan Committee | PRIV 0458 - PRIV 0459 | A/C |
| 171 | 1/14/2004 | D. Bokas | L. Steffes, Esq. | | Email re: letter notifying of existence of contingent legal matters. | PRIV 0460 - PRIV 0474 | A/C |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 172 | 1/20/2004 | W. Herrmann, Esq. | D. Mcllwain, Esq. | | Email providing legal advice re: IRS determination letter. | PRIV 0475 - PRIV 0478 | A/C |
| 173 | 1/22/2004 | A. Serfaty, Esq. | W. Herrmann, Esq. | | Email seeking legal advice re: issues related to representation and information from prior members of Board of Directors | PRIV 0479 | A/C & WP |
| 174 | 1/23/2004 | J. Carten, D. Mcllwain, Esq. | D. Bell | | Email attaching draft letter to prior Board Members re: status of case and production of documents in Hall litigation. | PRIV 0480 - PRIV 0482 | A/C & W/P |
| 175 | 1/26/2004 | A. Serfaty, Esq. | M. Dukakis | | Email re: document production in Hall | PRIV 0483 | W/P |
| 176 | 1/26/2004 | D. Mcllwain, Esq. | A. Serfaty, Esq. | W. Herrmann, Esq. | Email forwarding email re: document production in Hall litigation. | PRIV 0484 | W/P |
| 177 | 1/26/2004 | W. Reisig, R. Tana, D. Mahoney | D. Mcllwain, Esq. | C. Turnblacer | Email requesting additional documents in relation to Hall litigation. | PRIV 0485 | W/P |
| 178 | 1/26/2004 | A. Serfaty, Esq. | D. Mcllwain, Esq. | | Email re:  request for documents in Hall litigation | PRIV 0486 | WP |
| 179 | 1/26/2004 | D. Mcllwain, Esq. | D. Mahoney | R. Tana | Email re:  request for documents in Hall litigation | PRIV 0487 - PRIV 0489 | W/P |
| 180 | 1/27/2004 | D. Mcllwain, Esq. | A. Serfaty, Esq. | W. Herrmann, Esq. | Email re:  request for documents in Hall litigation | PRIV 0490 | WP |
| 181 | 1/28/2004 | D. Mcllwain, Esq. | A. Serfaty, Esq. | W. Herrmann, Esq. | Email re:  request for documents in Hall litigation | PRIV 0491 | W/P |
| 182 | 1/28/2004 | A. Serfaty, Esq. | D. Mcllwain, Esq. | | Email re:  request for documents in Hall litigation | PRIV 0492- PRIV 0493 | W/P |
| 183 | 1/29/2004 | J. Carten | D. Mcllwain, Esq. | | Email re:  request for documents in Hall litigation | PRIV 0494 | W/P |
| 184 | 2/5/2004 | J. Carten | D. Mcllwain, Esq. | | Email re:  request for documents in Hall litigation | PRIV 0495 | W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 185 | 2/9/2004 | J. Carten | D. McIlwain, Esq. | | Email re: document request and upcoming meeting with outside counsel in Hall litigation | PRIV 0496 | A/C & WP |
| 186 | 2/10/2004 | D. Laney | A. Serfaty, Esq. | D. McIlwain, Esq. | Email re: request for documents in Hall litigation | PRIV 0497 | W/P |
| 187 | 2/10/2004 | A. Serfaty, Esq. | D. Laney | | Email re: request for documents in Hall litigation | PRIV 0498 | W/P |
| 188 | 2/10/2004 | D. McIlwain, Esq. | A. Serfaty, Esq. | | Email re: request for documents in Hall litigation | PRIV 0499 | W/P |
| 189 | 2/11/2004 | A. Serfaty, Esq. | J. Carten | | Email re: memorandum from general counsel to Board Members re: amended complaint in Hall litigation and request for documents. | PRIV 0500 - PRIV 0502 | A/C & W/P |
| 190 | 2/11/2004 | S. Simonson | A. Serfaty, Esq. | | Email requesting documents from former Board Member in relation to Hall litigation. | PRIV 0503 | W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*
## PRIVILEGE LOG

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 191 | 2/17/2004 | S. Audette, L. Bishop, D. Bokas, J. Bress, L. Childs, L. DiStefano, T. Farrell, G. Fletcher, L. Frace; E. Frazier, R. Ernest, L. Green, G. Hall, D. Hughes, K. Huss, G. Hutchinson, Y. Jones, S. Mahoney, G. Mallery, J. McHugh, C. Mosby, P. Nisbeth, P. Porter, B. Richardson, M. Rienzi, D. Salmon, V. Samuel, W. Schulz, A. Serfaty, Esq., G. Shaffer, M. Sherry, J. Soesbee, D. Stein, E. Walker, S. Winerip, C. Woodcock | W. Herrmann, Esq. | D. McIlwain, Esq., C. Turnblacer | Email requesting documents responsive to request for documents in Hall litigation. | PRIV 0504 - PRIV 0505 | W/P |
| 192 | 2/17/2004 | W. Herrmann, Esq. | S. Mahoney | | Email re: request for documents in Hall litigation. | PRIV 0506 - PRIV 0507 | W/P |
| 193 | 2/17/2004 | W. Herrmann, Esq. | V. Samuel | | Email re: request for documents in Hall litigation. | PRIV 0508- PRIV 0509 | W/P |
| 194 | 2/17/2004 | D. McIlwain, Esq. | D. Stein | | Email re: request for documents in Hall litigation. | PRIV 0510 - PRIV 0511 | W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 195 | 2/17/2004 | W. Herrmann, Esq. | R. Galey | | Email re: request for documents in Hall litigation. | PRIV 0512 | W/P |
| 196 | 2/17/2004 | W. Herrmann, Esq. | J. McHugh | | Email re: request for documents in Hall litigation. | PRIV 0513 | W/P |
| 197 | 2/17/2004 | W. Herrmann, Esq. | J. McHugh | | Email re: request for documents in Hall litigation. | PRIV 0514 - PRIV 0515 | W/P |
| 198 | 2/17/2004 | D. Mcllwain, Esq. | G. Fletcher | C. Turnblacer, W. Herrmann, Esq. | Email re: request for documents in Hall litigation. | PRIV 0516 - PRIV 0517 | W/P |
| 199 | 2/17/2004 | G. Fletcher | W. Herrmann, Esq. | C. Turnblacer, D. Mcllwain, Esq. | Email re: request for documents in Hall litigation. | PRIV 0518 - PRIV 0519 | W/P |
| 200 | 2/17/2004 | W. Herrmann, Esq. | C. Woodcock | | Email re: request for documents in Hall litigation. | PRIV 0520 - PRIV 0521 | W/P |
| 201 | 2/18/2004 | D. Mcllwain, Esq. | T. Farrell | W. Herrmann, Esq. | Email re: request for documents in Hall litigation. | PRIV 0522 - PRIV 0523 | W/P |
| 202 | 2/18/2004 | L. Childs | J. Bress | | Email re: request for documents in Hall litigation. | PRIV 0524 - PRIV 0525 | W/P |
| 203 | 2/18/2004 | D. Mcllwain, Esq. | T. Farrell | | Email re: request for documents in Hall litigation. | PRIV 0526 - PRIV 0528 | W/P |
| 204 | 2/18/2004 | W. Herrmann, Esq. | G. Fletcher | C. Turnblacer, D. Mcllwain, Esq. | Email re: request for documents in Hall litigation. | PRIV 0529 - PRIV 0530 | W/P |
| 205 | 2/18/2004 | G. Fletcher | D. Mcllwain, Esq. | C. Turnblacer | Email re: request for documents in Hall litigation. | PRIV 0531 - PRIV 0533 | W/P |
| 206 | 2/18/2004 | T. Farrell | D. Mcllwain, Esq. | W. Herrmann, Esq. | Email re: request for documents in Hall litigation. | PRIV 0534 - PRIV 0536 | W/P |
| 207 | 2/23/2004 | G. Hall, Y. Jones, G. Mallery, P. Nisbeth, W. Schultz, A. Serfaty, Esq., G. Shaffer, J. Soesbee | D. Mcllwain, Esq. | W. Herrmann, Esq., C. Turnblacer | Email re: request for documents in Hall litigation. | PRIV 0537 - PRIV 0538 | W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*
**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 208 | 2/23/2004 | D. McIlwain, Esq. | G. Hall | Esq., C. Turnblacer, P. | Email re: request for documents in Hall litigation. | PRIV 0539 - PRIV 0541 | W/P |
| 209 | 2/23/2004 | A. Serfaty, Esq. | Y. Jones | W. Herrmann, Esq. | Email re: request for documents in Hall litigation. | PRIV 0542 | W/P |
| 210 | 2/23/2004 | D. McIlwain, Esq. | W. Schultz | | Email re: request for documents in Hall litigation. | PRIV 0543 | W/P |
| 211 | 2/24/2004 | C. Turnblacer | M. Rogers | M. Oliveri | Email re: prior discussion with general counsel re: document retention policies and | PRIV 0544 | A/C |
| 212 | 2/25/2004 | W. Schultz | D. McIlwain, Esq. | | Email re: request for documents in Hall litigation. | PRIV 0545 | W/P |
| 213 | 2/26/2004 | W. Schultz | D. McIlwain, Esq. | | Email re: request for documents in Hall litigation. | PRIV 0546 - PRIV 0548 | W/P |
| 214 | 2/26/2004 | D. McIlwain, Esq. | W. Schultz | | Email re: request for documents in Hall litigation. | PRIV 0549 - PRIV 0585 | W/P |
| 215 | 2/29/2004 | A. Serfaty, Esq. | S. Simonson | | Email re: request for documents in Hall litigation. | PRIV 0586 | W/P |
| 216 | 3/3/2004 | D. Bokas, J. Bress, R. Galey, G. Hall, G. Hutchinson, G. Mallery, J. McHugh, C. Mosby, B. Richardson, M. Rienzi, W. Schulz, A. Serfaty, Esq., D. Stein, E. Walker, P. Shaw, J. Tarpley | W. Hermann, Esq. | D. McIlwain, Esq., J. Kim, Esq., S. Emanuel | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0587 | W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 217 | 3/3/2004 | W. Herrmann, Esq., L. Green, R. Tana, W. Reisig, D. Mahoney, J. Carten, M. Oliveri | D. McIlwain, Esq. | S. Emmanuel | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0588 | W/P |
| 218 | 3/3/2004 | S. Emmanuel | D. McIlwain, Esq. | J. Kim, Esq., W. Herrmann, Esq. | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0589- PRIV 0591 | W/P |
| 219 | 3/3/2004 | D. McIlwain, Esq. | S. Emmanuel | J. Kim, Esq., W. Herrmann, Esq. | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0592 - PRIV 0594 | W/P |
| 220 | 3/3/2004 | S. Emmanuel | D. McIlwain, Esq. | J. Kim, Esq., W. Herrmann, Esq. | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0595 - PRIV 0598 | W/P |
| 221 | 3/3/2004 | S. Emmanuel, D. McIlwain, Esq. | J. Kim, Esq. | W. Herrmann, Esq. | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0599 - PRIV 0602 | W/P |
| 222 | | J. Kim, Esq., S. Emmanuel | D. McIlwain, Esq. | W. Herrmann, Esq. | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0603 - PRIV 0606 | W/P |
| 223 | 3/4/2004 | G. Mallery, A. Serfaty, Esq., L. Steffes, Esq. J. Carten | N. Sowa, Esq. | R. Wright, J. Mann | Email re: updated version of draft Board Resolution and requesting legal advice re: same. | PRIV 0607 | A/C |
| 224 | 3/4/2004 | J. Kim, Esq., D. McIlwain, Esq. | S. Emmanuel | W. Herrmann, Esq. | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0608 - PRIV 0611 | W/P |
| 225 | 3/4/2004 | D. McIlwain, Esq., J. Kim, Esq. | S. Emmanuel | W. Herrmann, Esq. | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0612- PRIV 0616 | W/P |
| 226 | 3/5/2004 | D. McIlwain, Esq., J. Kim, Esq. | S. Emmanuel | W. Herrmann, Esq., M. Higgs | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0617- PRIV 0618 | W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*

**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 227 | 3/5/2004 | D. Mcllwain, Esq. | G. Hall | W. Herrmann, Esq., C. Turnblacer | Email re: request for documents in Hall litigation. | PRIV 0619 - PRIV 0621 | W/P |
| 228 | 3/5/2004 | W. Herrmann, Esq. | D. Mcllwain, Esq. | | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0622 - PRIV 0623 | W/P |
| 229 | 3/5/2004 | G. Hall | D. Mcllwain, Esq. | W. Herrmann, Esq., C. Turnblacer | Email re: request for documents in Hall litigation. | PRIV 0624 - PRIV 0626 | W/P |
| 230 | 3/8/2004 | J. Kim, Esq., D. Mcllwain, Esq. | S. Emanuel | W. Herrmann, Esq., M. Higgs, B. Maloney | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0627 | W/P |
| 231 | 3/11/2004 | R. Galey | W. Herrmann, Esq. | D. Mcllwain, Esq. | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0628 - PRIV 0630 | W/P |
| 232 | 3/11/2004 | D. Mcllwain, Esq. | W. Herrmann, Esq. | | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0631 - PRIV 0633 | W/P |
| 233 | 3/22/2004 | J. Carten | D. Mcllwain, Esq. | | Email providing legal advice re: discovery and depositions in Hall litigation | PRIV 0634 | A/C & W/P |
| 234 | 3/22/2004 | D. Mcllwain, Esq. | J. Carten | | Email seeking legal advice re: discovery and depositions in Hall litigation | PRIV 0635 | A/C & W/P |
| 235 | 3/22/2004 | J. Carten | D. McIlwain, Esq. | | Email providing legal advice re: discovery and depositions in Hall litigation | PRIV 0636 - PRIV 0637 | A/C & W/P |
| 236 | 3/22/2004 | S. Emanuel | D. Mcllwain, Esq. | Maloney, W. Herrmann, Esq., J, Flanagan, D. Bell | Email re: archived email search as part of discovery in Hall litigation. | PRIV 0638 - PRIV 0639 | W/P |
| 237 | 3/23/2004 | J. Carten | D. Mcllwain, Esq. | | Email re: discovery and depositions in Hall litigation | PRIV 0640 | W/P |

*Wade F. Hall, et al. v. National Railroad Passenger Corporation, et al.*
**PRIVILEGE LOG**

| Doc. # | Date | To | From | Cc'd | Description | Bates Number/Range | Asserted Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 238 | 3/31/2004 | L. Steffes, Esq. | W. Herrmann, Esq. | | Email providing legal advice re: discovery request and FOIA issues in Hall litigation | PRIV 0641 - PRIV 0642 | A/C & W/P |
| 239 | 3/31/2004 | J. Carten, M. Oliveri | D. McIlwain, Esq. | | Email seeking materials re: Board of Directors for Hall litigation. | PRIV 0643 | W/P |
| 240 | 4/2/2004 | J. Carten | D. McIlwain, Esq. | | Email seeking materials re: Board of Directors Meetings for Hall litigation. | PRIV 0644 | W/P |
| 241 | 4/2/2004 | W. Herrmann, Esq. | D. McIlwain, Esq. | | Email re: IRS determination letter. | PRIV 0645 - PRIV 0647 | A/C |
| 242 | 4/8/2004 | L. Cavicchio | W. Herrmann, Esq. | | Email providing and requesting legal advice on draft Executive Summary introduction regarding Legal Department policies. | PRIV 0648 - PRIV 0650 | A/C |

**Exhibit 36**

August 10, 2001

Mr. J    B

, Florida

Dear J    :

You have asked whether Amtrak can vary the terms of the 2001 Voluntary Early Retirement Plan in order to allow you to participate. Unfortunately, the laws governing our retirement plan prohibit us from making any exceptions.

The Retirement Income Plan for Employees of National Railroad Passenger Corporation must comply with the rules for retirement plans in the Internal Revenue Code and the Employee Retirement Income Security Act (ERISA). Under those rules, a retirement plan must have a written plan document, and the plan must be administered according to its written terms. In order to make any design changes, such as an early retirement window, Amtrak's Board of Directors must amend the written plan document.

The amendment adopted by the Board of Directors requires active participants to have attained age 55 or older and completed at least 10 years of service by October 31, 2001 in order to participate in the voluntary early retirement plan. If Amtrak administers the voluntary early retirement plan under any other criteria, it will violate both the Internal Revenue Code and ERISA provisions requiring adherence to the written plan document.

Feel free to contact me at 202.906.2632 if you have any other questions.

Sincerely,


Warren S. Reisig
*Director, Compensation & Benefits*

cc:    Lorraine Green
       Byl Herrmann

**Exhibit 37**

August 14, 2001

Ms. B        B

                , Maryland


Dear B        :

I am responding to your letter to Lorraine Green requesting Amtrak to make an exception to the terms of
the 2001 Voluntary Early Retirement Plan in order to allow you to participate. Unfortunately, the laws
governing our retirement plan prohibit us from making any exceptions.

The Retirement Income Plan for Employees of Amtrak must comply with the rules for retirement plans in
the Internal Revenue Code and the Employee Retirement Income Security Act (ERISA). Under those
rules, a retirement plan must have a written plan document, and the plan must be administered according
to its written terms. In order to make any design changes, such as an early retirement window, Amtrak's
Board of Directors must amend the written plan document.

The amendment adopted by the Board of Directors requires active participants to have attained age 55 or
older and completed at least 10 years of service by October 31, 2001 in order to participate in the
voluntary early retirement plan. If Amtrak administers the voluntary early retirement plan under any
other criteria, it will violate both the Internal Revenue Code and ERISA provisions requiring adherence to
the written plan document.

Feel free to contact me at 202.906.2632 if you have any other questions.

Sincerely,



Warren S. Reisig
*Director, Compensation & Benefits*

cc:     Lorraine Green
        Byl Herrmann

**Exhibit 38**

| To: | Z        , L |
|-----|--------------|
| From: | Reisig, Warren |
| Cc: | Green, Lorraine |
| Bcc: | |
| Received Date: | 2001-08-10 15:12:27 |
| Subject: | RE: Voluntary Early Retirement Package |

L      :

You have asked whether Amtrak can vary the terms of the 2001 Voluntary Early Retirement Window in order to allow you to participate. Unfortunately, the laws governing our retirement plan prohibit us from making any exceptions.

The Retirement Income Plan for Employees of National Railroad Passenger Corporation must comply with the rules for retirement plans in the Internal Revenue Code and the Employee Retirement Income Security Act (ERISA). Under those rules, a retirement plan must have a written plan document, and the plan must be administered according to its written terms. In order to make any design changes, such as an early retirement window, Amtrak's Board of Directors must amend the written plan document.

The amendment adopted by the Board of Directors requires active participants to have attained age 55 or older and completed at least 10 years of service by October 31, 2001 in order to participate in the early retirement window. If Amtrak administers the early retirement window under any other criteria, it will violate both the Internal Revenue Code and ERISA provisions requiring adherence to the written plan document.

Please let me know if you have any other questions or concerns regarding the early retirement window.

-----Original Message-----
From:    Cox, Georgette
Sent:    Friday, August 10, 2001 3:12 PM
To:      Reisig, Warren
Subject:      FW: Voluntary Early Retirement Package

Warren,
please respond to Ms. Z         . Thanks!

-----Original Message-----
From:    Z         L
Sent:    Friday, August 10, 2001 2:32 PM
To:      Green, Lorraine
Subject:      Voluntary Early Retirement Package

I am interested in the early retirement package. I turn 55 November 1st. I was born 12:05a.m. so I miss the cut off by 5 minutes but since the package is effective November 1st, I thought an exception could possibly be made. Please let me know if something could be done and if I could appeal to someone. Thank you for your consideration.

CONFIDENTIAL                                          E-AMT 0014276

**Exhibit 39**



| | Amtrak | Search |
|---|---|---|
| | **Intranet** |  |
| Home | Staying Safe  Employees  Services & Products  How We Work  Reference Library  Ask Us | Phone Directory |



### Early Retirement
### Frequently Asked Questions

News    ⸜August 13, 2001

Q: When will I receive additional information regarding the Voluntary Early Retirement (VERP) Plan?

**All employees eligible for the VERP will receive additional information during the second week of September. This information will include:**

- **A booklet that explains the VERP in detail;**
- **A statement showing the amount of your monthly pension and the amount of the monthly railroad retirement supplement you will receive if you elect to participate in the VERP;**

**You will have from September 15 through October 31 to make your decision if you want to elect the VERP.**

Q: If I elect to participate in the VERP, Amtrak will add 5 years of age when computing my Amtrak pension benefit. What does mean?

**Currently if you receive your pension benefit before age 65, the amount of benefit you receive is reduced because you may potentially receive benefits for a longer period of time than if you retired at age 65. The amount of the reduction depends on your age when you begin receiving benefits.**

**By adding five years to your age, the early retirement reduction will be smaller. For example, if you are age 59 and elect to participate in the VERP, your benefit will be calculated as though you are age 64.**

**The following chart shows examples of the percent of Normal Retirement benefits you can receive when you retire early. The actual reduction factors are based on factors for every month prior to your 65th birthday that your benefits begin.**

| Current Plan Design | | VERP Plan Design | |
|---|---|---|---|
| **Age When Amtrak Retirement Payments Begin** | **Percent of Normal Amtrak Retirement Benefit** | **Age When VERP Payments Begin** | **Percent of Normal Amtrak Retirement Benefit** |
| 64 | 92. 3077% | 64 | 100.00% |
| 63 | 84.6154% | 63 | 100.00% |
| 62 | 76.9321% | 62 | 100.00% |
| 61 | 73.0769% | 61 | 100.00% |
| 60 | 69.2308% | 60 | 100.00% |
| 59 | 65.3846% | 59 | 92. 3077% |
| 58 | 61.5385% | 58 | 84.6154% |
| 57 | 57.6923% | 57 | 76.9321% |
| 56 | 52.9231% | 56 | 73.0769% |

| 55 | 48.6154% | 55 | 69.2308% |

So, under current rules of the Plan, if your normal monthly retirement benefit at age 65 is $2,000 and you retire at age 59 and begin receiving benefits right away, your benefit would be reduced to $1,307.69 per month ($2,000 X 65.3846%).

However, if you elect the VERP, your monthly benefit beginning at age 59 would be treated as though you are age 64, and your benefits would be $1,846.15 ($2,000 X 92.3077%). So, in this example, you would receive $538.46 more per month ($1,846.15 - $1,307.69) by retiring now and taking advantage of the VERP.

Q: Please provide me more information regarding the railroad retirement Annuity supplement that Amtrak will provide me if I elect the VERP?

Amtrak will provide you with a supplement equal to your full railroad retirement annuity based on credited service earned under the railroad retirement system as of December 31, 2000. This includes your Tier 1 and Tier 2 benefits. Amtrak will pay the supplement monthly until you are able to receive your full Railroad Retirement Annuity benefit as stated below.

- **Employees with 30 or more years of creditable service** - You are eligible for a regular annuity based on your age and service effective the first full month you are age 62
- **Employees with 10 to 29 years of creditable service** - You are eligible for regular annuities based on your age and service effective the first full month as indicated in the following chart.

| Year Born | Railroad Retirement Annuity Begins |
|---|---|
| 1937 or earlier | Age 65 |
| 1938 | Age 65 and 2 months |
| 1939 | Age 65 and 4 months |
| 1940 | Age 65 and 6 months |
| 1941 | Age 65 and 8 months |
| 1942 | Age 65 and 10 months |
| 1943 | Age 66 |
| 1944 | Age 66 |
| 1945 | Age 66 |
| 1946 | Age 66 |

For example, if you are age 58 and have 25 years of railroad service, and as of December 31, 2000 your railroad retirement annuity is as follows.

| Full Railroad Retirement Annuity - assumes you commence your benefit at age 66 (see chart above) | Reduced Railroad Retirement Annuity - assumes you commence your benefit prior to age 66 |
|---|---|
| $2,000 per month | $1,500 per month |

Then Amtrak will pay you a railroad retirement supplement of $2,000 per month until age 66. Once you reach age 66 you may begin receiving your annuity from the railroad retirement board and the Amtrak supplement stops.

Q: If I elect the VERP may I continue my medical insurance?

Yes, you may elect to continue your medical insurance under the Amtrak retiree medical plan.

If you retire between age 55 and 65, Amtrak offers you the same medical plan options you had as an active employee. However, Amtrak no longer provides flex dollars to pay for this coverage. If you are age 65 or older you may elect coverage under the Point-of-Service Plan.

The following chart shows who pays the monthly cost of coverage, depending on your age, the age of your spouse, and if you have a dependent child(ren).

| Your Age | Who Pays The Contribution | Your Spouse's Age | Who Pays The Contribution | Dependent Children | Who Pays the Contribution |
|---|---|---|---|---|---|
| Under age 65 | You pay 15 % of the premium | Under age 65 | You pay 15 % of the premium | Unmarried children age 18 or younger or between ages 19 and 25 and are registered students attending school full-time. | You pay 15 % of the premium |
| Age 65 or older | Amtrak pays the entire premium | Age 65 or older | Amtrak pays The entire premium | Unmarried children age 18 or younger or between ages 19 and 25 and are registered students attending school full-time. | You pay 15 % of the premium |

If you are age 65, but your spouse is under age 65, Amtrak will pay the cost of your coverage, you pay 15% of the premium for your spouse's coverage and 15% of the premium for your dependent child(ren). If both you and your spouse are age 65 or older, Amtrak pays the full cost of coverage for you both and you pay 15% of the premium for your dependent child(ren).

Once you (and/or your spouse) reach age 65, Medicare becomes your primary coverage and Amtrak's plan is your secondary, or supplemental, coverage.

Q: What about my other benefits like dental and life insurance?

Dental care benefits end when you retire. However, you and your eligible dependents may continue dental care benefits for a period of 18 months through the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) at your expense.

When you retire, your Amtrak-sponsored life insurance ends on the last day you work. However, you may convert your life insurance benefit to an individual policy if you wish.

To apply for conversion insurance, you must submit an application to the insurance company and pay the required premium within 31 days after your coverage ends. You will not be required to provide proof of good health.

Q: Where will the "Retirement Readiness" seminars be held?

Retirement Readiness seminars will be held in the following cities on the dates listed in the chart below. Actual meeting locations, i.e., Marriott hotel, will be announced shortly. Seminars will run from 10:00 a.m. to 4:00 p.m. Your spouse is welcome to attend and business casual dress is appropriate. You will receive an

invitation in the mail shortly.

| Location | Date |
|---|---|
| Los Angeles | September 24 |
| Chicago | October 4 |
| Washington | October 4 & 5 |
| Wilmington | October 8 |
| Philadelphia | October 9 & 10 |
| New York | October 11 |
| Boston | October 12 |

*Last updated 8/13/01 by Meeka Jackson*

General Intranet Comments?

All materials Confidential Information of Amtrak.
© Amtrak 2001.

**Exhibit 40**

To:                    A          , E
From:                  Reisig, Warren
Cc:
Bcc:
Received Date:         2001-08-13 15:43:29
Subject:               RE: More Questions about VERP

E

Amtrak is not providing outplacement service for those employees who elect the VERP.

Funding for the VERP is from the Amtrak pension plan.  Your benefit is protected by the Pension Benefit
Guaranty Corporation.

  -----Original Message-----
From:    A           , E
Sent:    Monday, August 13, 2001 3:54 PM
To:      Reisig, Warren
Subject:            More Questions about VERP

Warren,

Would you please provide answers to the following questions?

o        Will Amtrak provide outplacement assistance to those who accept the VERP?  If        so, how long will
that service be available?  Will office space, phone, computers,        printers be available for the early retiree?

o        How will the supplement for the railroad retirement annuity be funded?  With   Amtrak's financial
challenges, how can I be certain that I will receive all of the   supplement payments that Amtrak is committing
to?  In my case, the commitment          is for about 10 years.

Thank you for your help.

E

E-AMT 0031892

**Subject:**        Questions
Would you be able to answer the following questions for me please?

What is the definition for "full-unreduced Railroad Retirement Annuity"? Does this mean that Amtrak will provide me a supplement to the RRB annuity from November 1, 2001 until I reach full retirement age (in my case 65)? That would be for approximately 06 years since my current age is 58, however I will be 59 on October 19,2001. This is correct assuming you have less than 30 years of railroad service.

Do any earnings restrictions apply during the time that Amtrak is providing the supplement for the RRB annuity? If I chose the package I may want to take a job with a company that pays into social security. Am I limited to what I can earn or whom I can work for? There are no earning restrictions.

While I would be receiving the supplement to the RRB annuity, am I still considered a railroad employee in the eyes of the Railroad Retirement Board? Would I be earning creditable service months during those 06 years? You will not continue to earn RRB credited service while receiving the Amtrak RRB supplement.

How is the Amtrak supplement for the RRB annuity funded? The supplement is funded from the Amtrak pension plan.

Can I choose to take the supplement to the RRB annuity that Amtrak provides as a lump sum? No.

I will have approximately 29 years of service under the RRB. Is that the number of years used to calculate the RRB annuity for me? The RRB supplement is calculated based on your total railroad service through 12/31/2000,

What is the importance of working at Amtrak for 30 years? I will have worked 29 years at Amtrak on October 16, 2001. If you have 30 years of railroad service you may start your actual RRB annuity sooner.

On the supplement for the annuity, what taxes are paid out of the annuity? Railroad Retirement Board taxes or Social Security Taxes? Other taxes? Federal and State taxes.

For the Amtrak Retirement Pension Plan, can I choose to wait until I am 65 to apply for the pension? Adding 5 years to my age only gives me age 64 for the pension calculation and would result in a significant reduction in the annuity. Yes

Would I receive pay for any unused vacation days? You will receive pay for unused 2001 vacation.

Would I continue to have my Amtrak Pass Privileges? Yes.


**L        H**

**10 G Street, NE**
**Washington, DC  20002**
**ATS**
**Bell**

E-AMT 0013681

**Exhibit 41**

To:             J        , J
From:
Cc:
Bcc:
Received Date:      2001-08-16 12:49:38
Subject:           RE: Early Retirement

J

The answer to your question is no. The Retirement Income Plan for Employees of National Railroad Passenger Corporation must comply with the rules for retirement plans in the Internal Revenue Code and the Employee Retirement Income Security Act (ERISA). Under those rules, a retirement plan must have a written plan document, and the plan must be administered according to its written terms. In order to make any design changes, such as an early retirement window, Amtrak's Board of Directors must amend the written plan document.

The amendment adopted by the Board of Directors requires to allow for the early retirement window requires employees who elect to participate in the early retirement window to separate from service. active participants to have attained age 55 or older and completed at least 10 years of service by October 31, 2001 in order to participate in the early retirement window. If Amtrak administers the early retirement window under any other criteria, it will violate both the Internal Revenue Code and ERISA provisions requiring adherence to the written plan document.

-----Original Message-----
From:   J        , J
Sent:   Thursday, August 16, 2001 10:25 AM
To:     Reisig, Warren
Cc:     Tana, Roe; F      , A
Subject:        RE: Early Retirement

What I'm trying to say is that it is possible for Amtrak to set the plan up in such a way that those who need it could earn additional credited service if Amtrak chooses to do so. Also, by doing so there seems to be a significant potential savings for Amtrak. My question is - Is Amtrak looking at this or are you not going to entertain the idea.

For example, if you are going to pay someone $2000 or more a month till they are 65/66 years old, wouldn't it be better to pay your part of the RRB tax and deduct the employees share from his check until such time they can retire at 62&30 (or possibly at 60&30). On the surface it seems that this would be better for everyone involved but we don't know all the facts.

-----Original Message-----
From:   Reisig, Warren
Sent:   Wednesday, August 15, 2001 10:47 AM
To:     J        , J
Subject:        RE: Early Retirement

J

I'm not sure that I fully understand your question, but if you elect the voluntary separation plan or elect to retire under the voluntary early retirement plan you will end your employment relationship with Amtrak. You will not be retaining job rights. Under the voluntary early retirement plan, the monthly supplement will not earn additional credited service under the RIB system.

-----Original Message-----
From:   J        , J
Sent:   Wednesday, August 15, 2001 10:37 AM

E-AMT 0028018

To:        Reisig, Warren
Cc:        Tana, Roe; F      , A
Subject:        RE: Early Retirement


The RRB says that for an employee retaining job rights and receiving monthly allowances until retirement age, the compensation is credited to the months for which payments are allocated. If the payments continue until retirement age, this could extend the employee's rail service until that time and also maintain current connection. There is a way that Amtrak could do this so we could extend our service time with the RRB. Given that possibility, you could take people off the Amtrak plan and put them on the RRB books at age 62 (or possibly 60 if the law passes) and save all those years of payments. You should be taking a look at this and see if the savings are there.

-----Original Message-----
From:    Reisig, Warren
Sent:    Friday, August 10, 2001 11:50 AM
To:      J        , J
Subject:        RE: Early Retirement

John

If you elect the voluntary early retirement plan you will be paid for all unused 2001 vacation.  You will not be paid for 2002 vacation.  Employees don't begin earning 2002 vacation until January of 2002.

Amtrak cannot buy additional years of credited service with the railroad retirement board once your stop work.

-----Original Message-----
From:    J        , J
Sent:    Friday, August 10, 2001 11:22 AM
To:      Tana, Roe; Reisig, Warren
Subject:        Early Retirement

Know it is probably early for these questions, but there won't be a lot of time after the papers come out to make decisions.

Is there any idea how unused vacation time will be handled for both this year and next if it is true that we earn next years vacation by working this year?

In my case, from what has been explained to me, is that supplemental payments would be made until I reach the age where full/unreduced retirement kicks in.  That would be at age 66 since I was born in '45.  Since only 2 years and a few months are needed to obtain a full 30 years with railroad retirement it seems that it would be very beneficial to acquire the 30 years so full retirement would come at age 62 under present law. This could be age 60 if the new law ever passes.  Has any thought been given to keep those people that would normally obtain 30 years railroad service before they reach age 62 active in the railroad retirement plan?  This would benefit everyone and result in a substantial savings in supplemental payments.  If not, could we discuss working something out on this issue.

E-AMT  0028019

**<u>Exhibit 42</u>**

To:              F      , A
From:            Reisig, Warren
Cc:
Bcc:
Received Date:   2001-08-16 14:28:05
Subject:         RE: VERP vs. VSP questions

---

A

There is no comparison between the VERP and the VSP. The VERP is a much richer benefit. We are extremely busy calculating pension benefits for all employees eligible for the VERP and we cannot stop to calculate yours. Therefore I have calculated a rough estimate. Under the VERP you will get 675 per month commencing on 11/1/01. Without the 5 years of age your benefit would be 488 per month assuming you commence payment on 11/1.

The funding of the railroad retirement supplement is from the pension plan assets and your payment is insured by the pension benefit guaranty corporation.

If you go back into the union, you stop earning years of service used to calculate your pension benefit. So in essence, your benefit is frozen.

We will allow you to pick up coverage for your wife.

-----Original Message-----
From:    F      , A
Sent:    Thursday, August 16, 2001 2:35 PM
To:      Reisig, Warren
Subject:         FW: VERP vs. VSP questions


-----Original Message-----
From:    F      , A
Sent:    Thursday, August 16, 2001 11:40 AM
To:      Tana, Roe
Subject:         VERP vs. VSP questions

Roe, I am considering both options currently being offered, but there is information which I need to make the correct choice. In all likelihood, I will elect one of the options. However, since the VSP election must be made by next Friday, 8/24, it is not possible to make a choice without some specific information. I am 58 years old and have 25 years with Amtrak, as of February of this year, 2001. I have been in management for approximately 16 years. The questions are as follows:

1.      How can I find a firm figure now for the amount of my Amtrak Management pension, with the 5 year allowance? This is absolutely necessary to make a comparison for deciding VERP vs. VSP.
2.      Is the funding that Amtrak will be using to pay the benefit equal to unreduced Railroad Retirement benefits (in my case $2,265.00/month at age 66), in escrow or insured?
3.      If I choose to elect a voluntary separation and, I have craft seniority rights, how will this affect my Amtrak Management pension?
4.      If I exercise my seniority rights, and therefore am covered by the non-management insurance, what will be the insurance option at normal retirement age?
5.      Will my wife be eligible for the retired insurance medical benefit if she was not on my insurance prior to that time; i.e., she was on her employer's insurance?

Roe, I'm sure that you can appreciate that this is a very important decision for both me and my wife. I must think of the implications of the decision as regards her. The time between VERP and Railroad Retirement eligibility is critical to my decision. Please help me to find answers to these questions, as the time to decide VSP is quite

E-AMT 0031904

short. Waiting until mid-September for information takes the VSP option away. Thank you.

---

E-AMT 0031905