**Exhibit 43**

To: Green, Lorraine; Porter, Paula; Ramirez, Michael; Callahan, Warren; Shepherd, Ted; Siegrist, Roger; Duffy, Tim; Davidson, Sheila; Miller, John; Herrmann, William
From: Reisig, Warren
Cc:
Bcc:
Received Date: 2001-08-16 16:04:28
Subject: VERP Booklet

---

Attached is a copy of the booklet describing the VERP that will be mailed to eligible employees in early September.

---

Attachments:

booklet.pdf


Amtrak Voluntary Early Retirement Program (VERP)

## Table Of Contents


Amtrak Voluntary Early Retirement Program (VERP) 2
- Retirement Window Dates 2
- About This Booklet 2

Retirement Readiness Seminar 3

VERP Financial Incentives 4
- Adding Years To Your Age 4
- Railroad Retirement Annuity Supplement 5
- Continued Medical Benefits 6
- Other Benefits 8

Retirement Income Plan – Forms Of Benefit Payments 9
- Automatic Forms of Payment 9
- Optional Forms of Payment 9

Retirement 401(k) Savings Plan Benefits 10

Tax Information 11
- Automatic Withholding Tax 11
- IRS Form 1099-R 11

For More Information 12

# 2 Amtrak Voluntary Early Retirement Program (VERP)

Amtrak is offering eligible employees a one-time opportunity to retire early with certain financial incentives. You are eligible to participate in the Voluntary Early Retirement Program (VERP) if you are age 55 and have at least 10 years of service with Amtrak as of October 31, 2001.

If you choose to participate in the VERP, your retirement date will be November 1, 2001. You will receive your first pension check on or before December 1, 2001 and it will be retroactive to your retirement date of November 1, 2001.

**Retirement Window Dates**

To participate in the VERP, you will need to complete an election form and return it during the election period – September 15 through October 31, 2001. To be accepted, your election form must be received by Amtrak no later than 5:00 pm Eastern Time on October 31, 2001. An election form and return envelope are included with this booklet.

**About This Booklet**

The decision to retire is not an easy one. The VERP is voluntary – you do not have to retire. To help you make the decision that is best for you, this booklet will provide you with:

- A description of the financial incentives you'll receive;
- A summary of the payment options under the Retirement Income Plan;
- Information about your Retirement 401(k) Savings Plan benefits;
- Guidance on applicable tax issues; and
- A list of numbers to call if you have questions.

In addition, included with this booklet is a statement showing the Retirement Income Plan benefit you are eligible to receive (your monthly benefit plus the amount of the Railroad Retirement supplement you will receive until you can begin your full or unreduced benefit from Railroad Retirement).

**Retirement Readiness Seminar**

To answer some questions you might have, you and your spouse will be invited to attend a special "Retirement Readiness" seminar. This seminar will cover topics such as:

- Budgeting for retirement;
- Determining your retirement income;
- Saving for retirement;
- Investing during retirement;
- Retiree medical coverage; and
- Estate planning.

Representatives from the Amtrak Benefits Department, the Vanguard Group, and the Railroad Retirement Board will be at the seminar to help answer your questions.

The following chart shows the dates and location of the seminars. You will receive additional information about meeting times and exactly where the meetings will be held.

| Seminar Location | Date |
|---|---|
| Los Angeles, CA | September24 |
| Washington, D.C. | October 4, 5 |
| Chicago, IL | October 4 |
| Wilmington, DE | October 8 |
| Philadelphia, PA | October 9, 10 |
| New York, NY | October 11 |
| Boston, MA | October 12 |

## VERP Financial Incentives

To make the VERP more attractive, Amtrak is offering you several financial incentives.

**Adding Years To Your Age**

Five years will be added to your age when computing your Retirement Income Plan (pension) benefit. Currently, if you receive your pension benefit before age 65, the amount of benefit you receive is reduced because you may potentially receive benefits for a longer period of time than if you retired at age 65.

The amount of the reduction depends on your age when you begin receiving benefits. By adding five years to your age, the early retirement reduction will be smaller. For example, if you are age 59 and elect to participate in the VERP, your benefit will be calculated as though you are age 64.

The following chart shows examples of the percent of Normal Retirement benefits you can receive when you retire early. The early retirement reduction factors are based on actuarial factors for every month before your 65th birthday that your benefits begin.

| Current Plan Design | | VERP Plan Design | |
|---|---|---|---|
| Age When Payments Begin | Percent of Normal Retirement Benefit | Age When VERP Payments Begin | Percent of Normal Retirement Benefit |
| 64 | 92.3077% | 64 | 100.00% |
| 63 | 84.6154% | 63 | 100.00% |
| 62 | 76.9231% | 62 | 100.00% |
| 61 | 73.0769% | 61 | 100.00% |
| 60 | 69.2308% | 60 | 100.00% |
| 59 | 65.3846% | 59 | 92.3077% |
| 58 | 61.5385% | 58 | 84.6154% |
| 57 | 57.6923% | 57 | 76.9231% |
| 56 | 52.9231% | 56 | 73.0769% |
| 55 | 48.6154% | 55 | 69.2308% |

So, under current rules of the Plan, if your normal monthly retirement benefit at age 65 is $2,000 and you retire at age 59 and begin receiving benefits right away, your benefit would be reduced to $1,307.69 per month ($2,000 X 65.3846%). However, if you elect the VERP, your monthly benefit beginning at age 59 would be treated as through you are age 64, and your benefits would be $1,846.15 ($2,000 X 92.3077%). In this example, you would receive $538.46 more per month ($1,846.15 - $1,307.69) by retiring now and taking advantage of the VERP.

Please refer to your personalized statement for information about your monthly benefit amount under the VERP. Keep in mind, the amount of your benefit will depend on your average compensation, service with Amtrak, age, and the form of payment you elect.

**Railroad Retirement Annuity Supplement**

Amtrak will also provide you with a supplement equal to the Railroad Retirement Annuity you will be eligible to receive at retirement, without a reduction for early retirement. This includes Tier 1 and Tier 2 benefits and is based on credited service earned under the Railroad Retirement system, as of December 21, 2000.

Amtrak will pay the supplement monthly until you are able to receive your full Railroad Retirement Annuity benefit. The value of the annuity will depend on your age and years of railroad service as follows:

- **Employees with 30 or more years of creditable service** – You are eligible for a regular annuity based on your age and service effective the first full month you are age 62.
- **Employees with 10 to 29 years of creditable service** – You are eligible for regular annuities based on your age and service effective the first full month you reach retirement age as shown in the following chart.

| If You Were Born In: | Your Railroad Retirement Age Is: |
|---|---|
| 1937 or earlier | 65 years |
| 1938 | 65 years and 2 months |
| 1939 | 65 years and 4 months |
| 1940 | 65 years and 6 months |
| 1941 | 65 years and 8 months |
| 1942 | 65 years and 10 months |
| 1943-1946 | 66 years |

You will receive the Amtrak supplement monthly as a life annuity. These payments will end when you reach Railroad Retirement age or at your death, whichever is earlier.

**Please note:** if you elect to receive your Railroad Retirement Annuity before the Railroad Retirement age shown in the earlier chart, the Amtrak supplement will be reduced by the amount of any early Railroad Retirement Annuity you receive.

For additional information about Railroad Retirement benefits, please contact the Railroad Retirement Board at:

- 1-800-808-0772; or
- www.rrb.gov.

**Continued Medical Benefits**

If you elect to participate in the VERP, you and your covered dependents may enroll in Amtrak Retiree Medical coverage. The Retiree Medical options are the same as those offered to active employees. The Retiree Medical coverage you elect will become effective on November 1, 2001 and will remain in effect until December 31, 2002. You will have the opportunity to elect a different medical care option for 2003; however, you may continue with your same coverage in 2003 if you wish.

The following is a brief description of the Retiree Medical options:

- **Managed Choice Point-of Service (POS) Plan** – Provides comprehensive medical care through a network of medical providers. You pay less out of your pocket when a network primary care physician coordinates your care; however, you may obtain care from out-of-network providers and still receive benefits, just at a lower level. You may enroll in the High Option or the Low Option – the difference is in the co-pay and the amount you contribute towards the premium cost.

- **Traditional Choice Indemnity Plan** – A portion of the cost of medical care is paid after you satisfy an annual deductible; and you may receive care from any provider you choose. You may enroll in the High Option or the Low Option – the difference is in the co-pay and the amount you contribute towards the premium cost. (This option is only available if you live in an area that is not serviced by the Managed Choice POS Plan or an HMO.)

- **Health Maintenance Organization (HMO)** – Many areas offer an HMO plan. You may select coverage in an HMO if one is offered in your area. With an HMO, your primary care physician will coordinate all of your care. (HMOs are not offered to retirees age 65 and older.)

You may enroll your eligible spouse or dependent children in the same medical plan in which you enroll yourself. This applies even if one of you is eligible for Medicare, but the other is not. For example, if you wish to enroll in the Managed Choice POS Plan-High Option and you are age 63 and your spouse is 66, you both will be enrolled in the Managed Choice POS Plan-High Option. For you, the Managed Choice POS Plan-High Option will provide your benefits. However, coverage for your spouse will coordinate with Medicare.

The following chart shows the monthly cost of coverage for you and your dependents. Your contributions for this coverage will be deducted from your monthly pension check. Once you reach age 65 (actual age, five years will not be added to your current age for this benefit), you do not pay for Amtrak medical coverage.

| Coverage Level | Managed Choice POS | | Traditional Choice | | HMO* |
|---|---|---|---|---|---|
| | High Option | Low Option | High Option | Low Option | |
| Retiree Only | $55.59 | $53.66 | $55.44 | $47.43 | $43.72 |
| Retiree + One | $122.24 | $118.00 | $105.82 | $90.53 | $87.21 |
| Retiree + Family | $188.68 | $182.14 | $156.20 | $133.63 | $128.38 |

* The monthly cost to participate in an HMO will depend on the HMO in your area; however, the amounts in the chart reflect the monthly cost for most Amtrak HMOs.

**Other Benefits**

Your other Amtrak benefits will end on October 31, 2001. However, you will have the opportunity to continue dental care coverage for 18 months through COBRA. For additional information about COBRA dental benefits, call the ChoicePlus Helpline at 1-800-704-7981.

You may also continue your life insurance coverage by converting to an individual policy. To begin this process, call the Prudential Insurance Company of America at 1-973-548-6061.

You will be paid the value of any unused vacation time accrued through December 31, 2001.

## Retirement Income Plan – Forms Of Benefit Payments

Amtrak offers several options for payment of your retirement benefit. Certain forms of payment are automatic, depending on your marital status and the amount of benefit you accrue before you retire. Some forms of payment require spousal consent before you can elect them.

### Automatic Forms Of Payment

Unless you elect an optional form of payment (and meet any spousal consent requirements), your benefits will be paid to you in one of the following forms:

- **Life-Only Annuity** – This is the automatic form of payment if you are unmarried. With this form of payment, you receive a benefit during your lifetime. When you die, benefits end.
- **50% Joint and Survivor Annuity** – If you are married for at least one year when you retire, your benefit will automatically be paid as a 50% Joint and Survivor Annuity, unless you choose otherwise. A 50% Joint and Survivor Annuity pays a benefit to you for your lifetime, and upon your death, it pays your spouse a benefit approximately equal to 50% of your benefit for your spouse's lifetime. If you are married and wish to elect an option other than a 50% Joint and Survivor Annuity, you must get your spouse's written and notarized consent to do so.
- **Lump Sum Payment** – If the present value of your total benefit accrual is $5,000 or less, you will automatically receive your benefit as a lump sum. With a lump sum payment, there may be federal income tax consequences. To defer paying taxes on the lump sum, you may elect to roll the payment over directly into another qualified plan or an IRA.

### Optional Forms Of Payment

If benefits are payable as an annuity, you may also elect to receive your benefit in one of the following forms. If you are married, you must have your spouse's written and notarized consent to elect one of these forms of payment or to name someone other than your spouse as your beneficiary. Your payment choices are as follows:

- **Life-Only Option** – You will receive monthly payments for life. Although this method provides the most monthly income, it does not provide benefits for your survivors. Payments stop upon your death and do not continue to anyone else.
- **Contingent Annuitant Option** – You will receive monthly payments for life, at a lower benefit amount than the Life-Only benefit described earlier. This method provides reduced payments because it covers two lifetimes – yours and your beneficiary's. Upon your death, lifetime

**Don't Forget: Read Your Statement**

**Please review your personalized benefit statement carefully since it contains useful information about the retirement benefits you are eligible to receive under the VERP. You'll find your personalized statement in the pocket at the front of this booklet.**

monthly payments are made to your beneficiary. You choose the amount that continues after your death, which may be 50% or 100% of your monthly payments. If your beneficiary dies first, your payments continue for your lifetime, but no benefit is paid after your death.

- **Certain And Life Option** – You will receive monthly payments for life. This will be a lower benefit than the Life-Only benefit described earlier. If you die before you receive 120 or 240 monthly retirement payments (depending upon whether you choose the 10- or 20-year option), the same monthly benefit will be paid to your beneficiary for the remainder of the 120- or 240-month period. If your beneficiary does not live to receive the balance of payments, the actuarially equivalent value will be paid to your beneficiary's estate.

The amount of payment you will receive under each option is shown on your personalized statement. Please review your choices carefully. You may also wish to discuss your options with your family members or a financial advisor before selecting the option that's best for you. Remember, once your payments begin, you may not change the payment method you have selected, so it's important to consider your options carefully

## Retirement 401(k) Savings Plan Benefits

In addition to your benefit from the Retirement Income Plan, you may also receive a distribution from the Retirement 401(k) Savings Plan if you participated while an Amtrak employee. Upon retirement, you may:

- Receive the value of your account balance as a lump sum;
- Receive the value of your account balance in periodic installments;
- Roll over the money into an IRA or another qualified plan; or
- Leave your account balance in the Plan (if your balance is $5,000 or more) and withdraw it at a future time (however, you must begin making withdrawals no later than the April 1 following the year you turn age 70½). If you leave your account balance in the Plan, you cannot make contributions to your account nor will you earn matching contributions after you retire.

Because you are withdrawing your money after retirement, you will not be subject to the early withdrawal penalty tax of 10%. However, you will be required to pay income taxes on any withdrawals (except after-tax contributions), as described in the next section.

## Tax Information

According to federal law, you will have to pay income taxes on:

- Retirement Income Plan monthly benefits;
- Railroad Retirement Annuity supplement benefits; and
- Tax-deferred contributions to the Retirement 401(k) Savings Plan, Amtrak matching contributions, and any amounts your account earned.

You will not have to pay income taxes on any after-tax contributions you may have made to the Retirement 401(k) Savings Plan.

You should consult with a tax advisor before choosing to in the VERP, but especially before selecting a form of benefit payment from the Retirement Income Plan or taking a distribution from the Retirement 401(k) Savings Plan.

### Automatic Withholding Tax

When you take a distribution from the Retirement 401(k) Savings Plan, the Plan Administrator will withhold 20% of your distribution for federal income taxes. You may be eligible for a reimbursement of these taxes when you file your income tax return.

The 20% tax is not withheld if you transfer your distribution into an IRA or another qualified plan. The transfer can be made directly from one plan to another, or you may receive your distribution in the form of a check that you can deposit into another plan. But, keep in mind, if the transfer does not occur within 60 days of the date you received the distribution, it will be subject to the 20% tax withholding.

### IRS Form 1099-R

If you take a distribution from the Retirement 401(k) Savings Plan, you will receive an IRS Form 1099-R in January 2002. You will need to include this form with your 2001 income tax return.

## For More Information

The decision to participate in the VERP is a personal one. Before making this decision, we encourage you (and your spouse) to attend a "Retirement Readiness" seminar. You should also speak with a tax advisor. If you need additional information, you may want to contact one or more of the following:

- Amtrak Benefits Department: Roe Tana at ATS 777-2272 or Warren Reisig at ATS 777-2632
- The Vanguard Group (Retirement 401(k) Savings Plan administrator): 1-800-523-1188, www.vanguard.com
- Prudential Life Insurance Company of America (Life Insurance administrator): 1-800-524-0542
- Railroad Retirement Board: 1-800-808-0772, www.rrb.gov
- Social Security Administration: 1-800-772-1213, www.ssn.gov

*This booklet is intended as a guide to the benefits provided to Amtrak employees. The complete details about these benefits are contained in official plan documents. If there is a difference between what is in this booklet and the official plan documents, the official plan documents will prevail. In addition, Amtrak reserves the right to modify, suspend, or terminate any of these benefits for any reason. If such steps are taken, you will be informed of the effect of any material changes to these benefits will have on your rights to benefits.*