**Exhibit 44**

To:              Stein, Dale
From:            Reisig, Warren
Cc:
Bcc:
Received Date:   2001-08-16 14:30:33
Subject:         RE: Voluntary Early Retirement Numbers

Dale:

Based on the numbers I gave you, we should still have a pension holiday for a couple more years.  Please note that this does not take into account the stock market returns.

  -----Original Message-----
From:    Stein, Dale
Sent:    Thursday, August 16, 2001 3:28 PM
To:      Reisig, Warren
Subject:         RE: Voluntary Early Retirement Numbers

Warren,

1.  We assume that until now Amtrak has not expected to need to contribute to the pension fund in the foreseeable future.  Is that correct?

2.  As a result of this additional payout, will Amtrak need to start contributing to the Plan and if so when and how much?

Thank you for the information you have supplied thus far and all of your help.

Regards, Dale Stein


  -----Original Message-----
From:    Reisig, Warren
Sent:    Thursday, August 16, 2001 3:15 PM
To:      Stein, Dale
Subject:         Voluntary Early Retirement Numbers

Dale

Estimates from our actuary are as follows.

Adding 5 years of age  - will use 8.6 million of the pension assets
Railroad retirement supplement - 14.9 million of pension assets


These numbers assume 100% participation.  I have asked our actuary to review the railroad retirement supplement number again as I think it may be a bit low.

E-AMT 0014291

**<u>Exhibit 45</u>**

To:                    B        , G
From:                  Reisig, Warren
Cc:
Bcc:
Received Date:         2001-08-22 09:37:47
Subject:               RE: VERP

G

The Retirement Income Plan for Employees of National Railroad Passenger Corporation must comply with the rules for retirement plans in the Internal Revenue Code and the Employee Retirement Income Security Act (ERISA). Under those rules, a retirement plan must have a written plan document, and the plan must be administered according to its written terms. In order to make any design changes, such as an early retirement window, Amtrak's Board of Directors must amend the written plan document.

The amendment adopted by the Board of Directors requires active participants to have attained age 55 or older and completed at least 10 years of service by October 31, 2001 in order to participate in the early retirement window. If Amtrak administers the early retirement window under any other criteria, it will violate both the Internal Revenue Code and ERISA provisions requiring adherence to the written plan document.

-----Original Message-----
From:   B        , G
Sent:   Wednesday, August 22, 2001 10:24 AM
To:     Reisig, Warren
Subject:          RE: VERP

Warren:

I certainly appreciate your very prompt reply to my email. I am however disappointed that you concentrated on telling me something that I already knew, and I pointed out to you, and completely ignored my claim, in my original email to Roe Tana, that the VERP discriminates against me because of my age. Younger employees, who are eligible for the plan, receive so much more from the VERP than I do. Since I am going to be 65 in six months, adding 5 years to my age does absolutely nothing for me. Employees who are 55 are going to receive the VERP benefits for 11 years and employees who are 60 will receive them for 6 years. In my case I will only receive them for 3 months (not years) which seems a bit unfair. I would have hoped that the VERP would have been fair for all eligible employees.

-----Original Message-----
From:   Reisig, Warren
Sent:   Friday, August 17, 2001 9:52 AM
To:     B        G
Subject:          RE: VERP

G

I'm responding to your e-mail. You are correct that being very close to age 65, the VERP provides you very little incentive. If you retired on 11/1 adding the 5 years of age would eliminate any reduction for early retirement (3 months in your case) and you would receive the railroad retirement supplement until you reach age 65.

-----Original Message-----
From:   B        , G
Sent:   Friday, August 17, 2001 9:33 AM
To:     Reisig, Warren
Cc:     Green, Lorraine
Subject:          FW: VERP

I sent the email below to Roe Tana on 8/7/01 in the hope that I would have received some kind of a response by now. The more I hear about the VERP and the more I read about it on the Amtrak intranet the more convinced I am that there is no incentive for me to take the VERP. I will be 65 three and one-half months from 11/1/01 and I gain essentially nothing compared to younger employees who qualify for this plan.

-----Original Message-----
From:     B        , G
Sent:     Tuesday, August 07, 2001 2:34 PM
To:       Tana, Roe
Subject:         VERP

Roe:

I have reviewed the package that was sent in the mail concerning the Voluntary Early Retirement Plan (VERP). With the limited information provided in the package it appears that the plan favors employees that are 55 years of age with 10 or more years of service and discriminates against older employees. I will be 65 in February 2002 and it clearly looks like the VERP discriminates against me because of my age.

I really get very little out of the VERP compared to a younger employee which seems unfair.

E--AMT 0031964

**<u>Exhibit 46</u>**

To:             S        , T
From:           Reisig, Warren
Cc:
Bcc:
Received Date:  2001-08-22 10:56:08
Subject:        RE: VERP Alternative

---

T

This is not possible.  The amendment to the pension plan that the Amtrak Board approved states that employees electing the VERP must retire effective 11/1/01.  Therefore it is not possible to bridge this employee (keeping him on payroll) thru 1/1/02.  If the 60/30 bill passes, I believe that the key to taking advantage of it is when you file for RRB benefits.  For example if you have 30 years as of 11/1/01 and file for benefits prior to the bill passing, your benefits will be reduced.  If you file after the bill is passes (i.e., 1/1) than you will receive full RRB benefits.  The key  is when you file for your RRB benefits; when you leave active service from Amtrak has nothing to do with the 60/30 bill.

-----Original Message-----
From:     S          , T
Sent:     Wednesday, August 22, 2001 11:43 AM
To:       Reisig, Warren
Subject:       FW: VERP Alternative

Warren, based on your earlier comments re no exceptions under VERP, this may not be possible.  However, can you let me know if this is an exception which can be approved.

-----Original Message-----
From:     G         , C
Sent:     Wednesday, August 22, 2001 8:20 AM
To:       S          , T
Subject:       VERP Alternative

One of the employees eligible for the VERP has suggested the following to G   who thinks it might be a good idea, if we can get approval to do it.

B       H       works as a Director in C     C        's department and is based in LA.  He will turn 60 in December and already has 30 years of service.  Assuming that the RRB 30/60 bill passes and is effective on 1/1/02, he could retire with full RRB benefits in January.  He is proposing that he be allowed to accept the VERP, with the understanding that his retirement date would be extended to sometime in January so he could retire with full RRB benefits without the need for Amtrak to "bridge" the years.  We would, however, still need to bridge his Amtrak pension.  If 30/60 does not pass, he would still leave in January with the VERP benefits including the RRB bridge.  As for what job he'd be working, G  's thought is that he would leave his current position (I understand it is going to be abolished anyway) and work temporarily in the vacant Product Line Manager's position (D    R       's position) until he retires in January.

Can you let me know if this is something that Corporate HR/Law would agree to consider?

Thanks, C

---

E-AMT 0031965

**Exhibit 47**

August 23, 2001

B    P. B

         , IN

Dear Mr. B        :

Your letter of July 30, 2001, addressed to George Warrington, has been referred to me for a response.

In your letter, you indicated that you were one of the management employees terminated on March 9, 2000, and that you have filed a complaint with Business Diversity with respect to your termination. Pending the outcome of Business Diversity's investigation, it would not be appropriate for me to comment on the issues raised with respect to your March 9, 2000 termination. I, however, did verify that your scores placed you into the bottom 10 percent of the managers in Service Operations. Moreover, any manager terminated on March 9, 2000, had the option of retiring if he otherwise met the criteria for retirement.

You also requested that Mr. Warrington make an exception to the terms of the Voluntary Early Retirement Program ("VERP") to permit you to take advantage of its early retirement option. The VERP was created as a qualified employee benefit plan and as such Amtrak must adhere to its terms and conditions. Under the terms of the VERP, an employee must be currently employed, must be 55 years or older by October 31, 2001, and must retire between September 15, 2001 and October 30, 2001. Unfortunately, no exceptions can be made to the VERP's terms and conditions.

Sincerely,


William Herrmann
Deputy General Counsel

cc:    G. Warrington

bcc:    J. Lloyd

E-AMT 0023344

August 27, 2001

B      P. B

            , IN

Dear Mr. E        :

Your letter of July 30, 2001, addressed to George Warrington, has been referred to me for a response.

In your letter, you indicated that you were one of the management employees terminated on March 9, 2000, and that you have filed a complaint with Business Diversity with respect to your termination. Pending the outcome of Business Diversity's investigation, it would not be appropriate for me to comment on the issues raised with respect to your March 9, 2000 termination. My staff, however, did verify that your scores placed you into the bottom 10 percent of the managers in Service Operations. Moreover, any manager terminated on March 9, 2000, had the option of retiring if he or she otherwise met the criteria for retirement.

You also requested that Mr. Warrington make an exception to the terms of the Voluntary Early Retirement Program ("VERP") to permit you to take advantage of its early retirement option. The VERP was created as a qualified employee benefit plan and as such Amtrak must adhere to its terms and conditions. Under the terms of the VERP, an employee must be currently employed, must be 55 years or older by October 31, 2001, and must retire between September 15, 2001 and October 30, 2001. Unfortunately, no exceptions can be made to the VERP's terms and conditions.

Very truly yours,

William Herrmann
*Deputy General Counsel*
*Labor & Employment*

cc:     G. Warrington

E-AMT 0023339

bcc:    J. Lloyd

E-AMT 0023340

**Exhibit 48**



Ron DeStefano
08/27/2001 08:32 AM

To:      Charles M Kramer/DB/Aon Consulting@AonNA
cc:

Subject:  Re: Amtrak call

Of, course, not attachment – made a few typo type changes to the below (in red where I could remember them after having made them). You might want to expand shorthand in a few cases. Otherwise looked fine for this purpose.

Ron
Charles M Kramer



Charles M Kramer
08/24/2001 05:55 PM

To:      Ron DeStefano/ACG/Aon Consulting@AonNA
cc:

Subject:  Amtrak call

Ron, after you review the notes and make additions/deletions I'll put it into a more coherent format.

CMK sent Warren an e-mail (attached in file) warning of estimate substantial increases in plan liabilities and funding requirements if current window design (add 5 years age for ER factors, full unreduced Tier 1 & 2 to unreduced eligibility age) goes forward. Current estimates based on benefit and service data provided by RRB, may even be understated. CMK also left Warren voice mail outlining issues.

Warren forwarded to CMK (on to DeStefano Quade & Pak) draft provision from letter of credit requiring notice if unfunded current liability exceeds an amount to be filled in. Draft came from Patricia Moran at Latham & Watkins, to William Herrmann at Amtrak to Warren.

DeStefano & Kramer were discussing estimates and letter of credit when Warren called with William Herrmann. Warren discussed data to make sure ours is consistent with theirs. Noted 373 people in window and exclusion of 26 people who attain 55/10 between 11/1 and 12/31/2001. We have same data, are working off Roe's list of 373 people, but we're missing 10 or 11 people who transferred from union to management after 1/1/2001. Warren also noted that management work force will be 700 lower by October 31.

Ron noted that prior to window, $10 million as the trigger for unfunded CL notice would have been fine.

Ron took them through the new figures, noting $9 million for basic window, new $45 million for RRB supplement, nominal decline of $10 million in MV assets in first 6 months, and about $7 million in assumed investment earnings that did not materialize in first 6 months.

Where basic window would not radically alter funding picture, and initial estimate of RRB supplement (reduced benefits to earliest possible RRB retirement) was tolerable, estimate on current design and data absorbs all expected overfunding and leaves them with UPSL and unfunded CL, even with assets at

AMT(AON)000379

market. Assumptions and methods for CL are pretty fixed, along with basis on accrued benefits and not much room to alter the numbers. Possible partial termination and/or managers leaving has no noticeable impact.

Some discussion of what percent of eligible would take window. They were assuming 75%, but if RIF, then may not be truly voluntary and get higher percentage. Cost impact of RIF on pension depends on who leaves.

Ron noted cash funding requirements for both 2002 and 2003 (quarterly) will be due in 2003. Estimates could be off for percent taking window and good or bad investment experience. Also CL interest rate is declining so CL could go up, all other things remaining equal. Discussion moved toward putting $30 to $40 million in letter of credit. I suggested as much as $50 million, but Herrmann said they could not put in more than $30 million. If Amtrak violates limit, just notice requirement, no immediate financial consequences.

We suggested looking at cost of reduced RRB supplement to earliest RRB age, but Reisig and Herrmann said design would not change, all details were already "out there" and people were pushing for even more enhancements. They did not ask for updated cost on that basis.

AMT(AON)000380

**Exhibit 49**

## Green, Lorraine

| | |
|---|---|
| **From:** | Reisig, Warren |
| **Sent:** | Wednesday, August 29, 2001 4:37 PM |
| **To:** | Friner, Arlene; Audette, Stephanie; Knapp, Frank; Green, Lorraine |
| **Subject:** | VERP - Executive Summary |

Here is the summary on the VERP for the Board meeting



VERP.doc

**AMT007548**

## Voluntary Early Retirement Plan Update

The following is an update to the Voluntary Early Retirement Plan. The Board of Directors approved a Voluntary Early Retirement Plan at the July board meeting. A summary of the Voluntary Early Retirement plan provisions are as follows.

- Management employees age 55 or older with 10 or more years of Amtrak service are eligible to participate.
- The Voluntary Early Retirement Plan will run from September 15 through October 31.
- Payments will be made from the pension plan trust.
- Amtrak will add 5 years of age when calculating pension benefits.
- Amtrak will provide employees a supplemental payment equal to the railroad retirement annuity benefit payable at normal retirement age. This supplement will end once the employee reaches normal or full retirement age.

Management provided the Board a cost estimate of $12 million dollars. This cost estimate was based on information provided by Amtrak's pension actuary and assumed 50% of those employees eligible would elect to participate in the Voluntary Early Retirement Plan.

Management requested Amtrak's pension actuary to update the Voluntary Employee Retirement Plan cost estimate for the following reasons.

- The Railroad Retirement Board provided Amtrak will actual calculations of the supplemental railroad retirement payments.
- The stock market has continued to under perform thus causing a negative impact on the current pension plan surplus.
- The potential for a greater number of the eligible employees electing the Voluntary Early Retirement Plan than we originally projected.

Based on updated information we estimate that the Voluntary Early Retirement plan will cost $25 million, assuming a participation rate of 50%. Although we do not believe this will place the pension plan in an under funding position, the pension plan's pension contribution holiday will be shortened. If a greater percentage of employee's participate and the stock market continues to decline the potential exists that Amtrak will need to make a contribution to the pension plan in 2003. The actual cost of the Voluntary Early Retirement Plan will not be known until we know which employees elect to participate in the plan.

**AMT007549**

**Exhibit 50**

# Organization: Results To Date of Voluntary Programs

Voluntary Separation Program

— Program ended August 24, 2001

— 94 employees have requested and received approval to voluntarily separate

— No costs above existing budgeted expenses anticipated for FY01

— Estimated costs of $1M for the first two months of FY02 will be accrued as part of FY01 year-end closing

Voluntary Early Retirement Program

— Program material has been distributed to all eligible employees

— Human Resources is currently preparing individual analyses for eligible employees

— Notice and review period required for eligible employees means that results will not be known until the end of September

— Anticipate that most of the 360 eligible employees will take advantage of the program

**Exhibit 51**

Aug 30, 2001

AMT005004

**NATIONAL RAILROAD PASSENGER CORPORATION**

**BOARD OF DIRECTORS**

**MINUTES OF MEETING**

**August 30, 2001**

The Board of Directors of the National Railroad Passenger Corporation held a meeting in the Board Room of the Corporation's headquarters, located at 60 Massachusetts Avenue, N.E. in Washington, D.C., on Thursday, August 30, 2001.  The meeting was called to order at 1:56 p.m.

Board members participating in the meeting were Governor Michael S. Dukakis, Governor Linwood Holton, Michael Jackson (representing the Secretary of Transportation), Amy M. Rosen, Mayor John Robert Smith, and George D. Warrington.

Allan Rutter and Mark Yachmetz of the Federal Railroad Administration (FRA) attended the meeting.

Arlene Friner and Alicia Serfaty of Amtrak's Management Committee were present.

Also attending the meeting was Noel Eisenstat of Amtrak's staff.

Governor Dukakis chaired the meeting.  Mr. Carten and Ms. Oliveri recorded the minutes.

AMT005005

-2-

## EXECUTIVE SESSION

The Board met in executive session with Messrs. Eisenstat, Rutter, and Yachmetz as well as Madames Friner and Serfaty present.

## APPROVAL OF MINUTES

Governor Dukakis directed the Board's attention to the minutes of the July 26, 2001 meeting of the Board of Directors.  Upon motion made by Ms. Rosen and seconded by Mayor Smith, the minutes were approved as submitted.

(5-0)

## UPDATE ON AMTRAK'S PARTNERSHIP WITH CONTINENTAL AIRLINES

Mr. Warrington briefed the Board on Amtrak's new partnership with Continental Airlines and the various benefits that will be derived from this relationship beginning in the first quarter of 2002.  He noted that Midwest Express is interested in a similar kind of arrangement with Amtrak in Wisconsin and that Amtrak is also recommencing negotiations for partnership arrangements with United Airlines that were postponed pending the proposed merger with U.S. Airways.

John Carten and Medaris Oliveri of Amtrak's staff joined the meeting.

AMT005006

- 3 -

Mr. Jackson expressed an interest in learning more about potential partnership opportunities with the bus industry. A discussion on this issue followed. Mr. Warrington stated that Management will provide Mr. Jackson with a briefing on Amtrak's intermodal partnerships and Management's plans for intermodal development.

Madames Friner, Oliveri, and Serfaty and Messrs. Carten, Eisenstat and Yachmetz left the meeting.

### RESOLUTIONS AUTHORIZING AMTRAK'S CORPORATE ORGANIZATIONAL RESTRUCTURING AND MANAGEMENT APPOINTMENTS

Mr. Warrington briefed the Board on Management's plan to restructure the Corporation and his own views on certain additional changes to the structure of positions reporting to the President and Chief Executive Officer. He directed the Board's attention to the Executive Summary and Board presentation in the Board book. These items outline the proposed reorganization, recommend the creation of and/or retitling of certain positions and election of certain individuals to those positions, and the creation of an Executive Committee and Operations Committee to replace the current Management Committee.

Mr. Warrington also indicated that he is planning to further modify the structure of his direct reports. The plan, which would involve some additional consolidation of functions and retitling of positions, was reviewed with

**AMT005007**

- 4 -

the Board.  The Board approved this plan and encouraged
Mr. Warrington to move ahead with these additional
modifications to the reorganization as soon as possible.

Following discussion, the Board voted unanimously to
approve the following resolutions:

WHEREAS, Management has recently completed an
assessment of Amtrak's organizational struc-
ture that recommended a fundamental restruc-
turing of the organization in order to better
focus accountability, eliminate duplication
and inefficiencies and reduce operating
costs; and

WHEREAS, The Board was briefed on this
assessment at its July 26, 2001 meeting and
approved the creation of the position of
Executive Vice President-Operations and the
election of E.S. Bagley, Jr. to that posi-
tion; and

WHEREAS, The Board also approved the appoint-
ment of Edward Walker, III to the Implementa-
tion and Transition Special Project, a tempo-
rary assignment designed to assist with
implementation of the fundamental restructur-
ing proposal; therefore, be it

RESOLVED, That Amtrak's corporate structure
shall be reorganized as set forth in the
attached Executive Summary; and

FURTHER RESOLVED, That the President and
Chief Executive Officer will make additional
modifications to the above plan of reorgan-
ization by further consolidation of functions
and retitling of positions reporting directly
to him, as discussed with Board; and

FURTHER RESOLVED, That the President and
Chief Executive Officer or his designee is
authorized to effect all changes necessary to
implement the reorganization set forth in
these resolutions and the attached Executive
Summary; and

AMT005008

- 5 -

> FURTHER RESOLVED, That the President and
> Chief Executive Officer shall provide the
> Board with a report concerning the implemen-
> tation and finalization of plans for the
> reorganization at a future Board meeting.

                                             (5-0)


Mr. Warrington briefed the Board on the status of the
Voluntary Separation and Voluntary Early Retirement Programs.


Madames Friner, Oliveri, and Serfaty and Messrs.
Carten, Lloyd, and Yachmetz rejoined the meeting.  George
Raed of Amtrak's staff and Dan Powell of McKinsey and
Company also joined the meeting.


## OPERATING AND CAPITAL BUDGET PLANNING/FINANCIAL FORECAST

Mr. Warrington described the financial analysis that
McKinsey and Company is performing for Amtrak.

Ms. Friner briefed the Board on possible
transactions which would include the benefits of Amtrak's
net operating losses (NOLs).  Mr. Warrington indicated
that further discussion concerning these transactions
will be scheduled for the September 20, 2001 Board
meeting.  Ms. Friner stated that Management plans to
investigate various transactions and will present a
progress report along with recommendations for further
action at the November Finance Committee meeting.

Ms. Friner informed the Board that total federal
funding available for FY02 is $833.6 million.  She indi-

- 6 -

cated that $230 million will be used for the operating
glidepath and $603 million will be available for the Cap-
ital Program.  She presented a preview of Amtrak's FY02
Capital Program and reviewed Amtrak's investment
decisions.   Information regarding Amtrak's capital needs
for FY02 and the funding gap for key programs was dis-
tributed.  Ms. Friner discussed business plan assumptions
and risks as well as the impact of the economy on the
plan.  She indicated that the FY02 Business Plan will be
presented for adoption by the Board at the Board meeting
on September 20, 2001.

Ms. Friner briefly discussed network adjustments
totaling $6 million that are being considered by Manage-
ment.  She reported that $14 million in other options are
under consideration by Management toward the original
target of $20 million in network adjustments.  She indi-
cated that a briefing on network adjustments will be pre-
sented at the September 12, 2001 Board meeting.

Ms. Rosen requested an in-depth briefing on the
structure of ticket pricing for Northeast Corridor
trains and the impact of the downturn in the economy.
Governor Dukakis requested information regarding the
revenue consequences of achieving a greater share of the
air/rail market on the Boston-New York and the New York-
Washington segments.

Mr. Warrington announced that Amtrak signed a part-
nership agreement with the Burlington Northern Santa Fe
Railway Company (BNSF) on August 29, 2001 which will per-

AMT005010

- 7 -

mit Amtrak to increase the consist limit from six to 30
express cars.  He indicated policy issues concerning the
freight railroads (indemnification, compensation, and
NRPC Operations Officer compensation, grade crossing
accidents, and institutional relationships) will be pre-
sented at the September 20, 2001 Board meeting.

Mr. Warrington briefly discussed Amtrak's business
relationship with the U.S. Postal Service.


### SHORT-TERM CREDIT FACILITY

Governor Dukakis directed the Board's attention to
resolutions authorizing a replacement revolving credit
line facility.  Ms. Rosen reported that the Finance Com-
mittee considered the proposed resolutions at its meeting
earlier in the day and recommended that the Board con-
sider this issue along with a provision regarding the
reporting of anticipated draws on the credit facility.
Ms. Serfaty read a second resolution addressing the
reporting of draws in connection with the credit line
facility.

Following discussion, upon motion made by Governor
Holton and seconded by Mayor Smith, the Board voted to
approve the following resolutions:

### RESOLUTIONS AUTHORIZING REPLACEMENT REVOLVING CREDIT LINE FACILITY

WHEREAS, Amtrak currently has in place a
credit line agreement which includes a facil-
ity for short-term borrowing up to $150 mil-
lion; and

**AMT005011**

- 8 -

WHEREAS, Management has determined that it is in the Corporation's best interest to replace the existing credit line with a new revolving credit line facility, the purposes and terms of which are more fully set forth on the attached Executive Summary (the "Replacement Revolving Credit Line Facility"); and

WHEREAS, Management is currently negotiating the final terms of the Replacement Revolving Credit Line Facility; therefore, be it

RESOLVED, That the Corporation is authorized to execute the Replacement Revolving Credit Line Facility with a maximum limit of $300 million; and

FURTHER RESOLVED, That the President and Chief Executive Officer, Chief Financial Officer, or the Treasurer of Amtrak are authorized to take any and all actions, and to make, execute and deliver, in the name and on behalf of the Corporation, all agreements, instruments and other documents, containing such additions, deletions, modifications, and alterations to the terms thereof as the above-referenced officers, in their sole discretion, deem necessary or advisable (approval of such additions, deletions, modifications and alterations to be conclusively evidenced by execution of such documents by one of such officers) in order to effectuate the foregoing Resolution.

### RESOLUTION FOR REPORTING ON CREDIT LINE FACILITY

WHEREAS, The Amtrak Board of Directors has authorized the Corporation to execute the Replacement Revolving Credit Line Facility with a maximum limit of $300 million; therefore, be it

RESOLVED, That Management shall on a monthly basis, provide a forecast to the Finance Committee of the Board summarizing anticipated

AMT005012

- 9 -

draws on the credit line for the upcoming
month, which monthly report shall begin in the
month following execution of the Facility.

(5-0)

### MAINTENANCE FACILITY FINANCING TRANSACTION

Governor Dukakis reported that this agenda item was
discussed at the Finance Committee meeting and that the
Committee recommended deferring action until the Septem-
ber 12, 2001 Board meeting to permit briefings of key
third parties.

### CLUBACELA PROGRAM

Mr. Warrington advised the Board that implementation
of the ClubAcela Program, which would provide access to
Amtrak lounges on the Northeast Corridor (NEC) for a mem-
bership fee, will be postponed and that a comprehensive
plan for these lounges will be presented to the Board in
the fall.  He indicated that the proposed renovation of
these lounges will proceed in the meantime.

### SEPTEMBER 12 BOARD MEETING

Mr. Warrington briefed the Board on issues that will
be addressed at the September 12, 2001 Board meeting.

AMT005013

- 10 -

**COMMUTER CONTRACTS**

Mr. Warrington announced that Amtrak has been awarded the *Coaster* operating, mechanical services, and maintenance-of-way contracts and is the apparent successful offerer for the *Caltrain* contract.  He noted that Amtrak was also the low bidder for the Maryland Rail Commuter (MARC) mechanical services contract for the Brunswick Line.

**OTHER BUSINESS**

Governor Dukakis requested information regarding marketing on the north end of the Northeast Corridor (NEC) and the High Speed Rail Investment Act (HSRIA).

**ADJOURNMENT**

There being no further business before the Board, the meeting was adjourned at 4:45 p.m.

John Carten
Assistant Corporate Secretary

Medaris Oliveri
Assistant Corporate Secretary

AMT005014

**Exhibit 52**

To:                      M              , B
From:                    Reisig, Warren
Cc:                      Tana, Roe
Bcc:
Received Date:           2001-08-30 11:25:36
Subject:                 Voluntary Early Retirement Plan

B

I am responding to your request regarding the Voluntary Early Retirement Plan (VERP). Amtrak's Board of Directors approved an amendment to Amtrak's pension plan to allow the company to offer the VERP. The amendment that was approved stated that in order to be eligible to participate in the VERP an employee must be an "active participant" of the Amtrak pension plan. As you know, you have waived your right to receive employee benefits. You are not earning credited service in the pension plan in your current position with Amtrak and you are not an active participant of the pension plan. Therefore you are not eligible to participate in the VERP.

-----Original Message-----
From:   Tana, Roe
Sent:   Tuesday, August 28, 2001 8:24 AM
To:     Herrmann, William; Reisig, Warren
Subject:        FW: My last e-mail before tthe decision.

FYI - this is the employee who took the VSP in 1994 and was rehired as hourly intern.

-----Original Message-----
From:   M              , B
Sent:   Tuesday, August 28, 2001 7:34 AM
To:     Tana, Roe
Subject:        My last e-mail before tthe decision.

Ms Tana,

I have spoken with a Lawyer In center city last Saturday
And have been told that I have been too honest
With HR so this will be my last e-mail until the
Decision is made.

He believes a contract was formed and because of
Amtrak's lack of Due Diligence my wife's financial future
Has been compromised.

I hope that you have been forwarding all my e-mails
To the appropriate individuals because If I am
Denied the attached memo will be forwarded to
Mr. Warrington with all the preexisting e-mails  and
A cc to Mr. Bagley.
.

There are two attachments.

R       M

E-AMT 0031994

Attachments:

0828email.xls
MRWARRINGTON.xls

E-AMT 0031995

**Exhibit 53**

September 5, 2001

B          B

            , MD

Dear B         :

Thank you for your kind words of encouragement.  I am looking forward to tackling the challenges ahead of me.

I've looked into your request that Amtrak grant an exception to the rules of the Voluntary Early Retirement Program.  Unfortunately, my attorneys advise me that the law is very clear that there can be no exceptions granted to a retirement plan.  The plan documents must be followed to the letter and any exception would subject Amtrak to significant liability.

While we cannot grant your request, I want to personally thank you for your 30 years of service to Amtrak.

Very truly yours,

E. Stanley Bagley
*Executive Vice President – Operations*

Bcc:    Lorraine Green

E-AMT 0023342

**Exhibit 54**

September 6, 2001


Sylvia A. de Leon, Esq.
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, NW
8th Floor
Washington, DC  20036


Dear Sylvia:

The agenda and background materials for the September 12 meeting of Amtrak's Board of Directors are enclosed.  The meeting will be held in Washington on Wednesday, September 12, in the Board Room on the fourth floor of Union Station.  The Board meeting will begin at 9:00 a.m.

The Board meeting will begin in executive session with a presentation by McKinsey and Company on its Phase I Report and next steps/public strategy.  After lunch, the Board will discuss Amtrak's reauthorization and FY03 budget request as well as technical and policy choices for the High Speed Rail Investment Act.  The meeting will conclude with consideration of a high speed rail maintenance facility financing transaction.  Included in your book are the materials on this transaction from our last meeting. Pursuant to discussions concerning further work on this matter, a progress report will be provided to you at or before the September 12 meeting.

Following the Board meeting, at 4:00 p.m., there will be a reception with members of Amtrak's senior staff at the Thunder Grill Restaurant in Union Station.

I look forward to seeing you next week.  If I can be of assistance, please give me a call.

Sincerely,



George D. Warrington
*President and Chief Executive Officer*

Enclosures

E-AMT 0005617

August 24, 2001


The Honorable Michael S. Dukakis
Department of Political Science
Northeastern University
303 Meserve Hall
Boston, MA  02115

Dear Governor Dukakis:

The agenda and background materials for the August meeting of Amtrak's Board of Directors are enclosed.  The meeting will be held in Washington on Thursday, August 30, in the Board Room on the fourth floor of Union Station.  The Finance Committee will meet at 11:30 a.m. followed by the Board meeting at 2:00 p.m.  Lunch will be available outside the Board Room at 1:00 p.m.

The Board meeting will begin in executive session with an overview of budget planning and financial forecast.  The meeting will conclude with consideration of a high-speed rail maintenance facility financing transaction and a short-term credit facility agreement.

Also included in your book are reports on *Acela Express* schedule changes and the new Club Acela program.  The operating and capital budget materials are continuing to be refined and will be sent to you under separate cover in advance of the meeting.

I look forward to seeing you next week.  If I can be of assistance in the meantime, please give me a call.

Sincerely,



George D. Warrington
*President and Chief Executive Officer*

Enclosures

E-AMT 0005618

August 24, 2001


The Honorable A. Linwood Holton
3883 Black Stump Road
Weems, VA  22576


Dear Governor Holton:

The agenda and background materials for the August meeting of Amtrak's Board of Directors are enclosed.  The meeting will be held in Washington on Thursday, August 30, in the Board Room on the fourth floor of Union Station.  The Finance Committee will meet at 11:30 a.m. followed by the Board meeting at 2:00 p.m.  Lunch will be available outside the Board Room at 1:00 p.m.

The Board meeting will begin in executive session with an overview of budget planning and financial forecast.  The meeting will conclude with consideration of a high-speed rail maintenance facility financing transaction and a short-term credit facility agreement.

Also included in your book are reports on *Acela Express* schedule changes and the new Club Acela program.  The operating and capital budget materials are continuing to be refined and will be sent to you under separate cover in advance of the meeting.

I look forward to seeing you next week.  If I can be of assistance in the meantime, please give me a call.

Sincerely,



George D. Warrington
*President and Chief Executive Officer*

Enclosures

E-AMT 0005619

August 24, 2001


Ms. Amy M. Rosen
Managing Partner
Public Private Initiatives
26 Park Street
Suite 2175
Montclair, NJ  07042


Dear Amy:

The agenda and background materials for the August meeting of Amtrak's Board of Directors are enclosed.  The meeting will be held in Washington on Thursday, August 30, in the Board Room on the fourth floor of Union Station.  The Finance Committee will meet at 11:30 a.m. followed by the Board meeting at 2:00 p.m.  Lunch will be available outside the Board Room at 1:00 p.m.

The Board meeting will begin in executive session with an overview of budget planning and financial forecast.  The meeting will conclude with consideration of a high-speed rail maintenance facility financing transaction and a short-term credit facility agreement.

Also included in your book are reports on *Acela Express* schedule changes and the new Club Acela program.  The operating and capital budget materials are continuing to be refined and will be sent to you under separate cover in advance of the meeting.

I look forward to seeing you next week.  If I can be of assistance in the meantime, please give me a call.

Sincerely,



George D. Warrington
*President and Chief Executive Officer*


Enclosures

E-AMT 0005620

August 24, 2001


The Honorable John Robert Smith
Mayor
City of Meridian
City Hall
601 24th Avenue
Meridian, MS  39302


Dear Mayor Smith:

The agenda and background materials for the August meeting of Amtrak's Board of Directors are enclosed.  The meeting will be held in Washington on Thursday, August 30, in the Board Room on the fourth floor of Union Station.  The Finance Committee will meet at 11:30 a.m. followed by the Board meeting at 2:00 p.m.  Lunch will be available outside the Board Room at 1:00 p.m.

The Board meeting will begin in executive session with an overview of budget planning and financial forecast.  The meeting will conclude with consideration of a high-speed rail maintenance facility financing transaction and a short-term credit facility agreement.

Also included in your book are reports on *Acela Express* schedule changes and the new Club Acela program.  The operating and capital budget materials are continuing to be refined and will be sent to you under separate cover in advance of the meeting.

I look forward to seeing you next week.  If I can be of assistance in the meantime, please give me a call.


Sincerely,



George D. Warrington
*President and Chief Executive Officer*

Enclosures

E-AMT 0005621

August 27, 2001


The Honorable Michael Jackson
Deputy Secretary
U.S. Department of Transportation
400 Seventh Street, SW  -  Room 10200
Washington, DC  20590


Dear Michael:

The agenda and background materials for the August meeting of Amtrak's Board of Directors are enclosed.  The meeting will be held in Washington on Thursday, August 30, in the Board Room on the fourth floor of Union Station.  The Finance Committee will meet at 11:30 a.m. followed by the Board meeting at 2:00 p.m.  Lunch will be available outside the Board Room at 1:00 p.m.

The Board meeting will begin in executive session with an overview of budget planning and financial forecast.  The meeting will conclude with consideration of a high-speed rail maintenance facility financing transaction and a short-term credit facility agreement.

Also included in your book are reports on *Acela Express* schedule changes and the new Club Acela program.  The operating and capital budget materials will be sent to you under separate cover tomorrow afternoon by hand delivery.

If I can be of assistance, please give me a call.


Sincerely,




George D. Warrington
*President and Chief Executive Officer*

Enclosures


cc:    Allan Rutter

E-AMT 0005622

August 27, 2001


The Honorable Norman Y. Mineta
Secretary of Transportation
U.S. Department of Transportation
400 Seventh Street, SW  --  Room 10203
Washington, DC  20590

Dear Secretary Mineta:

The agenda and background materials for the August meeting of Amtrak's Board of Directors are
enclosed.  The meeting will be held in Washington on Thursday, August 30, in the Board Room on the
fourth floor of Union Station.  The Finance Committee will meet at 11:30 a.m. followed by the Board
meeting at 2:00 p.m.  Lunch will be available outside the Board Room at 1:00 p.m.

The Board meeting will begin in executive session with an overview of budget planning and financial
forecast.  The meeting will conclude with consideration of a high-speed rail maintenance facility
financing transaction and a short-term credit facility agreement.

Also included in your book are reports on *Acela Express* schedule changes and the new Club Acela
program.  The operating and capital budget materials will be sent to you under separate cover tomorrow
afternoon by hand delivery.

If I can be of assistance, please give me a call.

Sincerely,



George D. Warrington
*President and Chief Executive Officer*

Enclosures

E-AMT 0005623

**NATIONAL RAILROAD PASSENGER CORPORATION**
60 Massachusetts Avenue, NE, Washington DC  20002
tel 202.906.2198  fax 202.906.2921

# Memo



| | | | |
|---|---|---|---|
| Date | September 6, 2001 | From | George D. Warrington |
| To | Management Committee | Department | Executive |
| | | Subject | Board Reception |
| | | cc | |

**Message**

Following the September 12 Board meeting, there will be a reception with the Board of Directors.  I would like to extend an invitation to the Management Committee to attend this special event.  The reception will be from 4:00 p.m to 6:00 p.m. at the Thunder Grill Restaurant in Union Station on the third floor mezzanine level.

To RSVP, please call John Carten at (202) 906-3890.

E-AMT  0005624

**Exhibit 55**

To:                Friner, Arlene
From:              Reisig, Warren
Cc:
Bcc:
Received Date:     2001-09-07 12:11:04
Subject:           VERP Conference Call

---

Arlene:

Documents for the VERP conference call - 9/8 at 9:00a.m.

---

Attachments:

earlyretirementwindow23.doc
verp.xls

E-AMT 0014317

To:                 Reisig, Warren
From:               Samuel, Valerie
Cc:
Bcc:
Received Date:      2001-09-10 10:18:17
Subject:            RE: Voluntary Early Retirement Plan Meeting - 9/10 - 2:00 p.m.

Thanks.

  -----Original Message-----
From:      Reisig, Warren
Sent:      Monday, September 10, 2001 11:01 AM
To:        Friner, Arlene; Bishop, Linda
Cc:        Samuel, Valerie
Subject:   Voluntary Early Retirement Plan Meeting - 9/10 - 2:00 p.m.

The call in number for the meeting at 2:00 today to discuss the early retirement plan is (ARTS) 799-4705 or (Bell) 1-866-226-8725.  The access code is 3684*