IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1: 06-CV-01539 (GK) <br> Next Scheduled Court deadline: March 15, 2007 (Plaintiffs' Opposition to Defendants' Motion for Summary Judgment) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, defendants, National Railroad Passenger Corporation, Retirement Plan Committee for the Retirement Income Plan for Employees of National Railroad Passenger Corporation, and Retirement Income Plan for Employees of National Railroad Passenger Corporation (collectively, "Defendants") respectfully move for summary judgment on the complaint filed by plaintiffs, Wade F. Hall, Hattie N. McCoy-Kemp and Virginia F. Staton (collectively, "Plaintiffs"). Defendants also oppose the motion for partial summary judgment filed by Plaintiffs.

The grounds for Defendants' motion and for Defendants' opposition to Plaintiffs' motion for partial summary judgment are more fully set forth in the accompanying memorandum.

                                                  Respectfully submitted,

                                                  /s/

John R. Wellschlager
Robert A. Gaumont
(Admitted *Pro Hac Vice*)
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Mark Muedeking
D.C. Bar No. 387812
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Telephone (202) 861-3900
Facsimile (202) 223-2085

*Attorneys for Defendants*