# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WADE F. HALL,

    *et al.*,

                    **Plaintiffs,**

    v.

NATIONAL RAILROAD PASSENGER
CORPORATION,

    *et al.*,

                   **Defendants.**

CASE NO.  1: 06-CV-01539 (GK)

## [PROPOSED] ORDER

**UPON CONSIDERATION OF** the motion for summary judgment filed by defendants, National Railroad Passenger Corporation, Retirement Plan Committee for the Retirement Income Plan for Employees of National Railroad Passenger Corporation, and Retirement Income Plan for Employees of National Railroad Passenger Corporation (collectively "Defendants"), the motion for partial summary judgment (on Count I) filed by plaintiffs, Wade F. Hall, Hattie N. McCoy-Kemp and Virginia F. Staton (collectively, "Plaintiffs"), and all oppositions and replies thereto, it is hereby

ORDERED, that Defendants' motion is hereby GRANTED; and it is further

ORDERED, that Plaintiffs' motion is hereby DENIED.

_____
Date

_____
Judge Gladys Kessler