# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL,<br>*et al.*,<br>         Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>*et al.*,<br>         Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: March 15, 2007 (Plaintiffs' Opposition to Defendants' Motion for Summary Judgment) |

### AFFIDAVIT OF JEFFREY CARNICELLI

I, Jeffrey Carnicelli, hereby represent that I have personal knowledge of the following:

1. I am employed by the National Railroad Passenger Corporation ("Amtrak"), where I serve as Senior Director for Treasury Operations.

2. I served as a member of and secretary to the Retirement Plan Committee (the "Committee") for the Retirement Income Plan for Employees of Amtrak (the "Plan") during the adjudication of the claim that Wade F. Hall, Hattie N. McKoy-Kemp and Virginia F. Staton (the "Claimants") filed on or about August 5, 2005 (the "Claim"). A copy of the Plan is attached as Exhibit A and a copy of the Claim is attached as Exhibit B.

3. The other members of the Committee consisted of Paula Porter and Matthew Hardison. During the time for which we adjudicated the Claim, Ms. Porter, Mr. Hardison and I were all employees of (and none of us served as directors of) Amtrak.

4. The Committee received advice and counsel from the law firm of Venable LLP in adjudicating this claim. The Committee primary received advice from two Venable partners: Robert J. Bolger, Jr. and Barbara E. Schlaff. I understood from them (and from their biographies on the Internet) that both Mr. Bolger and Ms. Schlaff are experienced corporate lawyers who have been practicing in the employee benefits and corporate law fields for decades.

5. On October 25, 2005, the Committee met formally to discuss the Claim. I was elected secretary to the Committee for adjudication of this Claim, and Ms. Porter was elected chairperson. A copy of the minutes of this meeting, which are true and accurate, are attached as Exhibit D.

6. During this meeting, Venable advised the Committee on its fiduciary responsibilities under the Plan, as well as other matters.

7. On or about December 8, 2005 Venable provided the Committee with a memo analyzing the Claim, and providing an outline of the facts upon which the Committee would need to decide. *See* Exhibit E.

8. On or about December 14, 2005, the Committee met and made factual findings with respect to the Claim. Attached as Exhibit F are the minutes to that meeting, which are true and accurate.

9. The Committee met telephonically on January 20, 2006 to discuss the logistics of sending a response in writing to the Claimants. Attached as Exhibit G are the minutes to that meeting, which are true and accurate.

10. On or about January 23, 2006 the Committee sent the letter attached as Exhibit H to the Claimants informing them that the Committee had adjudicated a denial of their claim. The

substance and the contents of this letter are true and accurate, including, but not limited to, the factual findings of the Committee.

I swear and affirm that the foregoing is true and correct.

_____
Jeffrey Carnicelli