# EXHIBIT D

## MINUTES OF A SPECIAL MEETING
## OF THE MEMBERS OF THE
## AMTRAK RETIREMENT PLAN COMMITTEE

A Special Meeting (the "Meeting") of the Members of the Amtrak Retirement Plan Committee was held on October 25, 2005 at the principal offices of Amtrak in Washington, D.C.

The following members of the Retirement Plan Committee ("Committee") were present: Jeff Carnicelli, Paula Porter and Matt Hardison

In addition, by invitation, Byl Hermann, Esq., Deputy General Counsel for Amtrak, and Barbara Schlaff, Esq. and Robert Bolger, Esq., of Venable LLP, special counsel to the Committee, were present.

The Meeting was called to order at 1:00 p.m. Paula Porter was elected as Chairman of the meeting and Jeff Carnicelli acted as Secretary of the Meeting.

The first order of business was a general review of the pending claim for benefits under the Amtrak Retirement Plan (the "Plan") submitted to the Committee by Wade F. Hall, Hattie N. McCoy-Kemp and Victoria F. Staton, as set forth in a letter to the Committee dated August 5, 2005 from Eli Gottesdiener, Esq. (the "Hall Claim").

Ms. Schlaff reviewed for the Committee their fiduciary responsibilities generally in reviewing claims made to the Committee with respect to the Plan and then reviewed the legal requirements for responding to claims.

The Committee considered extending the time for formal response to the Hall Claim for an additional 90 days. The Committee determined that an extension of time of 90 days was appropriate in order to allow the Committee to have reasonable time to review and respond to the Hall Claim.

At this point in the meeting, Mr. Hermann left the meeting.

Ms. Schlaff and Mr. Bolger then reviewed with the Committee a draft letter to Mr. Gottesdiener with respect to the extension of time to formally respond to the Hall Claim, which the Committee would send by November 2, 2005.

Ms. Schlaff and Mr. Bolger then polled each member of the Committee to determine whether any member of the Committee had any involvement or interest in connection with the subject matter of the Hall Claim or whether there was any other conflict of interest. None of the members of the Committee had any involvement with the subject matter of the Hall Claim and no conflicts were discovered.

There was then a discussion of the information the Committee would need to review and consider in connection with the Hall Claim. Ms. Schlaff and Mr. Bolger indicated that they

HALL2000013

would provide the Committee members with a summary of the Hall Claim and the related pleadings with respect to the pending litigation involving the Hall Claim.

There being no further business to come before the Committee, the meeting was adjourned at approximately 2:00 p.m.

APPROVED:

_____
Paula Porter, Chairman

_____
Jeff Cannicelli, Secretary

DC3DOCS1\164127\1
69156-222873

HALL2000014