# EXHIBIT F

## MINUTES OF A SPECIAL MEETING
## OF THE MEMBERS OF THE
## AMTRAK RETIREMENT PLAN COMMITTEE

A Special Meeting (the "Meeting") of the Members of the Amtrak Retirement Plan Committee was held on December 14, 2005 at the principal offices of Amtrak in Washington, D.C.

The following members of the Retirement Plan Committee ("Committee") were present: Jeff Carnicelli, Matt Hardison and Paula Porter.

In addition, by invitation, Barbara Schlaff, Esq. and Robert Bolger, Esq., of Venable LLP, special counsel to the Committee, were present.

The Meeting was called to order at 10:00 a.m. Paula Porter acted as Chairman of the meeting and Jeff Carnicelli acted as Secretary of the Meeting.

The first order of business was the approval of the minutes of the Committee meeting held on October 25, 2005. After review, the minutes of the meeting of the Committee held on October 25, 2005 were approved by unanimous agreement.

The next order of business was a review of the pending claim for benefits under the Amtrak Retirement Plan (the "Plan") submitted to the Committee by Wade F. Hall, Hattie N. McCoy-Kemp and Victoria F. Staton (collectively, "Claimants"), as set forth in a letter to the Committee dated August 5, 2005 from Eli Gottesdiener, Esq. (the "Hall Claim").

Ms. Schlaff and Mr. Bolger reviewed in detail for the Committee the procedural history relating to the Hall Claim and the specific claims brought by the Claimants to the Committee. Ms. Schlaff and Mr. Bolger then reviewed with the Committee their legal analysis of the Hall Claim.

After review of relevant documents and discussion, the Committee, by unanimous agreement of its members, determined that the version of the Amtrak Voluntary Retirement Plan ("VERP") which was approved by the Amtrak Board of Directors on September 14, 2001, was the operative version of the VERP which was made available to eligible Amtrak Employees, including the Claimants, during the election window commencing on September 15, 2001 and ending on October 31, 2001. Therefore, by unanimous agreement, the Committee denied the claims for benefits of the Claimants under the Hall Claim.

There was then a discussion of the timing and form of the determination letter the Committee will send to counsel for the Claimants. Counsel for the Committee indicated that they would provide the Committee members with a draft of the determination letter to counsel for the Claimants in mid-January, 2006, and there would then be a follow-up meeting of the Committee to approve the final version of the form of determination letter no later than the end of January, 2006.

There being no further business to come before the Committee, the meeting was adjourned at approximately 11:30 a.m.

APPROVED:

_____
Paula Porter, Chairman

_____
Jeff Carnicelli, Secretary