# EXHIBIT G

## MINUTES OF A SPECIAL MEETING
## OF THE MEMBERS OF THE
## AMTRAK RETIREMENT PLAN COMMITTEE

A Special Meeting (the "Meeting") of the Members of the Amtrak Retirement Plan Committee was held by telephone conference call on January 20, 2006.

The following members of the Retirement Plan Committee ("Committee") were present by telephone: Jeff Carnicelli, Matt Hardison and Paula Porter.

In addition, by invitation, Barbara Schlaff, Esq. and Robert Bolger, Esq., of Venable LLP, special counsel to the Committee, were present by telephone.

The Meeting was called to order at 4:00 p.m. Paula Porter acted as Chairman of the meeting and Jeff Carnicelli acted as Secretary of the Meeting.

The first order of business was the approval of the minutes of the Committee meeting held on December 14, 2005. After review, the minutes of the meeting of the Committee held on December 14, 2005 were approved by unanimous agreement.

The next order of business was a review of the Committee's determination letter with respect to the pending claim for benefits under the Amtrak Retirement Plan submitted to the Committee by Wade F. Hall, Hattie N. McCoy-Kemp and Victoria F. Staton (collectively, "Claimants"), as set forth in a letter to the Committee dated August 5, 2005 from Eli Gottesdiener, Esq. (the "Hall Claim").

After a discussion, the determination letter of the Committee with respect to the Hall Claim was approved by unanimous agreement of the members of the Committee. The Chairman was authorized by the Committee to execute the determination letter on behalf of the Committee and send it to counsel for the Claimants no later January 30, 2006.

There being no further business to come before the Committee, the meeting was adjourned at approximately 4:30 p.m.

APPROVED:

_____          _____
Paula Porter, Chairman                  Jeff Carnicelli, Secretary