# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL,<br>*et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>*et al.*,<br><br>        Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: March<br>15, 2007 (Plaintiffs' Opposition to<br>Defendants' Motion for Summary<br>Judgment) |

### AFFIDAVIT OF LORRAINE GREEN

I, Lorraine Green, hereby represent that I have personal knowledge of the following:

1. I am employed by the National Railroad Passenger Corporation ("Amtrak"), where I serve as Vice President of Human Resources.

2. I serve as the officer at Amtrak designated to adjudicate appeals for denied benefits under the Retirement Income Plan for Employees of Amtrak (the "Plan"). I am familiar with the appeal filed by claimants Wade F. Hall, Hattie N. McKoy-Kemp and Virginia F. Staton (the "Claimants"), and the denial of their claim issued by the Retire Plan Committee under the Plan (the "Committee").

3. I received and reviewed the appeal from Claimants, through counsel, dated February 9, 2006, and the subsequent letters by Claimants' counsel dated March 20, 2006 and May 16, 2006. A copy of these letters are attached as Exhibit J.

4.  On July 14, 2006, I informed Claimants, by letter, that I had denied the appeal of their claim. Attached as Exhibit K is the letter that I sent to Claimants, and it is true and accurate.

5.  Attached as Exhibit L is a copy of the administrative record which was forwarded to me by the Committee in consideration of this claim. As part of serving as an appeals officer, I confirmed that this record was sent to Claimants on or about April 2006.

I swear and affirm that the foregoing is true and correct.

*Lorraine Green*