# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL,<br>*et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>*et al.*,<br><br>    Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: March<br>15, 2007 (Plaintiffs' Opposition to<br>Defendants' Motion for Summary<br>Judgment) |

### NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

  Exhibit L, which is an attachment to Defendants' Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment, is in paper form only and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

February 15, 2007

              /s/
            John R. Wellschlager
            Robert A. Gaumont
            (Admitted *Pro Hac Vice*)
            DLA PIPER US LLP
            6225 Smith Avenue
            Baltimore, Maryland 21209
            (410) 580-3000