**Amtrak Board of Directors**
**Agenda Item Executive Summary**

**Title:** Designation of Retirement Savings Plan Appeals Officer

**Background:**
Pursuant to the Amtrak Retirement Income Plan, Article XV, Section 15.01, any claims regarding unpaid benefits are submitted to the Retirement Plan Committee for an initial determination. In the event the Retirement Plan Committee fails to fully satisfy the claimant, the claim may be appealed to a person who is an officer of the company and has been designated by the Board of Directors as a fiduciary of the Retirement Income Plan in accordance with Section 402(a)(2) of ERISA.

**Recommended Action:**
Management recommends that Vice President, Human Resources, Lorraine Green, be designated as a fiduciary of the Retirement Income Plan and the company officer designated to hear benefit claim appeals for the Retirement Income Plan.

E-AMT 0034188

**RESOLUTION APPOINTING APPEALS OFFICER**
**FOR RETIREMENT SAVINGS PLAN**

WHEREAS, Amtrak's Retirement Income Plan contains a claims procedure for processing denial of benefit claims; and

WHEREAS, The Plan claims resolution procedure includes a final appeal to a company officer who is appointed as a fiduciary to the Plan; therefore, be it

RESOLVED, That the Board of Directors hereby appoints Lorraine Green, Vice President, Human Resources and Amtrak Officer, as the appeal officer and a fiduciary to the Retirement Income Plan as set forth in the Plan document.

National Railroad Passenger Corporation
Board of Directors
Adopted May 26, 2005

E-AMT 0034189