

RETIREMENT
INCOME PLAN

**Amtrak·**

AMT000119

# HIGHLIGHTS

| PLAN FEATURE | PLAN PROVISION | PAGE |
|---|---|---|
| **Participation** | January 1 or July 1 after completion of a year of service. | 2 |
| **Benefit Formula** | Benefits are based on your service and pay. | 4 |
| **Normal Retirement** | Age 65. | 5 |
| **Early Retirement** | At least age 55 and at least five years of service. | 5 |
| **Deferred Retirement** | Allows a participant to work past normal retirement and to defer the benefit to the first of any month after termination or age 70 $\frac{1}{2}$, whichever comes first. | 5 |
| **Disability** | If participant qualifies, can keep earning service up until age 65. Disability must have commenced after 3-30-81. | 6 |
| **Normal Payment Method** | *Married participants:* 50% Joint and Survivor Annuity unless you elect otherwise. *Single Participants:* Life-Only Option unless you elect otherwise. | 6 |
| **Payment Options** | Options available to married and single participants. | 6 |
| **Pre-Retirement Survivor Benefits** | Lifetime monthly benefits paid to spouse when participant would have attained age 55 or older and who qualified for this protection at time of death. | 7 |
| **Vesting** | Fully vested upon completion of five years of service. | 8 |

AMT000120

# INTRODUCTION

The Retirement Income Plan is designed to provide you with a regular source of income when your working years are over. Benefits are based on your earnings and service with Amtrak®.

The Plan is not limited to retirement payments. If you die, your spouse or other beneficiary may receive survivor payments.

Please review the following pages. They summarize the main features of the Retirement Income Plan. It can be helpful for your future planning to know what benefits are provided by the Plan.

This booklet describes the terms of the Retirement Income Plan as of its most recent amendment on March 31, 1995.

# ELIGIBILITY, PARTICIPATION AND COST

## ELIGIBILITY

As a management employee of Amtrak, you are eligible for the Retirement Income Plan. You are not eligible if you are subject to a collective bargaining agreement that does not provide for participation in this Plan. Part-time management employees are also eligible for the Retirement Income Plan.

## PARTICIPATION

If eligible, participation begins on the **January 1 or July 1** on or after the date you complete a year of service.

## COST OF THE PLAN

The Company pays the full cost of the Plan. You pay nothing. Company contributions to support the Plan are based on the advice of independent actuaries in accordance with IRS funding requirements. These contributions go into a trust fund that has been set up solely for the benefit of participants and their beneficiaries.

AMT000121

Plan benefits are based on your average compensation, credited service, and Social Security covered compensation. You should know what these terms mean to understand how benefits are figured.

## HOW THE PLAN WORKS

## CREDITED SERVICE

Generally, credited service includes all your years and months of employment with Amtrak without any breaks. Credited service does not include periods after February 28, 1979, during which you are subject to a collective bargaining agreement that does not provide for participation in this Plan. Any period before March 1, 1979, in which you were subject to a collective bargaining agreement, counts as credited service if you transferred to an eligible status before March 1, 1979. You will earn credited service for periods of approved paid leaves of absence provided you return to active employment with Amtrak.

## AVERAGE COMPENSATION

Average compensation means the annual average of your compensation for the five consecutive Plan years occurring during your period of years of credited service and during which your compensation was highest.

If your period of years of credited service is less than five years, average compensation is the annual average of your compensation for your longest single period of years of credited service during which you have no breaks in years of credited service.

## COMPENSATION

For years prior to January 1, 1995, compensation means your basic monthly salary at the rate in effect on January 1 of any Plan year multiplied by 12. If you are paid on a weekly basis your compensation is your weekly salary rate on January 1 of any Plan year multiplied by 52. If you are paid on an hourly basis your compensation is your hourly rate on January 1 of any Plan year multiplied by the number of hours in your regularly scheduled work week multiplied by 52. Compensation does not include special earnings such as overtime, bonus payments and the cost of other benefits. If you are on a leave of absence on January 1 of any plan year and are earning years of credited service during your leave of absence, your compensation shall be based on your salary rate or hourly rate as of the day prior to the day your leave of absence began.

For years after December 31, 1994, compensation means the compensation paid to you for services performed which is included in gross income for the Plan Year (your W-2 pay), plus certain tax-deferred contributions made to Amtrak's benefit plans such as a 401(k) cash or deferred plan.

For Plan years beginning on or after January 1, 1994, compensation, for pension benefit determination only, is limited to $150,000 pursuant to IRS regulations. This limit will be adjusted annually for inflation.

3

## HOW THE PLAN WORKS
### CONTINUED

# RAILROAD RETIREMENT/SOCIAL SECURITY COVERED COMPENSATION

Covered compensation is the average of the Social Security (or Railroad Retirement Tier II) wage bases during an employee's active career. The covered compensation number changes each year to reflect the new wage base. Covered compensation is based on a thirty-five year average and on year of birth. **Example:**

| Year of Birth | Monthly Covered Compensation |
|---------------|------------------------------|
| 1935 | 2849 |
| 1940 | 3639 |
| 1945 | 4237 |
| 1950 | 4715 |
| 1955 | 5060 |

# THE BENEFIT FORMULA

Your monthly normal retirement benefit equals:



For example, suppose you retire at age 65, your average monthly pay equals $3,000, you have 20 years of credited service, and the covered compensation equals $2,298.

Your normal retirement benefit would equal:

.007 x $3,000 = **$21.00**

$3,000.00 - $2,298.00 = $702.00 x .0065 = **$4.56**

**$21.00 + $4.56** = $25.56 x 20 years = **$511.20 per month**

# THE SECOND FORMULA

If you were an employee on 12/31/88, your normal retirement benefit will be computed a second way that considers your pay and service through 12/31/88. This formula uses the covered compensation number in effect on December 31, 1988. You will receive the greater of the two benefits.



For example, suppose you retire at age 65, your average monthly pay as of 12/31/88 equaled $2,500, you had 15 years of credited service as of 12/31/88 and the covered compensation equals $1,987.00. Under this second formula, your normal retirement benefit would equal:

.001 x $2,500 = **$2.50**

$2,500.00 - $1,987.00 = $513.00 x .014 = **$7.18**

**$2.50 + $7.18** = $9.68 x 15 years = **$145.20 per month**

AMT000123

When is the best time to retire? Only you can decide. The Plan gives you flexibility — there are three kinds of retirement you may choose: normal, early and deferred.



**RETIREMENT**

## NORMAL RETIREMENT

Normal retirement occurs on the first of the month on or after your sixty-fifth birthday. At normal retirement, your single life benefit equals the amount produced by the formula.

## EARLY RETIREMENT

If you want to stop working at an earlier age, you may retire on the first of any month after you reach age 55 and complete at least five years of service.

You have an important decision to make if you retire early. You must decide whether to begin payments right away or to delay them to a later date. Payments may start on the first of any month after you retire, but no later than age 65, unless you continue working. If payments start before normal retirement, your benefit will be reduced to reflect the greater number of payments you are likely to receive.

The reductions are based on actuarial factors for every month prior to your 65th birthday that your benefit begins. The chart below shows examples of the percent of the normal retirement benefit at different ages.

| Age When Payments Start | Percent of Normal Retirement Benefit |
| --- | --- |
| 55 | 48.6154 percent |
| 56 | 52.9231 percent |
| 57 | 57.6923 percent |
| 58 | 61.5385 percent |
| 59 | 65.3846 percent |
| 60 | 69.2308 percent |
| 61 | 73.0769 percent |
| 62 | 76.9231 percent |
| 63 | 84.6154 percent |
| 64 | 92.3077 percent |

**Example**

If you retire at age 62 and you are entitled to receive a normal retirement benefit at age 65 of $652.60 and if you begin receiving benefits at age 62, your benefit would be reduced to $502.00.

($652.60 x 76.9231% = $502.00)

## DEFERRED RETIREMENT

If you choose, you may keep working past normal retirement and you will continue to earn credited service. Your deferred retirement date will be the first of the month on or after the date your employment ends after your normal retirement date or age 70 $\frac{1}{2}$, whichever comes first. Current law requires commencement of benefits on the April 1 of the calendar year following the calendar year in which you reach age 70 $\frac{1}{2}$.

AMT000124

## DISABILITY

If you qualify as disabled, you continue to earn credited service as long as your disability lasts, but no later than age 65. You will qualify as disabled if you qualify for disability under Social Security or the Railroad Retirement Act or Amtrak's long-term disability plan.

Payments from this Plan may begin as early as 55; however, payments from this Plan may not begin while you are eligible for or are receiving benefits from the long-term disability plan.

## HOW BENEFITS ARE PAID

### NORMAL PAYMENT METHODS

If you are single when payments start, your normal method is a **life-only annuity**. It also is your normal method if you have been married less than a year when payments start. This method provides you with monthly payments for life. Payments stop upon your death and do not continue to anyone else. This method provides the most monthly income because it covers one lifetime — yours.

If you have been married at least one year when payments start, your normal method is a **50% joint and survivor annuity**. This will be a lower benefit than the life-only benefit described above. This method provides reduced benefits because it covers two lifetimes – yours and that of your spouse. When you die, your spouse, if living, receives one-half of the amount of your monthly payment for life.

You will receive written material about this and the optional methods when you apply for retirement. This material includes specific information on how these methods compare in your case.

### OPTIONAL PAYMENT METHODS

#### Life-Only Option
You will receive monthly payment for life. Although this method provides the most monthly income, it does not provide survivor protection; payments stop upon your death and do not continue to anyone else.

#### Contingent Annuitant Option
You will receive monthly payments for life. This will be a lower benefit than the life-only benefit described above. You choose the amount that continues after your death, which may be 50 or 100 percent of your monthly payments. This method provides reduced payments because it covers two lifetimes – yours and your beneficiary's. Upon your death, lifetime monthly payments are made to your beneficiary, if living.

#### Certain and Life Option
You will receive monthly payments for life. This will be a lower benefit than the life-only benefit described above. If you die prior to receiving 120 or 240 monthly retirement payments, the balance (dependent upon 10 or 20 year election) would be paid monthly to your beneficiary. If your beneficiary does not live to receive the balance of payments, the actuarially equivalent value would be paid to your beneficiary's estate.

AMT000125

## ELECTING AN OPTION

You may elect or change an option by applying to the Retirement Plan
Committee before payments start. No changes may be made once payments
start. If you are married and elect an option other than joint and survivor, the
law requires your spouse sign his/her consent to your selection.

## YOUR BENEFICIARY

You must name a beneficiary if payments are made under a method that
provides survivor coverage. Proof of birth of your beneficiary is needed if
payments are made under a joint and survivor annuity. If you are married
and select a beneficiary other than your spouse, your spouse must approve
such selection.

## PAYMENT OF SMALL BENEFITS

If the total value of your benefit is less than $3,500, the value of your
benefit will be paid to you in a single, lump sum payment. In addition, if
your monthly payments are less than $50, the Retirement Plan Committee
may direct to have your benefit paid on a quarterly, semiannual, or annual
basis.

## DEATH BEFORE RETIREMENT

If you have been legally married for at least one year at the time of your
death, your spouse will receive survivor benefits from the Plan if . . .

### SURVIVOR BENEFITS

◆ you were a participant and had completed at least five years of service
at the time of your death;

◆ you were an active employee age 55 or older and died before retirement
payments started; or

◆ you had taken retirement and died before payments started.

In any of these cases, your spouse will start receiving lifetime monthly
payments as of the first of the month after you would have become
eligible to receive a benefit. Your spouse will receive the survivor portion
of the 50% joint and survivor annuity that would have been paid if you
had retired on the first of the month in which you died.

## DEATH AFTER RETIREMENT

If you die after retirement payments start, survivor benefits, if any, are
determined by the method of payment in effect, based on the option you
elect at retirement.

7

AMT000126

## TERMINATION AND REHIRE

### VESTING

If you terminate before you qualify for retirement, you will be entitled to a vested benefit at a future time. You will be fully vested if you have at least five years of service when employment ends.

| Full Years of Service | Vesting |
|---|---|
| fewer than 5 | 0% |
| 5 or more | 100% |

Also, you are fully vested (100%) when you reach age 65 before your employment ends.

### IF YOUR EMPLOYMENT ENDS

You have a right to a benefit if you are vested when you have a break-in-service.

Vested payments may begin on the first of any month on or after your 55th birthday, but normally no later than age 65. If payments begin before age 65, they will be reduced the same as early retirement payments.

A break-in-service occurs . . .

◆ on the date your employment ends for any reason other than an approved leave of absence, or

◆ on the earlier of the first one-year anniversary of an approved leave of absence or the date on which your leave ends, if you fail to return to work.

### IF YOU ARE REHIRED

If you are rehired within twelve months after your employment ends for any reasons except for an approved unpaid leave, you will not have a break-in-service. In this case, your absence counts as service for participation and vesting, but not for credited service.

If you are rehired after you have had a break-in-service, your prior service is restored if . . .

◆ you were vested, or

◆ the service you completed before the break is greater than the time the break lasted, or

◆ your break-in-service is for less than 5 years.

If your benefit was paid to you in a lump sum, you must repay this amount plus interest in order to restore your prior credited service.

Any Plan payments you are receiving will stop automatically if you are rehired. Payments will resume on the first of the month after the date your employment ends. Your benefit will not be less than the amount you were receiving before rehire, or greater than the benefit you would have earned if there had been no break in your employment.

If you earn additional credited service after you are rehired, your benefit will be adjusted to reflect this additional service. Any payments you already received also will be taken into account.

AMT000127

## HOW TO FILE A CLAIM FOR BENEFITS

The Retirement Programs office should be advised 90 days prior to the date you intend to terminate your employment for retirement. Your local Human Resources office should be advised as soon as possible before you intend to terminate your employment.

## CLAIM DENIAL AND APPEAL

If a claim for benefits under the Plan is denied, you will receive a written notice of the denial from the Retirement Plan Committee. This notice will state the reason for the denial, specify the Plan provisions on which the denial is based, itemize any additional information required to pursue the claim further, and outline the Plan's claim appeal and review procedures.

If you wish to pursue a denied claim, you may send a written appeal to the Retirement Plan Committee through the office shown below (your employer). The appeal must be sent within 60 days of your receipt of the claim denial, and it must state the reason for appealing the claim, with supporting evidence attached. You or your beneficiary will then have the right to have representation, to review pertinent documents, and to submit issues and documents in writing.

Within 60 days after receiving an appeal, the Retirement Plan Committee will review it and give you or your beneficiary written notice of its decision.

## UPDATING YOUR ADDRESS

All members and former members of the Plan and beneficiaries should keep their employer advised of their current address so that benefits can be paid properly. If you or your beneficiary cannot be located, you may lose part or all of your benefits.

## HOW THE BENEFIT PROGRAM IS ADMINISTERED

The Plan administrator of the Plan is the Retirement Plan Committee whose members are appointed by the president of the National Railroad Passenger Corporation. The committee is composed of at least three members. It is responsible for interpreting the Plan, establishing and maintaining records, and processing applications for benefits.

National Railroad Passenger Corporation contributes to the Plan. The Retirement Income Plan for Employees of National Railroad Passenger Corporation is a defined benefit plan.

## WHERE TO SEND CORRESPONDENCE

Correspondence regarding the Plan should be addressed to:

National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
**Attn:** Retirement Plan Committee



# GENERAL INFORMATION

AMT000128

## GENERAL INFORMATION

CONTINUED

## PLAN DOCUMENT

This summary plan description is qualified by reference to the Plan document. If the summary plan description conflicts with the Plan document, the Plan document will prevail.

The Plan document for the Retirement Plan, as well as the annual reports of Plan operations and Plan descriptions filed with U.S. Department of Labor, are available for your review in the Retirement Programs office of Amtrak in Washington, D.C., or you may ask to review them at your local Personnel office during working hours. Copies of these documents may be obtained at a reasonable charge upon written request to the address shown on page 9. Each year you will automatically receive a summary annual report of the Plan.

## EMPLOYER IDENTIFICATION NUMBER

The employer identification number for the National Railroad Passenger Corporation is 52-0910053.

## PLAN IDENTIFICATION NUMBER AND FORMAL NAME OF THE PLAN

The Plan identification number for the Retirement Income Plan for employees of the National Railroad Passenger Corporation is 001.

## PLAN TRUSTEE

The trustee for the Retirement Income Plan is
Chemical Bank
4 New York Plaza, 5th Floor
New York, NY 10004-2477

## AGENT FOR SERVICE OF LEGAL PROCESS

National Railroad Passenger Corporation
Vice President Human Resources
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002

Legal process may also be served on the Plan trustee where appropriate.

## PLAN RECORDS

The plan year of the Retirement Income Plan begins on January 1 and ends on December 31.

## PLAN TERMINATION PROVISIONS

Amtrak hopes and expects to continue the Retirement Income Plan indefinitely. However, since it is difficult to predict the future, Amtrak reserves the right to modify, to amend, or to terminate the Plan at any time if such action may become necessary. Thus, you do not have an unqualified right to receive the benefits elsewhere described in this summary. A change, however, will not deprive you of your rights to any benefit for which you may already be eligible up to the time of such change.

AMT000129

In the event the Plan should be discontinued, under its terms, you will be 100% vested in the benefit you have accrued to that point in time. In addition, a provision has been made for distribution of the Plan's available assets to provide such accrued benefits to retirees, their beneficiaries and to all eligible participants. If any assets remain after these obligations have been satisfied, such assets will be returned to Amtrak.

In addition, the Pension Benefit Guaranty Corporation (PBGC) further protects you against possible loss of benefits.

## PENSION BENEFIT GUARANTY CORPORATION

Benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC) if the plan terminates. Generally, the PBGC guarantees most vested normal age retirement benefits, early retirement benefits, and certain disability and survivor's pensions. However, PBGC does not guarantee all types of benefits under covered plans, and the amount of benefit protection is subject to certain limitations.

The PBGC guarantees vested benefits at the level in effect on the date of plan termination. However, if a plan has been in effect less than five years before it terminates, or if benefits have been increased within the five years before plan termination, the whole amount of the plan's vested benefits or the benefit increase may not be guaranteed. In addition, there is a ceiling on the amount of monthly benefit that PBGC guarantees, which is adjusted periodically.

For more information on the PBGC insurance protection and its limitations, ask your Plan Administrator or the PBGC. Inquiries to the PBGC should be addressed to the Office of Communications, PBGC, 1200 K Street, N.W., Suite 670, Washington, D.C. 20005-4026. The PBGC Office of Communications may also be reached by calling (202) 326-4136.

## STATEMENT OF YOUR ERISA RIGHTS

As a Plan participant you are entitled to certain rights and protections. ERISA provides that you are entitled to:

1. Examine, without charge, at your personnel office, all Plan documents filed by the Plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

2. Obtain copies of all Plan documents and other Plan information by written request to the Plan Administrator. The Administrator may make a reasonable charge for the copies.

3. Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this Summary Annual Report.

4. Obtain a statement telling you whether you have a right to receive a benefit, and if so, what your benefit is. If you do not have a vested right to a benefit, the statement will tell you the date on which you will obtain a vested right to a benefit if you continue to work for the Company without a break-in-service. This statement must be requested in writing and is not required to be given more than once a year. This statement will be furnished to you free of charge.



11

AMT000130

## GENERAL
## INFORMATION
### CONTINUED





In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of an employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, or any other person, may fire you or otherwise discriminate against you in any way solely to prevent you from obtaining a pension or exercising your rights under ERISA. If you are released from service, it must be for other reasons. If your claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Retirement Plan Committee review and reconsider your claim.

Under ERISA, there are steps you can take to enforce these rights. For instance, if you make a written request for materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for a benefit which is denied or ignored in whole or in part, you may file suit in a state or federal court after your administrative remedies have been exhausted. If it should happen that the Plan fiduciaries misused the Plan's assets, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, however, the court may order you to pay these court costs and fees; for example, if it finds your claim is frivolous.

If you have any questions about this statement or about your rights under ERISA, you should contact Benefits or the nearest area office of the Labor-Management Services Administration, U.S. Department of Labor.

**AMT000131**

## Amtrak·

Designed by Amtrak Corporate Communications.
Printed by Amtrak Reprographic Services.
March 2000

**AMT000132**