AMT000156

# Human Resources
## Assistant Vice President
### January 29, 2001



**Assistant Vice President, Human Resources**
*Gerri Mason Hall*
202-906-2626

- **Interim Director, Employee Services**
  *Robin Brown*
  213-683-6894

- **Sr. Director, Workforce Development**
  *Paula Porter*
  202-906-3871

- **Sr. Director, Workforce Management**
  *Michael Ramirez*
  202-906-3392

- **Director, Career Counseling Program**
  *Barbara Hancock*
  202-906-3827

AMT000157



Compensation & Benefits



AMT000158

AMT0001 59

FEB 1 6 2001

# HUMAN RESOURCES DEPARTMENT
# WORKFORCE MANAGEMENT



AMT0001160

FEB 1 6 2001



# HUMAN RESOURCES DEPARTMENT
## WORKFORCE MANAGEMENT
### HEADQUARTERS

**WORKFORCE MANAGEMENT**
Director
Michael E. Ramirez

Information Receptionist (Temp)
Debbie Shaw

HR Consultant
E. Sue French

HR Consultant
Wanda Parker-Smith

HR Consultant
Tom Wiley

HR Specialist
Terry Brandenburg

# Human Resources
Vice President
January 29, 2001

```
                          Vice President, Human Resources
                              Lorraine A. Green
                                202-906-2216
                                     |
        ┌────────────────────────────┼────────────────────────────┐
        |                            |                            |
Asst. Vice President,          Program Manager          (other reports)
  Human Resources                Carolyn Stagger
   Gerri Mason Hatt               202-906-3899
    202-906-2626
        |
        ├──── Interim Business Partner-NEC
        |       Rose Bacchus
        |       215-349-1663
        |
        ├──── Business Partner-Amtrak West
        |       Ted Shepherd
        |       510-873-8848
        |
        ├──── Business Partner-Intercity
        |       Warren Callahan
        |       312-655-3740
        |
        ├──── Director, Health Services
        |       Malva Reid
        |       202-906-3258
        |         ┆
        |         ┆ (dashed line)
        |       Corporate Medical Director
        |        Dr. Cheryl Opalack
        |         202-906-2811
        |
        ├──── Director, Inform. Systems
        |       Rosalind Inge
        |       202-906-2204
        |
        └──── Director, Comp. & Benefits
                Warren Reisig
                202-906-2632
```

AMT000155