To:                    Green, Lorraine; Porter, Paula
From:                  Reisig, Warren
Cc:
Bcc:
Received Date:         2001-07-24 13:10:15
Subject:               FW: Amtrak Board of Directors

---

This is the latest version of the board resolution.
-----Original Message-----
From: Simonson, Stewart
Sent: Tuesday, July 24, 2001 11:34 AM
To: Reisig, Warren
Subject: Amtrak Board of Directors

---

Attachments:

serverance.doc

E-AMT 0014213