| | |
|---|---|
| To: | Green, Lorraine; Porter, Paula; Herrmann, William; Simonson, Stewart; Friner, Arlene |
| From: | Reisig, Warren |
| Cc: | |
| Bcc: | |
| Received Date: | 2001-07-24 13:16:46 |
| Subject: | Separation Cost Estimates |

The following worksheet provides my estimate on the cost of the voluntary separation plan and the involuntary separation plan. I have estimated that 100 employees will accept the voluntary separation plan and 200 employees will be involuntarily separated. The spreadsheet also incorporates the cost of earned and unused vacation and 2 weeks of notice pay. The cost of the early retirement window is based on estimates from our pension actuary and is not shown on the attached spreadsheet.

Attachments:

SepCostEstimate.xls

E-AMT 0031727