| | |
|---|---|
| To: | Reisig, Warren |
| From: | Porter, Paula |
| Cc: | Green, Lorraine |
| Bcc: | |
| Received Date: | 2001-08-17 07:24:22 |
| Subject: | RE: VERP Booklet |

Warren, this looks FANTASTIC!!! GREAT JOB!!!!

Paula Porter


-----Original Message-----
From:   Reisig, Warren
Sent:   Thursday, August 16, 2001 5:04 PM
To:     Green, Lorraine; Porter, Paula; Ramirez, Michael; Callahan, Warren; Shepherd, Ted; Siegrist, Roger; Duffy, Tim; Davidson, Sheila; Miller, John; Herrmann, William
Subject:        VERP Booklet

Attached is a copy of the booklet describing the VERP that will be mailed to eligible employees in early September.

<< File: booklet.pdf >>

E-AMT 0028020