|  |  |
|---|---|
| To: | Green, Lorraine; Walker, Ed |
| From: | Porter, Paula |
| Cc: | Salmon, Dick; Reisig, Warren; Tana, Roe |
| Bcc: |  |
| Received Date: | 2001-10-18 09:24:14 |
| Subject: | VERP REPORT-.xls |

Attached is the complete list of VERP participants as of 10-17-01.  Please let me know if you have questions.

Attachments:

VERP REPORT-.xls