|   |   |
|---|---|
| To: | porterp@amtrak.com |
| From: | Lorraine A. Green |
| Cc: | reisigw@amtrak.com; Lorraine Green |
| Bcc: | |
| Received Date: | 2001-11-03 16:12:18 |
| Subject: | Format for Presentation |

Paula, Warren, for my presentation Monday to the executive committee....here are some suggestions:

Use separate pages for the VOLUNTARY SEVERANCE PROGRAM; VOLUNTARY EARLY RETIREMENT PROGRAM; and RESTRUCTURING

For the VSP and the VERP pages the following headers:

PURPOSE ( Example:  To voluntarily reduce the size of the management workforce prior to restructuring)

PROGRAM DESIGN (Details of the program...bullets, concise statements)

ELIGIBILITY (include # of eligible employees by department, SBU)

IMPLEMENTATION PLAN ( detail the major pieces of our internal plan; example -  for VERP, the # and places of seminars and #of participants in attendance)

RESULTS ( number of volunteers and $$$)


In addition, I would like a talking paper that includes the following information:
    for VSP when did (or do) they receive their $$$ and  how;
    for VERP when will they receive 15K and first check;
    any outstanding issues; problems; problems that were resolved  (I am trying to anticipate Stan's issues, comments or questions)

For the RESTRUCTURING page, let's use the Restructuring Timeline format and include another header that lists statistics.  So the headers would be:
    Action Required......Date......Responsibility........Activity (or Statistics or Number of Actions...whatever makes the most sense to use as a header)
Begin with the original timeline that began July 26th with Board Approval of the VSP, VERP, Involuntary Separation (get me a copy of the Board action)

If we are unsure about any of the information, let's not use it. I can't afford to have incorrect or unsubstantiated information challenged by George, Stan or Arlene.

Call me ( 202-269-4882) if you need clarification on anything.  Thanks.

                Lorraine