| | |
|---|---|
| To: | Friner, Arlene |
| From: | Reisig, Warren |
| Cc: | Green, Lorraine |
| Bcc: | |
| Received Date: | 2001-05-31 16:37:27 |
| Subject: | Retirement Plan |

Arlene:

Because of the budget issues, I asked our pension actuary to put together some information regarding an early retirement window, i.e., impact on plan assets and expense impact.  Do you have some time (30 minutes) to review with me?  If possible, we could spend a few minutes after our meeting with Vanguard on June 4th.

E-AMT 0031306

|   |   |
|---|---|
| To: | Simonson, Stewart |
| From: | Reisig, Warren |
| Cc: | Green, Lorraine; Friner, Arlene; Herrmann, William |
| Bcc: | |
| Received Date: | 2001-07-25 09:44:24 |
| Subject: | Cost Estimates / Headcount |

Stu

Attached are exhibits with cost estimates and management employee headcount. You may want to talk to Lorraine or myself regarding estimates of how many employees are likely to elect the voluntary separation plan or the early retirement window. For example it is highly unlikely that 300 employee will elect the early retirement window based on the richness of the plan.

Attachments:

EarlyRetirementCostEstimate1.xls
ManagmentHeadcount.xls

E-AMT 0031733