(Jeff Cannell)

①

VERP Meeting 8/12/05
(per Gottesdiener dated 8/5/05)

Consider the Claim — Decision to grant or deny the benefit —

* Plaintiff can file claim against the Plan Fiduciaries,
~~&~~ Plan — (we as) Trustees will be identified and named in a possible lawsuit.

the Plaintiff needs to
→ 1. Clarify what the claim is

Timeframe — 90 days from 8/5 — possibly extend additional 90 days if necessary

Hire a Fiduciary Counsel — who would make a recommendation to the Plan Fiduciaries

Was this an Appropriate Amendment and Board Action — ~~faxed~~/phone acknowledgement to revise the Plan document

Here is what we think } — were they entitled to the benefit if the Plan was properly amended or not
the Claim is }

— Outside counsel will provide a timeline and what he thinks is the appropriate recommendation

HALL2000003