8/12/05

<u>Pension Committee Meeting</u>

1. B/g Hoffmann background/intro:
    Voluntary Early Retirement Plan (VERP)
    Lawsuit. Need to review claim
    carefully.
        Options - Allow benefit
                  Deny benefit

2. Timeframe for decision
    - 90 days from 8/5/05

3. Recommended Action
    - Engage outside firm with no link
        to Amtrak. That is
    - Specialist (ERISA, Fiduciary Resp.)
    - hjl will engage firm based on interviews
        and expertise.
    - Firm will review and recommend to
        Committee approp. action.

HALL2000281