## Hardison, Matthew

**From:** Herrmann, William
**Sent:** Wednesday, September 21, 2005 4:26 PM
**To:** Carnicelli, Jeffrey; Porter, Paula; Hardison, Matthew
**Subject:** Hall et al claim

Jeff, Paula and Matt:

As per your direction at our last meeting, I have retained counsel to provide you advice and guidance on the pending claim involving the VERP benefits. This link will give you Barbara Schlaff's bio. As you will see, she is very well qualified and I think you will enjoy working with her. http://www.venable.com/attorneys.cfm?action=view&attorney_id=10

Barbara has a copy of the claim and will be reviewing relevant material. I will update you when there is further information. In the mean time, please do not hesitate to contact me if you have any questions.

Byl

03/23/2006

HALL2001465

COMMITTEE 01277