4/24/2006

## LIST OF DOCUMENTS WITHHELD AND/OR REDACTED

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00017-00020 (redacted) | 1/30/06 1:00 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Hall Claim for Benefits – | Scope |
| 00017-00020 (redacted) | 1/30/06 10:47 a.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Hall Claim for Benefits – Committee Response | Scope |
| 00021 (redacted) | 1/30/06 11:00 a.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Hall Claim for Benefits – Committee Response | Scope |
| 00021 (redacted) | 1/30/06 10:47 a.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Hall Claim for Benefits – Committee Response | Scope |
| 00048 (redacted) | 1/20/06 3:56 p.m. | Bolger, Robert | Schlaff, Barbara | E-mail | Determination Letter – Draft | Scope |
| 00062- 00063 | 9/19/05 10:02 a.m. | Schlaff, Barbara | Atlas, Harry | E-mail | Amtrak representation | Scope |
| 00062- 00063 | 9/19/05 9:38 a.m. | Herrmann, William | Schlaff, Barbara | E-mail | Amtrak representation | Scope |
| 00062- 00063 | 9/19/05 9:33 a.m. | Schlaff, Barbara | Herrmann, William | E-mail | Amtrak representation | Scope |
| 00062- 00063 | 9/15/05 2:35 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Amtrak representation | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1\#225376 v1

1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00064-00065 00067-00072 (redacted) | 9/19/05 9:38 a.m. | Herrmann, William | Schlaff, Barbara | E-mail | Amtrak representation; with attached letter dated 8/5/05 to John Wellschlager from Eli Gottesdiener re: Plaintiffs' Claim for Benefits | Scope/ Handwritten notes on the attached letter/WP |
| 00064-00065 00067-00072 (redacted) | 9/19/05 9:33 a.m. | Schlaff, Barbara | Herrmann, William | E-mail | Amtrak representation; with attached letter dated 8/5/05 to John Wellschlager from Eli Gottesdiener re: Plaintiffs' Claim for Benefits | Scope/ Handwritten notes on the attached letter/WP |
| 00064-00065 00067-00072 (redacted) | 9/15/05 2:35 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Amtrak representation; with attached letter dated 8/5/05 to John Wellschlager from Eli Gottesdiener re: Plaintiffs' Claim for Benefits | Scope/ Handwritten notes on the attached letter/WP |
| 00064-00065 00067-00072 (redacted) | 8/5/05 | Eli Gottesdiener | John Wellschlager | Letter | Plaintiffs' Claim for Benefits | Attorney Hand- written Notes/WP |
| 00073-00077 (redacted) | 11/10/05 4:46 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee; with attached VERP meeting Minutes 10/25/05 | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00073-00077 (redacted) | 11/10/05 2:15 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee; with attached VERP meeting Minutes 10/25/05 | Scope |
| 00079- 00080 (redacted) | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information needed | Scope |
| 00086 | Undated | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Progress | Scope |
| 00087 | Undated | Unknown | Unknown | Minutes of Special Meeting | Minutes of a Special Meeting of the Members of the Amtrak Retirement Plan Committee (first page only) | Attorney Hand-written Notes |
| 00095 | 11/1/05 3:08 p.m. | Herrmann, William | Schlaff, Barbara cc: Bolger, Robert Dunbar, James | E-mail | Hall Claim for Benefits – 90 Day Extension Ltr_v2.DOC | Scope |
| 00095 | 11/1/05 2:21 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Dunbar, James | E-mail | Hall Claim for Benefits – 90 Day Extension Ltr_v2.DOC | Scope |
| 00101- 00102 (redacted) | 1/20/06 4:56 p.m. | McIlwain, Desmond | Schlaff, Barbara cc: Bolger, Robert | E-mail | Progress | Scope |

I. Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#22376 v1

3

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00101- 00102 (redacted) | 1/20/06 10:22 a.m. | Herrman, William | Schlaff, Barbara cc: Bolger, Robert McIwain, Desmond | E-mail | Progress | Scope |
| 00101- 00102 (redacted) | 1/20/06 10:08 a.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Progress | Scope |
| 00101- 00102 (redacted) | 1/19/06 5:23 p.m. | Herrman, William | Schlaff, Barbara | E-mail | Progress | Scope |
| 00101- 00102 (redacted) | 12/18/05 12:18 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Progress | Scope |
| 00143 | Undated | Herrmann, William | Bolger, Robert Dunbar, James Atlas, Harry | E-mail | Retirement Committee Matters | Scope |
| 00144- 00149 | 2/10/06 12:18 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Hall et al claim; with attached letter dated 2/9/06 to Lorraine Green from E. Gottesdiener re: appeal from 1/23/06 denial of claim made on 8/5/05 by Hall, Wade, McCoy-Kemp, Hattie, and Staton, Victoria for benefits | Scope/ Attorney Notes on attached Letter; versions without the notes have been produced |

I. Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#22376 v1

4

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00144- 00149 | 2/9/06. | Gottesdiener, Eli | Green, Lorraine | Letter | Appeal from 1/23/06 denial of claim made on 8/5/05 by Hall, Wade, McCoy-Kemp, Hattie, and Staton, Victoria for benefits | Attorney Notes on Letter |
| 00150 | 9/15/05 2:35 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Amtrak representation | Scope |
| 00151-00152 | 9/19/05 9:38 a.m. | Herrmann, William | Schlaff, Barbara | E-mail | Amtrak Representation | Scope |
| 00151-00152 | 9/19/05 9:33 a.m. | Schlaff, Barbara | Herrmann, William | E-mail | Amtrak Representation | Scope |
| 00160 | 9/29/05 9:44 a.m. | Schlaff, Barbara | Herrmann, William cc: Atlas, Harry | E-mail | Pension Claim | Scope |
| 00161 | 9/30/05 9:09 a.m. | Schlaff, Barbara | Herrmann, William cc: Atlas, Harry | E-mail | Pension Claim | Scope |
| 00161 | 9/29/05 9:44 a.m. | Herrmann, William | Schlaff, Barbara cc: Atlas, Harry | E-mail | Pension Claim | Scope |
| 00162 (redacted) | 10/10/05 1:43 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Meeting | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00163 (redacted) | 10/10/05 1:43 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Meeting | Scope |
| 00164-00165 (redacted) | 10/12/05 2:56 p.m. | Herrmann, William | Atlas, Harry cc: Schlaff, Barbara Bolger, Robert | E-mail | Information needed | Scope |
| 00164-00165 (redacted) | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information needed | Scope |
| 00166-00167 (redacted) | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information needed | Scope |
| 00168-00169 (redacted) | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information needed | Scope |
| 00170 (redacted) | 10/19/05 8:46 p.m. | Atlas, Harry | Schlaff, Barbara Bolger, Robert | E-mail | Notice to Plan Participants. PDF; Draft IRS ltr. PDF-Documents re Hall Participants Claims | Scope |
| 00177 (redacted) | 10/19/05 8:46 p.m. | Atlas, Harry | Schlaff, Barbara Bolger, Robert | E-mail | Feb. 02 IRS Submission – part-2-o. PDF Document re: Hall | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(b)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#22376 v1

6

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00227 (redacted) | 10/19/05 8:46 p.m. | Atlas, Harry | Schlaff, Barbara Bolger, Robert | E-mail | Feb. 02 IRS Submission – part-1 of 2. PDF; Sept 2003 IRS ltr. PDF Documents re Hall Participants Claim | Scope/WP |
| 00296 (redacted) | 10/19/05 8:47 p.m. | Atlas, Harry | Schlaff, Barbara Bolger, Robert | E-mail | Management Retirement Income Plan Document Amendments (2). PDF; Management Retirement Income Plan Document (2). PDF Documents regarding Hall Participants Claims | Scope/WP |
| 00415 (redacted) | 10/19/05 8:47 p.m. | Atlas, Harry | Schlaff, Barbara Bolger, Robert | E-mail | Amtrak BOD Agenda Item Executive Summary. PDF Documents re Hall Participants Claim | Scope/WP |
| 00420-00421 | 10/20/05 7:59 p.m. | Atlas, Harry | Dunbar, James cc: Schlaff, Barbara Bolger, Robert | E-mail | Amtrak representation | Scope/WP |
| 00420-00421 | 9/19/05 10:02 a.m. | Schlaff, Barbara | Atlas, Harry | E-mail | Amtrak representation | Scope/WP |
| 00420-00421 | 9/19/05 9:38 a.m. | Herrmann, William | Schlaff, Barbara | E-mail | Amtrak representation | Scope/WP |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00420-00421 | 9/19/05 9:33 a.m. | Schlaff, Barbara | Herrmann, William | E-mail | Amtrak representation | Scope |
| 00420-00421 | 9/15/05 2:35 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Amtrak representation | Scope |
| 00422-00423 (redacted) | 11/10/05 2:13 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope/WP |
| 00510-00511 (redacted) | 11/10/05 2:17 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope/WP |
| 00510-00511 (redacted) | 11/10/05 2:13 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 00514-00515 (redacted) | 11/10/05 4:46 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 00514-00515 (redacted) | 11/10/05 2/15 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 00620-00621 | 1/20/06 10:08 a.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Progress | Scope |
| 00620-00621 | 1/19/06 5:23 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Progress | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|---|
| 00620-00621 | 12/18/05 12:18 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Progress | | Scope |
| 00622-00623 | 1/20/06 10:22 a.m. | Herrmann, William | Schlaff, Barbara cc: Bolger, Robert McIlwain, Desmond | E-mail | Progress | | Scope |
| 00622-00623 | 1/20/06 10:08 a.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Progress | | Scope |
| 00622-00623 | 12/18/05 12:18 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Progress | | Scope |
| 00622-00623 | 1/19/06 5:23 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Progress | | Scope |
| 00624-00625 (redacted) | 1/20/06 3:56 p.m. | Bolger, Robert | Schlaff, Barbara | E-mail | Determination Letter-Draft | Scope |
| 00647-00649 | 1/20/06 4:56 p.m. | McIlwain, Desmond | Schlaff, Barbara cc: Bolger, Robert | E-mail | Progress | | Scope |
| 00647-00649 | 1/20/06 10:22 a.m. | Herrmann, William | Schlaff, Barbara cc: Bolger, Robert McIlwain, Desmond | E-mail | Progress | | Scope |
| 00647-00649 | 1/20/06 10:08 a.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Progress | | Scope |

I. Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#22376 v1

9

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00647-00649 | 1/19/06 5:23 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Progress | Scope |
| 00647-00649 | 12/18/05 12:18 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Progress | Scope |
| 00701-00702 (redacted) | 1/30/06 11:00 a.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Hall Claim for Benefits – Committee Response | Scope |
| 00701-00702 (redacted) | 1/20/06 10:47 a.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Hall Claim for Benefits – Committee Response | Scope |
| 00703-00704 (redacted) | 1/30/06 1:00 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Hall Claim for Benefits – Committee Response | Scope |
| 00703-00704 (redacted) | 1/30/06 10:47 a.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Hall Claim for Benefits – Committee Response | Scope |
| 00729 | 2/10/06 12:18 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Hall et al claim | Scope |
| 00739 | 2/22/06 2:46 p.m. | n/a | Schlaff, Barbara | E-mail | Signed letter to Eli Gottesdiener, Esq. | Scope |
| 00748-00758 | 9/27/05 | Schlaff, Barbara | n/a | Notes | Handwritten notes dated 9/27/05, 8/5/05, 12/14/05 – Committee meeting, 9/20/05 | Scope/WP |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

10

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00761-00765 | 9/27/05 | Atlas, Harry | n/a | Notes | Handwritten notes of meeting with Mark M., Barbara Schlaff and Harry Atlas re: Amtrak notes | Scope/WP |
| 00766-00767 | 10/10/05 | Atlas, Harry | n/a | Notes | Handwritten notes of meeting with William Herrmann, Robert Bolger, Barbara Schlaff and Harry Atlas | Scope/WP |
| 00774 | 2/10/06 1:17 p.m. | Schlaff, Barbara | Bolger, Robert Atlas, Henry Dunbar, James | E-mail | Hall et al claim | Scope/WP |
| 00774 | 2/10/06 12:18 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Hall et al claim | Scope |
| 00775-00779 | 2/9/06 | Gottesdiener, Eli | Green, Lorraine cc: Hall, Wade McCoy-Kemp, Hattie Staton, Victoria | Letter | Appeal from 1/23/06 denial of claim made on 8/5/05 by Hall, Wade, McCoy-Kemp, Hattie, and Staton, Victoria for benefits | Attorney Hand-written Notes on Letter; Versions of the Letter without the Notes have been produced |
| 00822-00823 | 1/12/06 7:09 p.m. | Bolger, Robert | Atlas, Harry | E-mail | Amtrak VERP Documents | Scope/WP |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

11

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00822-00823 | 12/30/05 11:46 a.m. | Bolger, Robert | Carnicelli, Jeff Porter, Paula Hardison, Matthew cc: Herrmann, William Schlaff, Barbara | E-mail | Amtrak VERP Documents | Attorney Hand-written Notes; Multiple versions without the Notes have been produced |
| 00846-00847 (redacted) | 11/11/05 10:13 a.m. | Atlas, Harry | Jones, Tamarra | E-mail | Retirement Committee | Scope/WP |
| 00846-00847 (redacted) | 11/10/05 2:13 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 00849 | 10/21/05 3:52 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara | E-mail | SPD | Scope |
| 00850 (redacted) | 3/6/06 6:21 p.m. | Atlas, Harry | Jones, Tamarra | E-mail | Amtrak BOD Agenda Item Executive Summary.  PDF Documents re: Hall Participants Claim | Scope/WP |
| 00855 (redacted) | 3/6/06 6:21 p.m. | Atlas, Harry | Jones, Tamarra | E-mail | Management Retirement Income Plan Document Amendments (2).  PDF; Management Retirement Income Plan Document (2). PDF Documents regarding Hall Participants Claims | Scope/WP |

I.  Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II.  The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 00974 (redacted) | 3/6/06 6:20 p.m. | Atlas, Harry | Jones, Tamarra | E-mail | Notice to Plan Participants. PDF; Draft IRS ltr. PDF Documents re Hall Participants Claims | Scope/WP |
| 00981 (redacted) | 3/6/06 6:21 p.m. | Atlas, Harry | Jones, Tamarra | E-mail | Feb. 02 IRS Submission – part-1. PDF; Sept 2003 IRS ltr. PDF Documents re Hall Participants Claims | Scope/WP |
| 01050 (redacted) | 3/6/06 6:21 p.m. | Atlas, Harry | Jones, Tamarra | E-mail | Feb. 02 IRS Submission – part-2-o. PDF Document re Hall | Scope/WP |
| 01100 | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information needed | Scope |
| 01101-01119 | 10/10/05 11:06 a.m. | Schlaff, Barbara | Bolger, Robert Atlas, Harry | E-mail | Fiduciary Training Document, with attached Memo dated 4/19/05 from John Kratz, Jr. to William Herrmann re: Fiduciary Responsibility under ERISA: Retirement Income Plan for Employees of National Railroad Passenger Corporation | Scope |

I. Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#22376 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01101-01119 | 10/10/05 10:33 a.m. | Herrmann, William | Schlaff, Barbara | E-mail | Fiduciary Training Document, with attached Memo dated 4/19/05 from John Kratz, Jr. to William Herrmann re: Fiduciary Responsibility under ERISA: Retirement Income Plan for Employees of National Railroad Passenger Corporation | Scope |
| 01101-01119 | 4/19/05 | Kratz, Jr., John E. | Herrmann, William | Letter | Fiduciary Responsibility under ERISA: Retirement Income Plan for Employees of National Railroad Passenger Corporation | Scope |
| 01120-01121 | 9/30/05 9:53 a.m. | Atlas, Harry | Jones, Tamarra | E-mail | Pension Claim | Scope |
| 01120-01121 | 9/30/05 9:09 a.m. | Herrmann, William | Schlaff, Barbara cc: Atlas, Harry | E-mail | Pension Claim | Scope |
| 01120-01121 | 9/29/05 9:44 a.m. | Schlaff, Barbara | Herrmann, William cc: Atlas, Harry | E-mail | Pension Claim | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#22576 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01128 | 9/28/05 | Muedeking, Mark | Schlaff, Barbara | Letter | Enclosing copies of pleadings and deposition transcripts from Wade F. Hall vs. National Railroad Passenger Corp. and letter dated 8/5/05 from E. Gottesdiener to Retirement Plan Committee, et al. | Scope |
| 01129-01134 | 12/13/05 | Atlas, Harry | n/a | Notes | Handwritten notes | WP |
| 01247-01249 | 8/4/05 | Serfaty, Alicia | Olmstead, Sean cc: Porter, Paula Reisig, Warren Roe, Tana | Letter | Legal matters | Scope |
| 01418-01419 (redacted) | 3/7/06 11:05 a.m. | Bolger, Robert | Hamilton, Sherry | E-mail | Information Needed | Scope/WP |
| 01418-01419 (redacted) | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information Needed | Scope |
| 01420 | 10/7/05 5:36 p.m. | Herrmann, William | Schlaff, Barbara cc: Atlas, Harry Bolger, Robert | E-mail | Conference Call | Scope |
| 01420 | 10/7/05 5:10 p.m. | Schlaff, Barbara | Herrmann, William cc: Atlas, Harry Bolger, Robert | E-mail | Conference Call | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376.v1

15

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01421-01439 | 10/10/05 11:06 a.m. | Schlaff, Barbara | Bolger, Robert Atlas, Harry | E-mail | Fiduciary Training Document, with attached Memo dated 4/19/05 from John Kratz, Jr. to William Herrmann re: Fiduciary Responsibility under ERISA: Retirement Income Plan for Employees of National Railroad Passenger Corporation | Scope |
| 01421-01439 | 10/10/05 10:33 a.m. | Herrmann, William | Schlaff, Barbara | E-mail | Fiduciary Training Document, with attached Memo dated 4/19/05 from John Kratz, Jr. to William Herrmann re: Fiduciary Responsibility under ERISA: Retirement Income Plan for Employees of National Railroad Passenger Corporation | Scope |
| 01421-01439 | 4/19/05 | Kratz, Jr., John E. | Herrmann, William | Letter | Fiduciary Responsibility under ERISA: Retirement Income Plan for Employees of National Railroad Passenger Corporation | Scope |

I. Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01440 | 10/10/05 1:35 p.m. | Schlaff, Barbara | Herrmann, William cc: Atlas, Harry Bolger, Robert | E-mail | Meeting with Trustees | Scope |
| 01440 | 10/10/05 11:04 a.m. | Herrmann, William | Schlaff, Barbara | E-mail | Meeting with Trustees | Scope |
| 01441 | 10/10/05 1:43 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Meeting | Scope |
| 01442 (redacted) | 10/10/05 1:43 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Meeting | Scope |
| 01443-01444 (redacted) | 10/10/05 1:43 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Meeting | Scope |
| 01445-01446 (redacted) | 10/12/05 10:31 a.m. | Schlaff, Barbara | Bolger, Robert | E-mail | Meeting | Scope/WP |
| 01445-01446 (redacted) | 10/10/05 1:43 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Meeting | Scope |
| 01447 | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information Needed | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO\DOCS1\#225376 v1

17

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01448-01449 | 10/12/05 2:56 p.m. | Herrmann, William | Atlas, Harry cc: Schlaff, Barbara Bolger, Robert | E-mail | Information Needed | Scope |
| 01448-01449 | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information Needed | Scope |
| 01450-01451 | 10/18/06 10:09 a.m. | Herrmann, William | Atlas, Harry cc: Schlaff, Barbara Bolger, Robert Bell, Debbie | E-mail | Information Needed | Scope |
| 01450-01451 | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information Needed | Scope |
| 01452-01453 (redacted) | 10/12/05 2:54 p.m. | Atlas, Harry | Herrmann, William cc: Schlaff, Barbara Bolger, Robert | E-mail | Information Needed | Scope |
| 01455 | 11/1/05 2:21 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Dunbar, James | E-mail | Hall Claim for Benefits – 90 Day Extension Ltr_v2.DOC | Scope |
| 01459 | 11/1/05 3:08 p.m. | Herrmann, William | Schlaff, Barbara cc: Bolger, Robert Dunbar, James | E-mail | Hall Claim for Benefits – 90 Day Extension Ltr_v2.DOC | Scope |

I. Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01459 | 11/1/05 2:21 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Dunbar, James | E-mail | Hall Claim for Benefits – 90 Day Extension Ltr_v2.DOC | Scope |
| 01463 | 11/3/05 12:03 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Letter to Mr. Gottesdiener | Scope |
| 01464 | 11/3/05 1:57 p.m. | Herrmann, William | Schlaff, Barbara cc: Bolger, Robert | E-mail | Letter to Mr. Gottesdiener | Scope |
| 01464 | 11/3/05 12:03 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Letter to Mr. Gottesdiener | Scope |
| 01465 | 11/4/05 11:09 a.m. | Herrmann, William | Schlaff, Barbara cc: Bolger, Robert | E-mail | Letter to Mr. Gottesdiener | Scope |
| 01465 | 11/3/05 12:03 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Letter to Mr. Gottesdiener | Scope |
| 01474-01475 (redacted) | 11/10/05 1:01 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01476-01477 (redacted) | 11/10/05 2:13 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01564-01566 (redacted) | 11/10/05 2:17 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01564-01566 (redacted) | 11/10/05 2:13 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01567-01569 (redacted) | 11/10/05 2:19 p.m. | Herrmann, William | Bolger, Robert | E-mail | Retirement Committee | Scope |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#22576 v1

19

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01567-01569 (redacted) | 11/10/05 2:17 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01567-01569 (redacted) | 11/10/05 2:13 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01570-01572 (redacted) | 11/10/05 2:21 p.m. | Bolger, Robert | Herrmann, William | E-mail | Retirement Committee | Scope |
| 01570-01572 (redacted) | 11/10/05 2:19 p.m. | Herrmann, William | Bolger, Robert | E-mail | Retirement Committee | Scope |
| 01570-01572 (redacted) | 11/10/05 2:17 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01570-01572 (redacted) | 11/10/05 2:13 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01575-01576 (redacted) | 11/10/05 4:46 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01575-01576 (redacted) | 11/10/05 2:15 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01580-01582 (redacted) | 11/10/05 4:48 p.m. | Bolger, Robert | Herrmann, William | E-mail | Retirement Committee | Scope |
| 01580-01582 (redacted) | 11/10/05 4:46 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01580-01582 (redacted) | 11/10/05 2:15 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |

I.  Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II.  The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

20

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01583-01585 (redacted) | 11/10/05 4:52 p.m. | Bolger, Robert | Herrmann, William | E-mail | Retirement Committee | Scope |
| 01583-01585 (redacted) | 11/10/05 4:46 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01583-01585 (redacted) | 11/10/05 2:15 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01599-01601 (redacted) | 12/12/05 12:18 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01599-01601 (redacted) | 11/10/05 4:46 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01599-01601 (redacted) | 11/10/05 2:15 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01602-01605 (redacted) | 12/12/05 12:18 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01602-01605 (redacted) | 11/10/05 4:46 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01602-01605 (redacted) | 11/10/05 2:15 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01606-01609 (redacted) | 12/12/05 3:28 p.m. | Bolger, Robert | Herrmann, William | E-mail | Retirement Committee | Scope |
| 01606-01609 (redacted) | 12/12/05 12:18 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |

I. Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1#225376 v1

21

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01606-01609 (redacted) | 11/10/05 4:46 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01606-01609 (redacted) | 11/10/05 2:15 p.m. | Herrmann, William | Bolger, Robert cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01610 | 12/13/05 5:49 p.m. | Bolger, Robert | Herrmann, William cc: Schlaff, Barbara | E-mail | Retirement Committee | Scope |
| 01611 | 12/18/05 12:18 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert Atlas, Harry | E-mail | Progress | Scope |
| 01763-01764 | 1/20/06 10:22 a.m. | Herrmann, William | Schlaff, Barbara cc: Bolger, Robert McIlwain, Desmond | E-mail | Progress | Scope |
| 01763-01764 | 1/20/06 10:08 a.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Progress | Scope |
| 01763-01764 | 1/19/06 5:23 p.m. | Herrmann, William | Schlaff, Barbara | E-mail | Progress | Scope |
| 01763-01764 | 12/18/05 12:18 p.m. | Schlaff, Barbara | Herrmann, William cc: Bolger, Robert | E-mail | Progress | Scope |
| 01788 | 1/23/06 10:47 a.m. | Herrmann, William | Bolger, Robert | E-mail | Hall claim | Scope |
| 01789 | 1/23/06 10:52 a.m. | Bolger, Robert | Herrmann, William | E-mail | Hall claim | Scope |

I. Definitions.  (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv).  (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents.  The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

22

| BATES SEQUENCE "COMMITTEE" | DATE TIME | AUTHOR | RECIPIENT(S) | TYPE | SUBJECT | REASON FOR DOCUMENT BEING WITHHELD |
|---|---|---|---|---|---|---|
| 01789 | 1/23/06 10:47 a.m. | Herrmann, William | Bolger, Robert | E-mail | Hall claim | Scope |
| 01790-01793 | 10/25/05 | Bolger, Robert | n/a | Notes | Handwritten notes re: meeting with M. Hardison, P. Porter, J. Carnicelli | WP |
| 01794-01796 | 10/6/05 | Bolger, Robert | n/a | Notes | Handwritten notes of meeting with Bill Herrmann | WP |
| 01797-01807 | 4/5/06 4:56 p.m. | Bolger, Robert | Dunbar, James | E-mail | Amtrak notes; with attached handwritten notes re: Questions | Scope |
| 02487-02492 | 12/8/05 | Schlaff, Barbara Bolger, Robert | Amtrak Retirement Plan Committee | Letter | Hall Claims | Attorney Hand-written Notes/WP; Versions without the Notes have been produced |
| 02499-02504 | 12/8/05 | Schlaff, Barbara Bolger, Robert | Amtrak Retirement Plan Committee | Letter | Hall Claims | Attorney Hand-written Notes/WP; Versions without the Notes have been produced |

I. Definitions. (a) Scope refers to documents not included within 29 C.F.R. 2560.502-1(h)(iii) and 29 C.F.R. 25060.501-1(M)(8)(i)-(iv). (b) WP refers to Attorney Work Product.

II. The withheld and redacted documents listed herein include multiple copies of the same documents. The total number of pages being withheld is approximately 220.

TO1DOCS1/#225376 v1

23