| | |
|---|---|
| To: | Herrmann, William <HERRMAW@amtrak.com> |
| From: | Schlaff, Barbara E. <BESchlaff@Venable.com> |
| Cc: | Atlas, Harry I. <HAtlas@Venable.com> |
| Bcc: | |
| Received Date: | 2005-09-29 20:43:48 |
| Subject: | Pension Claim |

Hi Byl.  Just wanted to touch base with you to let you know that Harry and I met with Mark and John on Tuesday to get some background on the claim.  Mark sent the pleadings, depositions and other relevant materials---we received them today.  After we have had a chance to peruse them we will give you a call, probably toward the end of next week.  We will have to get an extension on the claim response and we should also discuss how we should be communicating with the Committee members.  While we working on this end, perhaps you could double check that the Committee members were properly appointed pursuant to the procedures in the plan; we'll want to pin that down.  In the meantime, if you have any questions, don't hesitate to call.  FYI---I'm out of the office tomorrow, but Harry will be in (410-528-2848); we'll both be out on Tuesday.  Talk to you soon.  Barbara

Venable, LLP
2 Hopkins Plaza
Baltimore, MD 21201
Phone:  410-244-7494
Fax:  410-244-7742
beschlaff@venable.com

********************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.
********************************************************************************
********************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
********************************************************************************