VERP Meeting Minutes – 10/25/05

Attendees: Amtrak Plan Fiduciaries: Jeff Carnicelli, Matt Hardison, and Paula Porter
Amtrak Counsel: Byl Hermann
Outside Counsel (Venable LLP): Barbara Schliff and Bob Bolger

I. Claims denial – needs to come from the Plan.
- A formal claim was never made to the Plan but went directly to the Court
- The claim has now been filed against the Plan – Plaintiffs' claim is now more limited than what was presented to the Court
- Fiduciary responsibility is to be prudent and consider the process. Fiduciaries are acting on behalf of all plan participants

II. Paula Porter was designated chairperson for this claim

III. Jeff Carnicelli was designated to take meeting minutes

IV. Claims process was reviewed – timing to respond is within 90 days of claim filing. Another 90 day extension is possible. The claim was filed on Aug. 5 – 90 days later = Nov. 3. Outside Counsel recommended extending another 90 days so that a formal response would be made in January 2006.

V. Review extension letter (Byl Herrmann left the meeting at this time)

VI. The Retirement Plan Committee is now comprised of all new members – the decision regarding this claim will be made by people who were not involved in the process earlier – they can provide an independent viewpoint.

VII. The Committee needs to consider if the Board adopted VERP in July and in September adopted something smaller in value. The Plaintiffs' claim that: 1) this action was illegal and invalid under ERISA, 2) there never was an amendment to the Plan, and, 3) everyone should be entitled to receive the larger benefit.

VIII. The Court needs to decide what impact the Board's September decision had on the Plan

IX. Outside Counsel reviewed the draft letter to the Plaintiff's attorney (Gottesdiener). A written response needs to be sent out by Nov. 2 '05.

X. Outside Counsel polled each Fiduciary to determine if there is any conflict of interest. There was none. Matt and Paula had no involvement in developing VERP and making actuarial assumptions. Jeff was not working at Amtrak when the claim arose. None of the Fiduciaries have family members employed by Amtrak. All three individuals have no hesitation serving as Fiduciaries and making a fair decision about the claim.

HALL2000015

VERP Meeting Minutes – 10/25/05

XI.  Outside Counsel will determine what information can be provided to the Fiduciaries to read and consider.

XII. The Fiduciaries will interpret the claim based on the Plan and decided what was in effect.

XIII. Meeting adjourned.

HALL2000016