①

10/25/05

Victuality Early Retirement RGM
Counsel Review
- Tom Cardicell
- Paula Poston
- Alan Harrison

1. Background (Harmony week)
2. Voyages
   a) Background on company
      Counsel - Borders: Elisa Lawrence '74
      Bob - Corporate law expert
      Others - Harry Atlas, Jamie Amber.
   b) Litigation History
      - Plaintiffs are claiming eligibility for RCRP benefits.
      - Plan did not provide
      - 3 plaintiffs sued; may seek class certification.
      - Morin v. Disarts - judge ruled must have been denied first
      - New Plaintiffs have filed - claim w/ Amoruh.

   c) Fiduciary - clarify about process.
      - Must be prudent about claim and following facts.
      - Review memo -
      - Committee represents the plan participants.
   d) Committee Chair - Paula Poston. Must keep info separate from others.

HALL2000304

(2)

10/25/05

3. Across ISO'D/CLAIM
  a) 90 Days Response
    - Filed: 8/5/05
    - Recommend: 90 day extension to
      push final 2/1/06 (will issue
      a few days before).

  ( HOLLMANN Dismissal )

4. Roles
  a) BYL as deputy general counsel to a
     former member is, in effect,
     a defendant.
  b) Change in committee membership

5. Length of Extension
     (denial letter)

6. Next Steps
  a) Lawyers review, summarize claims
  b) Brief.

7. Minutes - should type up minutes
     process
     claim
     Committee members.

HALL2000305