(Jeff Cannicelli)                                                          (1)

Verp Mtg : 10/25/05 - Venable LLP / JRC, MH, PP, BH

Barbara Schliff / Bob Bolger
↳ ERISA Atty      ↳ Business Transactions Group (Corp Attorney)

I. Claims Denial needs to come from the Plan
   - A formal claim was never made to the Plan but went directly to the Court
   - The claim has now been filed against the Plan - plaintiff's claim is now more limited than what went to the court

   Fiduciary responsibility - be prudent considering the process
   ↳ who do you represent - all the Plan participants

   ✱ - See Piper Rudnick memos that outlines the Fiduciary responsibilities

II. Paula Porter - chairperson for this claim

HALL2000010

III. Claims Process - timing to respond
   - within 90 days of claim filing - another 90 day extension is possible
   - Claim filed Aug 5 - 90 days = Nov 3 -
     Atty's recommend extending another 90 day

*Jeff Carmichael*
*10/25/05*

(2)

We should respond in January '06

IV: Reviewed the *Extension letter — Byl Herrmann left the meeting at this time * Byl represents Amtrak and is named in the action (Jeff, Paula, Matt) → * We represent the Plan as Fiduciaries

Retirement Committee — all new members — decision will be made by people who were not involved in the process earlier — independent view

If Board adopted VERB in July + in Sept as adopted something smaller in Sept — claimed to be illegal under ERISA and was involved, never an amendment, therefore everyone should be entitled to the larger benefit

Court — what did the September Board action do?

Attorney reviewed the draft letter to Gottesdiener (Plaintiff's attorney) A written response should be sent out by Nov 2 '05

HALL2000011

Any Conflict of Interest from the Fiduciaries —
Matt & Paula  No involvement in developing VERP and actuarial assumption
Jeff — was not working here when this claim arose
Matt & Paula  No family members work at Amtrak
All 3 had No hesitation serving as Fiduciaries and making a fair decision

(Jeff Cannizzaro)
10/25/05

(3)

Counsel will determine what info should be provided to the Fiduciaries to read and consider

Fiduciary → I interpret the Claim based on the Plan. decide what was in effect

Counsel will Summarize where Claims have been
 - Theories
 - Production of documents to help us make a decision

Read letter - speak w/ Paul

✶ Counsel recommended Retirement Committee to send out letter to the Plaintiff attorney and Amtrak next week

Fiduciaries - can communicate via email to discuss the draft letter

 - Do not cc Bill

HALL2000012