| | |
|---|---|
| To: | Herrmann, William <HERRMAW@amtrak.com> |
| From: | Bolger, Robert J. <RJBolger@Venable.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2005-11-10 14:21:26 |
| Subject: | RE: Retirement Committee |

Thanks

-----Original Message-----
From: Herrmann, William [mailto:HERRMAW@amtrak.com]
Sent: Thursday, November 10, 2005 2:19 PM
To: Bolger, Robert J.
Subject: RE: Retirement Committee


Correct -- the 13th of December.  My mind is on next week.  She will call again to schedule the trustees meeting.

_____

From: Bolger, Robert J. [mailto:RJBolger@Venable.com]
Sent: Thursday, November 10, 2005 2:17 PM
To: Herrmann, William
Cc: Schlaff, Barbara E.
Subject: RE: Retirement Committee


Thanks, Byl.  I assume you meant Dec 13th and not Nov 13th fro the meetings with John Carten and Alicia Sefaty? .  Your assistant did call us to confirm.  Thanks for your prompt attention to these requests.


Regards,


Bob

-----Original Message-----
From: Herrmann, William [mailto:HERRMAW@amtrak.com]
Sent: Thursday, November 10, 2005 2:13 PM
To: Bolger, Robert J.
Cc: Schlaff, Barbara E.
Subject: RE: Retirement Committee


Bob,

Attached are the minutes I took up until I left the meeting on October 25th.  I will forward the minutes Jeff took as soon as I receive them.

I have also attached copies of the latest summary judgment motion and exhibits filed in the Hall et al v NRPC matter.  In the event a response is filed, I will forward that to you as well.

My assistant will contact you to confirm that you are available, but John Carten and Alicia Serfaty are available to meet with you on November 13 between 9 and 1 here on the third floor again.  I scheduled two hours with each but these meetings need not go that long if they are not necessary.  I will also join you.

We will schedule a Committee meeting shortly and confirm that time with you as well.

E-AMT 0034557

Thank you.

Byl

―――

From: Bolger, Robert J. [mailto:RJBolger@Venable.com]
Sent: Thursday, November 10, 2005 12:55 PM
To: Herrmann, William
Cc: Schlaff, Barbara E.; pporter@amtrak.com; carnicj@amtrak.com
Subject: Retirement Committee

Byl,

I hope you are well and work is not too disrupted by the recent news concerning Amtrak's President. I am sure things will settle down.

Barbara and I wanted to follow up with you regarding additional information which we would like to obtain in connection with our advice to the Committee relating to the pending Hall claim for benefits ("Hall Claim"). It is our understanding that there may have been some recent pleadings in US District Court by Piper Rudnick, counsel to Amtrak, in connection with the Hall Claim. Can you arrange for us to receive copies of these pleadings and any future pleadings/filings that are made in the pending litigation? Thanks.

I would also ask if you could arrange to get us the notes/minutes of the Committee meeting which Barbara and I attended on Oct 25 . We would like to prepare the formal minutes of that meeting for the record. I believe you took these notes initially and then when he left, Jeff Carnicelli did so. Also could you please forward this e-mail to Matt Hardison and send us Matt's e-mail address as we did not get a business card from him at the meeting. Thanks.

Finally, as we briefly discussed as we were leaving your offices, we would like to schedule some time to talk to Alicia Serfaty as well as John Carten, regarding the Board actions with respect to the Early Retirement Plan adopted in 2001. Can you see if it is possible to arrange meetings with each of Alicia and John separately during the week of December 12?

We are also looking at scheduling a Committee meeting in mid -December as well so if you could check the schedules of the Committee members for later in the week of Dec 12 or early the week of Dec. 19, that would be very much appreciated.

Please do not hesitate to call Barbara or me if you have any questions.

Kind regards,

Bob

Robert J. Bolger, Jr., Esq.

Venable LLP

575 7th Street, NW

Washington, D.C. 20004-1601

Phone:202-344-4902; Fax:202-344-8300

e-mail: rjbolger@venable.com

.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

E-AMT 0034559

E-AMT 0034560

Case 1:06-cv-01539-GK     Document 25-19     Filed 03/16/2007     Page 4 of 4