To:                 Herrmann, William <HERRMAW@amtrak.com>
From:               Schlaff, Barbara E. <BESchlaff@Venable.com>
Cc:                 Bolger, Robert J. <RJBolger@Venable.com>; Dunbar, James A.
<JADunbar@Venable.com>
Bcc:
Received Date:      2005-11-01 14.20.56
Subject:            Hall Claim for Benefits - 90 Day Extension Ltr_v2.DOC

---

Byl, here is the letter we presented to the Committee.  The only thing I changed was the reference to Paula as Chairman of the Committee; I don't believe the Committee has a Chairman; rather Paula was appointed as contact person.  Have the Committee fill in the proper names, dates and addresses and delete the header marked DRAFT if they approve.  Obviously, if they have any questions, they should call.  This should go out today to Mr. G.  Hand-deliver, pdf and overnight---just to make sure.  I'm happy to look at the final product before it goes. Barbara

>

***********************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.
***********************************************************************
***********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***********************************************************************

---

Attachments:

Hall Claim for Benefits - 90 Day Extension Ltr_v2.DOC

E-AMT 0034553