## NATIONAL RAILROAD PASSENGER CORPORATION
## LAW DEPARTMENT
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002

The documents accompanying this facsimile transmittal may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information in this transmittal is strictly **prohibited**. If you have received this transmittal in error, please immediately notify the sender by telephone and return the original transmittal by mail.

### FACSIMILE COVER PAGE

**DATE:** March 20, 2006        **NO. OF PAGES INCLUDING COVER:** 2

**TO:** Eli Gottesdiener

**COMPANY NAME:**

**PHONE NUMBER:**        **FACSIMILE NUMBER:** (202) 243-1001

**FROM:** William H. Herrmann, Esq.
Deputy General Counsel
Phone: 202-906-3971
Fax: 202-906-2821

**COMMENTS:**

If transmission is interrupted or of poor quality, please call 202-906-3310

**NATIONAL RAILROAD PASSENGER CORPORATION**
60 Massachusetts Avenue, NE, Washington DC 20002



March 16, 2006

Eli Gottesdiener, Esq.
The Gottesdiener Law Firm, PLLC
1025 Connecticut Avenue
Suite 1000
Washington, D.C. 20036

Re: **Claim for Benefits Under the Retirement Income Plan for Employees of National Railroad Passenger Corporation ("Plan")**

Dear Mr. Gottesdiener:

I am in receipt of your appeal from the January 23, 2006 denial of the claim made on August 5, 2005 by Wade F. Hall, Hattie N. McCoy-Kemp, and Victoria F. Staton for benefits under the Plan.

Pursuant to your request, we are assembling certain documents, records and information which you have asked for. We expect this process to be completed in the next week or two.

Also, pursuant to your request, I will hold your appeal in abeyance for the time being.

Under the Plan's appeal procedure, your clients have 60 days from the date of denial to appeal. Instead, your clients will have 60 days from the time we deliver the materials we are producing to perfect their appeal.

Very truly yours,

Lorraine Green
Plan Appeals Officer

cc: Barbara E. Schlaff, Esq.
Robert J. Bolger, Esq.
John R. Wellschlager, Esq.

BA3DOCS/325454.v1