

**Gottesdiener**
Law Firm, PLLC

New York | Washington, D.C.
www.gottesdienerlaw.com

1025 Connecticut Ave, N.W. #1000
Washington, D.C. 20036
Tel: 202.243.1000
Fax: 202.243.1001

**Eli Gottesdiener**
eli@gottesdienerlaw.com

March 20, 2006

<u>Via Facsimile</u>

Lorraine Green
Vice President, Human Resources
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C.  20004-1008

Dear Ms. Green:

      In regards to your letter of March 16, 2006, we do not agree that you have accurately characterized the state of the proceedings.  Moreover, your letter provides additional grounds for your recusal.

      1.     You identify yourself as the "Plan Appeals Officer."  While you at one point say that "I will hold your appeal in abeyance for the time being," you otherwise show that you have not clearly distinguished your role as a named fiduciary for deciding participant appeals from your role as a corporate HR employee.  Thus, your letter contains repeated references to "we" – "we are assembling certain documents . . . . We expect this process to be completed in the next week or two . . . . your clients will have 60 days from the time we deliver the materials we are producing ….."  This is all the more striking in that your letter ignores that we have asked you to recuse yourself and to do so immediately.  In that setting you have not taken the care to even speak to the appellants in terms that attempt to communicate an independence from your employer or the Committee's whose denial you are supposed to independently review.

      I also note that you sent your letter through Amtrak's Deputy General Counsel William Herrmann who is a named Defendant in this matter even though the Committee did the same thing previously and as a result I am already requesting documents and information bearing on why the Committee's denial was faxed to me in that manner, "with particular reference to what role he or anyone else acting in whole or in part on behalf of the Sponsor had in any aspect of the adjudication of my clients' claim."  Whether you recuse yourself or not, that item should now be read to encompass all documents and information bearing on Mr. Herrmann's role or the Law Department's role in the processing of an appeal directed to you personally as a supposedly independent adjudicator.  We reiterate our request that you step aside immediately, except insofar

Lorraine Green                                                                              Gottesdiener Law Firm, PLLC
March 20, 2006
Page 2


as you are assisting in the production of documents (that we should already have in our possession).[1]

     2.    You also misstate the state of the proceedings. You say that "your clients will have 60 days from the time we deliver the materials we are producing *to perfect their appeal*." (emphasis added). Our appeal has been perfected – it is the denial by the Committee that was inadequate because it ignored our statutory right to relevant documents, explicitly requested in the original claim letter. We requested that our perfected appeal be held in abeyance until such time as we have received the materials we should already have, have had an opportunity to review them, and have had "an opportunity to make further arguments." I will construe your letter as providing my clients with 60 days from the receipt (or "deliver[y]") of the materials you ("we") "are producing" to make such further arguments as they deem appropriate.

                                                    Sincerely,

                                                    Eli Gottesdiener


Cc:    Wade F. Hall
          Hattie N. McCoy-Kemp
          Victoria F. Staton
          John R. Wellschlager, Esq.

---

[1] As you communicated with me by facsimile through Mr. Herrmann and did not provide me any direct facsimile number, I am faxing this letter to the attention of Mr. Herrmann, who I can only assume is acting as your counsel in this matter. All your communications with him or anyone else acting as your counsel or advisor in this matter are subject to our pending requests for documents, records and information.