## Dalton, Ellen

| | |
|---|---|
| **From:** | Bolger, Robert J. [RJBolger@Venable.com] |
| **Sent:** | Wednesday, July 12, 2006 4:18 PM |
| **To:** | Green, Lorraine |
| **Cc:** | Schlaff, Barbara E. |

**Subject:** RE: Letter to E. Gottesdiener re: Adjudication of Appeal

**This message has been archived.**

Lorraine, thanks for your quick reply .   We will send you a final version tomorrow which you can sign and have your assistant fax and mail to counsel for the Claimants. We may make a few minor tweaks to the version I sent you today.

Bob

-----Original Message-----
From: Green, Lorraine [mailto:GREENL@amtrak.com]
Sent: Wednesday, July 12, 2006 2:31 PM
To: Bolger, Robert J.
Cc: Dalton, Ellen
Subject: RE: Letter to E. Gottesdiener re: Adjudication of Appeal

Bob...this draft is reflective of our discussion, and I have no questions or comments.  Please proceed with the final version by letting Ellen know what she needs to prepare.  I would like to get it out tomorrow as I am out of the office on Friday.  Thanks!

Lorraine

_____

From: Bolger, Robert J. [mailto:RJBolger@Venable.com]
Sent: Wednesday, July 12, 2006 11:03 AM
To: Green, Lorraine
Cc: Dalton, Ellen
Subject: FW: Letter to E. Gottesdiener re: Adjudication of Appeal

Lorraine,

**HALL2000147**

09/18/2006

Attached please find a draft of the determination letter with respect to the claim for benefits by Wade Hall, Hattie N. McCoy-Kemp and Victoria Stanton (the "Claimants"). This draft reflects the determination which you made with respect to this claim at our meeting on June 8 at your offices. Please review this draft to make sure that it conforms to your understanding of the determination which you made as the designated appeals officer under the Amtrak Retirement Plan. You will also note that we drafted responses on your behalf to certain of the assertions and other statements made by counsel for the Claimants in his appeal letter dated May, 16, 2006.


As I indicated earlier this week in a voicemail to you, we would like to have you send out the final version of this letter to counsel to the Claimants no later than this Friday, July 14, 2006. Please call Barbara Schlaff 9410-244-7494 or me (202-344-4902) with any questions or comments which you may have so we can then get you a final version of this determination letter by this Friday to execute.

Regards,


Bob

Robert J. Bolger, Jr., Esq.

Venable LLP

575 7th Street, NW

Washington, D.C. 20004-1601

Phone:202-344-4902; Fax:202-344-8300

e-mail: rjbolger@venable.com


<<BA3DOCS1-#332154-v5-Letter_to_E__Gottesdiener_re__Adjudication_of_Appeal.DOC>>

*******************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.
*******************************************************************************
*******************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*******************************************************************************

*******************************************************************************

HALL2000148