# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WADE F. HALL**, | : |
| **HATTIE N. MCCOY-KEMP,** | : |
| **VICTORIA F. STATON,** | : |
| | : |
| **On behalf of themselves and on** | : **No. 06-CV-1539 (GK)** |
| **behalf of all others similarly situated,** | : |
| | : **Class Action** |
| **Plaintiffs,** | : |
| | : **Next scheduled Court deadline:** |
| **v.** | : **April 15, 2007 - Defendants'** |
| | : **reply to Plaintiffs' opposition to** |
| | : **Defendants' summary judgment** |
| | : **motion** |
| | : |
| | : |
| **RETIREMENT INCOME PLAN FOR** | : |
| **EMPLOYEES OF NATIONAL RAILROAD** | : |
| **PASSENGER CORPORATION,** *et al.* | : |
| | : |
| **Defendants.** | : |
| | : |

## PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER *NUNC PRO TUNC* TO FILE OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION ONE DAY OUT OF TIME

Plaintiffs Wade F. Hall, Hattie N. McCoy-Kemp and Victoria F. Staton ("Plaintiffs"), through counsel, hereby respectfully move the Court for an order *nunc pro tunc* permitting them to file one day late their opposition to Defendants' motion for summary judgment under Count One of the Complaint.

Plaintiffs' opposition was filed approximately one and a half hours late, largely due to recurring problems (also experienced in January) with logging onto the ECF system, despite use of the proper userid and logon.

This is the request for an extension of time Plaintiffs have made in this case.

Defendants do not oppose this motion.  A proposed Order is attached.

Dated:  March 16, 2007                    Respectfully submitted,

                                          ___/s/  Eli Gottesdiener
                                          Eli Gottesdiener (D.C. Bar No. 420764)
                                          **Gottesdiener Law Firm, PLLC**
                                          1025 Connecticut Avenue, N.W.
                                          Suite 1000
                                          Washington, D.C.  20036
                                          Telephone:  (202)  243-1000
                                          Facsimile:  (202)  243-1001

                                          *Attorney for Plaintiffs and the proposed
                                          Class*