IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL,<br>HATTIE N. MCCOY-KEMP,<br>VICTORIA F. STATON,<br><br>On behalf of themselves and on<br>behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br><br><br><br>RETIREMENT INCOME PLAN FOR<br>EMPLOYEES OF NATIONAL RAILROAD<br>PASSENGER CORPORATION, *et al.*<br><br>              Defendants. | No. 06-CV-1539 (GK)<br><br>Class Action<br><br>Next scheduled Court deadline:<br>April 15, 2007 - Defendants'<br>reply to Plaintiffs' opposition to<br>Defendants' summary judgment<br>motion |

## O R D E R

Upon consideration of Plaintiffs' Unopposed Motion for an Order *Nunc Pro Tunc* to File Opposition to Defendants' Summary Judgment Motion One Day Out of Time, and the entire record herein, the Court will grant the motion.

Accordingly, it is hereby

ORDERED that Plaintiffs may file their Opposition to Defendants' Summary Judgment Motion one day out of time, *nunc pro tunc*.

_____
Gladys Kessler
United States District Judge