# EXHIBIT B

Case 1:06-cv-01539-GK    Document 27-3    Filed 04/02/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,<br><br>      Defendants. | Case No. 1: 06-CV-01539 (GK)<br>Next Scheduled Court deadline: N/A |

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibit B, which is an attachment to Defendants' Reply in support of Motion for Summary Judgment is voluminous and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

April 2, 2007

                                                       /s/
                                          John R. Wellschlager
                                          Robert A. Gaumont
                                          (Admitted *Pro Hac Vice*)
                                          DLA PIPER US LLP
                                          6225 Smith Avenue
                                          Baltimore, Maryland 21209
                                          (410) 580-3000

                                          Mark Muedeking
                                          D.C. Bar No. 387812
                                          DLA PIPER US LLP
                                          1200 Nineteenth Street, N.W.
                                          Washington, D.C. 20036-2412
                                          Telephone (202) 861-3900
                                          Facsimile (202) 223-2085

                                          *Attorneys for Defendants*

BALT2\4294176.1