IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WADE F. HALL**, <br> **HATTIE N. MCCOY-KEMP,** <br> **VICTORIA F. STATON,** <br><br> **On behalf of themselves and on behalf of all others similarly situated,** <br><br>     **Plaintiffs,** <br><br>   **v.** <br><br> **RETIREMENT INCOME PLAN FOR EMPLOYEES OF NATIONAL RAILROAD PASSENGER CORPORATION,** *et al.* <br><br>     **Defendants.** | No. 06-CV-1539 (GK) <br><br> Class Action |

## NOTICE OF WITHDRAWAL OF RULE 56(f) REQUEST

  Plaintiffs' request under Fed. R. Civ. P. 56(f) to conduct discovery in opposition to Defendants' cross-motion for summary judgment was made solely out of an abundance of caution, as an alternative to Plaintiffs' legal arguments as to why the standard of review is *de novo,* and their factual argument that the undisputed facts of what occurred during the claims process are sufficient to warrant *de novo* review. Plaintiffs respectfully withdraw their Rule 56(f) request and request that the Court decide Defendants' motion for summary judgment on the

record before it.[1]

Dated:  September 20, 2007          Respectfully submitted,


                                    s/Eli Gottesdiener
                                    Eli Gottesdiener (D.C. Bar 420764)
                                    Gottesdiener Law Firm, PLLC
                                    1025 Connecticut Avenue, N.W.
                                    Suite 1000
                                    Washington, D.C. 20036
                                    Telephone:  (202) 243-1000
                                    Facsimile:   (202) 243-1001

                                    *Attorney for Plaintiffs and the proposed Class*

---

[1] The Court's footnote 5 addresses Plaintiffs' representations to the Court at the November 3, 2006 *Hall II* Initial Scheduling Conference regarding discovery.  Those representations were candid.  They concerned the limited discovery that Plaintiffs accurately said they needed to file Plaintiffs' motion for summary judgment.  The colloquy between Plaintiffs' counsel and the Court regarding limited discovery preceded Defendants' announcement toward the end of the hearing that in the event the Court did not stay *Hall II,* Defendants wished to file a cross-motion for summary judgment.

2