IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 03-CV-01764 (GK)<br>Next Scheduled Court deadline: December 3, 2007 (Defendants' Renewed Motion for Summary Judgment) |

## ORDER

Upon consideration of Defendants' Motion for Reconsideration, it is this _____ day of _____, 2007 ORDERED that the motion is GRANTED and the Court's Order requiring resubmission of Defendants' Motion for Summary Judgment is hereby vacated.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　　United States District Court Judge

BALT1\4388699.1