UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
WADE F. HALL, et al.,          )
                               )
       Plaintiffs,             )
                               )   Civil Action No. 03-1764 (GK)
   v.                          )
                               )
NATIONAL RAILROAD PASSENGER    )
CORPORATION, et al.,           )
                               )
       Defendants.             )
_____)
                               )
WADE F. HALL, et al.,          )
                               )
       Plaintiffs,             )
                               )
   v.                          )   Civil Action No. 06-1539 (GK)
                               )
RETIREMENT INCOME PLAN FOR     )
EMPLOYEES OF NATIONAL          )
RAILROAD PASSENGER             )
CORPORATION, et al.,           )
                               )
       Defendants.             )
_____)
```

**ORDER**

This matter is before the Court on the following motions in No 03-1764: Plaintiffs' Motion for Summary Judgment Under Count II [Dkt. No. 65]; Plaintiffs' Amended Motion to Certify Class and Appoint Class Counsel [Dkt. No. 78]; and Defendants' Motion for Summary Judgment [Dkt. No. 85]; and the following Motions in 06-1539: Plaintiffs' Motion for Partial Summary Judgment on Count I [Dkt No. 20] and Defendants' Motion for Summary Judgment [Dkt. No. 22]. Upon consideration of the Motions, Oppositions, Replies,

Surreplies, the parties' supplemental filings of June 28, 2004, and the entire record herein, and for the reasons stated below, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment on Count II in 03-1764 [Dkt. No. 65] is **denied**; Plaintiffs' Amended Motion to Certify Class and Appoint Class Counsel in 03-1764 [Dkt. No. 78] is **denied as moot**; Defendants' Motion for Summary Judgment in 03-1764 [Dkt. No. 85] is **granted** as to Count II and **denied** as to Count III; Plaintiff's Motion for Partial Summary Judgment on Count I in 06-1539 [Dkt. No. 20] is **denied**; and Defendants' Motion for Summary Judgment in 06-1539 [Dkt. No. 22] is **granted** as to Count I and **denied** as to Count II; it is further

**ORDERED** that a status conference shall be held on **June 24, 2008** at **10:15 a.m.**

June 18, 2008                      /s/
                                   Gladys Kessler
                                   United States District Judge

**Copies via ECF to all counsel of record**