IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WADE F. HALL,<br>HATTIE N. MCCOY-KEMP,<br>VICTORIA F. STATON,<br><br>On behalf of themselves and on<br>behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RETIREMENT INCOME PLAN FOR<br>EMPLOYEES OF NATIONAL RAILROAD<br>PASSENGER CORPORATION, *et al.*<br><br>Defendants. | No. 06-CV-1539 (GK)<br><br>Class Action |

## STIPULATION OF DISMISSAL OF COUNT II

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Wade F. Hall, Hattie N. McCoy-Kemp and Victoria F. Staton ("Plaintiffs"), and all Defendants who have appeared in this action, hereby stipulate, through undersigned counsel, to the dismissal of Count II.

Dated: June 23, 2008          By:

                                       /s/ Eli Gottesdiener
                              Eli Gottesdiener
                              Gottesdiener Law Firm, PLLC
                              1025 Connecticut Avenue, N.W., Suite 1000
                              Washington, D.C. 20036
                              Phone: (202) 243-1000
                              Fax:   (202) 243-1001

                              Attorney for Plaintiffs and the proposed Class

   /s/  Robert A. Gaumont_____
John R. Wellschlager
Robert A. Gaumont
(Admitted *Pro Hac Vice*)
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Mark Muedeking
D.C. Bar No. 387812
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Telephone (202) 861-3900
Facsimile (202) 223-2085

*Attorneys for Defendants*